1  Eugene Terrell
   439 Douglas Avenue
2  Oakland, Ca. 94603

E-filing

3

4          UNITED STATES DISTRICT COURT

FILED

5                  FOR THE

MAR - 4 2008

6      NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

Eugene Terrell,                          )   Case No.:   C08-01273

8

Engineering Theoretical Technologies     )
9  Research & Development Publications     )
   (ETT-R&D Publications)                  )
10 439 Douglas Avenue, Oakland, Ca. 94603, )   **MOTION AND NOTICE FOR
                                           )   MANDATORY INJUNCTIVE RELIEF**
11          Plaintiff,                      )
                                           )   Demand - $66,000
12                                          )
                                           )   FCRP 56, Calif.Code.Civ.Proc.
        vs.                                )   Section 525 - 534
13                                          )
                                           )   42 U.S.C. 1983, 29 U.S.C. 2801,
14                                          )   US Constitutional 14th Amendment
   State of California Office of the Attorney )   Rights
15 General Edmund G. Brown Jr.             )
                                           )   California CIVIL CODE SECTION -
16 Office of the District Attorney;        )   52.1. (a) and (b)
   1225 Fallon Street, Room 900,           )
17 Oakland, CA 94612                       )   JURISDICTION; TITLE 28 PART IV
                                           )   CHAPTER 89 Section 1443 (1) (2)
18                                          )
   Office of the United States Attorney,   )   VENUE; TITLE 28 PART IV CHAPTER
19 Attorney General Michael Mukasey;       )   87 Section 1391 (b)(1), (e)(1)
                                           )
20 Office of the United States Attorney,   )
   1301 Clay Street, Suite 340S,           )
21 Oakland, CA 94612                       )   Dated this 28th day of February, 2008
                                           )
22                                          )
                                           )
23          Defendants                      )   Attorney – In Pro Per; Eugene Terrell
                                           )   439 Douglas Avenue
24                                          )   Oakland, Ca. 94603
                                           )   Ph: 510-636-9885
25                                          )
                                           )

MOTION AND NOTICE FOR MANDATORY INJUNCTIVE RELIEF - 1

Notice is hereby given to all parties that on or before 31st of March 2008, or as soon as the Motion for MANDATORY INJUNCTIVE RELIEF can heard, {brought before the Justices of the US District Court for the Northern District of California} in which the Plaintiff seeks an Order for relief.

Note; It is behooving to mention to all Parties and the Court;

> 1) I established my company in 1994. And while I have not generated any income, I do have a product line.

> 2) Modified / Changed / Removed "WELFARE AND INSTITUTIONS CODE SECTION 11320.31 (i) Self-Employment"

> 3) During the 2005 Case, the County Representative presented his version, re-writing WELFARE AND INSTITUTIONS CODE SECTION 11323.2. (a)(3) — And this was allowable by the Administrative Law Judge — In fact, they had a covert communications going on throughout the hearing.

> 4) And more importantly, I have been on Welfare, at least, since 1998 — and I applied for employment with PIC (Oakland Private Industry Council), as a Computer Applications Specialists — however, they never sent a courteous response to my resume.

1

## INTRODUCTION

2

3  I, Eugene Terrell, the Plaintiff and Welfare Recipient, do

4  hereby Motion the Court for an Order of MANDATORY INJUNCTIVE

5  RELIEF. In other words, the Plaintiff seeks a declaration in

6  judgment against the Defendants, as this is a Case involving

7  Racial Discrimination, acts committed in furtherance of a

8  conspiracy to Deny the enjoyment of Equal Rights, and the Rights

9  of the Services, defined by Title I of the Workforce Investment

10  Act of 1998 (29 U.S.C. 2801).

11

12  Nevertheless, it should be quite clear, <u>I am a Research

13  Scientist</u>, <u>and the Owner of a Business</u>: ETT-R&D PUBLICATIONS.

14  The functions of my Business includes; Publication of Text

15  Books, Publication of Articles, and the Development of

16  Derivative Products. And this truly means, as a <u>Research

17  Scientist</u>, my Research involves the Theory of Mathematics, and

18  whole of the Natural Science. <u>And more importantly</u>, as

19  Principle Investigator and <u>Discoverer</u>, <u>I maintain the Monopoly

20  on the <u>All the Products</u> and Services I am selling</u>.

21

22

23  **PLEASE TAKE NOTE:**

24

25  I am the Author of the Discovery of a NEW and Alternate

Mathematical Field; 'The Mathematics of Quantification', which

defines the Mathematics of the Binary System, and other, related
Mathematical Discoveries that were previously unknown, for
Thousands of years, by the Mathematical Community of the entire
World. And this is to say, the Mathematicians, all over the
world, never understood the operations of Multiplication, or
Division as being the respective derivatives of Addition,
Subtraction. They never understood HOW to COUNT! Or the Reality
of Arithmetic, that ALL Counting is Addition! And this, it
should be understood, says nothing about the Proof I submitted,
which proved that the Laws of Motion, written by Sir Isaac
Newton, are WRONG! In fact, his laws are so important; they
impart an un-measurable value to the Education, Research, and
overall Understanding of whole of the Natural Sciences, which
includes the areas pertaining to the Biological Life Sciences,
Astronomy, and nearly every aspect of Industrial Nuclear
Science. However, this does not accurately define the
profoundness of the impact of the discovery of an Alternate
Mathematical Field. In other words, it eradicates of the entire
Field of Calculus, because it not only redefines the
representation of a Number, but it also redefines the
representation for a Variable too. And yet, because of my Race,
my accomplishments, which would garner an <u>Award of the Nobel</u>
<u>Prize in Physics for any Whiteman</u>, can never be celebrated, at
least, not by the people of the United States.

1  And more importantly, it should be clear, a favorable decision
2  would allow me to garner the assistance I need to become Self-
3  Sufficient, and demonstrate to the People of this country, and
4  the world, that the unconscionable acts involving Racial
5  Discrimination will no longer be tolerated by the United States
6  Government.

8  Nevertheless, my accomplishments includes, but are not limited
9  by, the brief list outlined below:

1) Proof of Fermat's Last Theorem
2) The discovery of an Alternate Mathematical Field!
3) Writing of a New Telecommunications Standard for the
   Internet, which includes Radio Broadcast Channels
4) The Binary Conversion of the Electromagnetic Spectrum!
5) The Binary Conversion for the SI Units
6) Proof that Newton's Laws of Motion are wrong!
7) The Exponential Expansion of Set Theory!
8) Establishing the foundation for Quantum Scale Field Theory
9) Developing the Foundation for a New Binary Assembler
   Programming Language
10) Developing the IPtX / IPtX-MX IP Addressing Specification
11) Developing the IPtX-MX DHCP Specification
12) Developing the IPtX-MX DNS Specification
13) Announcing the Discovery of the possibility for the
    existence of 'Free Energy'
14) Proving that the Current Binary Numbering System is wrong!
15) Writing the definition of a Binary Number

16) **Establishing the Foundation for Finite Quantum Computing and Finite Quantum Computer Programming**

17) Discovered the Mathematical relationship defining the association between the Electron and the Bit, which Mathematically defines Bit-Map of an Electron!

"The CIDR Network Descriptor expands the size of the IPtX Address Space beyond the IPv6 IP Addressing Specification"

http://www.ietf.org/internet-drafts/draft-terrell-cidr-net-descrpt-expands-iptx-add-spc-21.pdf

"The Mathematics of Quantification, and the Rudiments Of the Ternary Logical States of the Binary Systems"

http://www.ietf.org/internet-drafts/draft-terrell-math-quant-ternary-logic-of-binary-sys-12.pdf

"The IPtX Domain Name Service Specification; IPtX-MX DNS"

http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dns-specification-04.pdf

"The IPtX Dynamic Host Configuration Protocol; DHCPvIPtX-MX"

http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dhcp-specification-02.pdf

Clearly, any form of Discrimination Practices, which stifles Basic Research that is intended for the benefit of the whole of humanity, will ultimately lead to the Extinction of the entire Human Race. IN OTHER WORDS, IT SHOULD NOT BE SAID, RACIAL DISCRIMINATION, THE CAST SYSTEM OF A MONARCHY, ONLY SERVES TO PROMOTE THE BELIEFS IN A SUPERIOR RACE. That is, ANY

1 │ DISCRIMINTORY PRACTICE, against anyone, the HARMFUL EFFECTS it
2 │ maintains TRANSENDS WELL BEYOND RACE HATRED, BECAUSE IT PROMOTES
3 │ LIES AND DECET; IT PREVENTS TEACHING THE TRUTH. In other words,
4 │ I was denied the Rights defined by Law, which were/are being
5 │ enjoyed by White Americans.

## PARTIES

10 │ 1) Plaintiff; Eugene Terrell, owner and Principle Director of
11 │    Research and Development, since 1994, of Engineering
12 │    Theoretical Technologies – Research and Development
13 │    Publications.

15 │ 2) Defendant(s);
16 │    a. United States Government
17 │    b. State of California – Governor Arnold Schwarzenegger
18 │    c. California Department of Social Services
19 │       1) John A. Wagner, Director
20 │       2) Ms. Hill, Director Eastmont Division
21 │       3) Ms. Thorgkham (VB35), Cash Aid Worker
22 │       4) Ms. Trujillo (253), Employment Consultant
23 │       5) Betty O. Buccat, Administrative Law Judge
24 │       6) Frank Aguiar (Y286), County Representative

## SUMMARY OF FACTS AND GENERAL ALLEGATIONS

It is important, I think, to mention that, while this is the longest period I have ever received Welfare, it is not my first time using the system. Its funny, as a 4-year-old child, I dreamed of being the Greatest Scientist in the World, traveling to different Countries, and having a Baby in each Country I visited. Well, I am an accomplished Research Scientist, who is known all over the World. However, while I have visited many Countries, I am the father of only one child: Yahnay Kristine Terrell.

Nevertheless, I inquired about, and asked for help with not only my Business, but for Computer Certifications too. However, in the latter case, I was told that they did not have any vacancies in the Cal-Works Program, and that it could take years to be approved for the assistance (Computer Certification Classes) I requested. And if you'll note, my inquiry about Computer Certification was during the mid 1990's. Needless to say, during the early 1990's, again on Welfare, I was told by a Worker that maybe, since I could get employment, I should start my own Business. So, in 1994, I started ETT-R&D Publications, with only a Hope, that one day I would turn the 1979 discovery of the solution of 'Fermats Last Theorem' into some practical use. But, I had many issues, which needed practical resolution; e.g. 'How

1 | to survive, obtain income in an environment of Hatred?'
2 | Especially since, I was Homeless, doing my studies on the
3 | Streets of Chicago, and Toronto Canada. So, I resolved this
4 | problem by getting certified under California Penal Code Section
5 | 832, and becoming a Professional Security Office… and this
6 | worked, for a while.

7 |

8 | In any case, while I have had many bouts, trying to survive on
9 | the Streets, I have use only the Law, in an attempt to resolve
10 | my dilemma. In other words, in 2005, I tried once again, for
11 | several Months, to get help for my Business. And more
12 | importantly, I would not have known anything about the Laws, if
13 | they (Representatives of the Welfare Department), had not tried
14 | to stop my Food Stamps. Nevertheless, in May 2005, after
15 | exhausting, what I thought as being nearly everyone, I filed a
16 | Complaint with California Department of Social Services,
17 | requesting assistance, and equipment for my Business. Moreover,
18 | I presented a Business Proposal, which outlined my objective to
19 | write Text Books, in Mathematics, that were for the Elementary
20 | School level. I was, needless to say, rejected, in what was
21 | clearly a verbal FIGHT, between Mr. Aguiar and myself, which
22 | resonated with the all to familiar sound, of Race Hatred.
23 | In other words, I was denied the Rights defined by Law, which
24 | were/are being enjoyed by White Americans.

25 |

# LEGAL BACKGROUNG

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

"The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from denying any person within its jurisdiction the equal protection of the laws.
See U.S. Const. amend. XIV.

In other words, the laws of a state must treat an individual in the same manner as others in similar conditions and circumstances. A violation would occur, for example, if a state prohibited an individual from entering into an employment contract because he or she was a member of a particular race. The equal protection clause is not intended to provide "equality" among individuals or classes but only "equal application" of the laws. *The result, therefore, of a law is not relevant so long as there is no discrimination in its application.* By denying states the ability to discriminate, the equal protection clause of the Constitution is crucial to the

1  protection of civil rights. See Civil Rights and Discrimination.

2

3  Generally, the question of whether the equal protection clause
4  has been violated arises when a state grants a particular class
5  of individuals the right to engage in activity yet denies other
6  individuals the same right."

7

8  "The Supreme Court has dictated the application of different
9  tests depending on the type of classification and its effect on
10 fundamental rights. Traditionally, the Court finds a state
11 classification constitutional if it has "a rational basis" to a
12 "legitimate state purpose." The Supreme Court, however, has
13 applied more stringent analysis in certain cases. It will
14 "strictly scrutinize" a distinction when it embodies a "suspect
15 classification." In order for a classification to be subject to
16 strict scrutiny, it must be shown that the state law or its
17 administration is meant to discriminate. Usually, if a purpose
18 to discriminate is found the classification will be strictly
19 scrutinized if it is based on race, national origin, or, in
20 some situations, non U.S. citizenship (the suspect classes). In
21 order for a classification to be found permissible under this
22 test it must be proven, by the state, that there is a compelling
23 interest to the law and that the classification is necessary to
24 further that interest. The Court will also apply a strict
25 scrutiny test if the classification interferes with fundamental

1  rights such as first amendment rights, the right to privacy, or
2  the right to travel. The Supreme Court also requires states to
3  show more than a rational basis (though it does not apply the
4  strictly scrutiny test) for classifications based on gender or a
5  child's status as illegitimate."

7  1) <u>SUPREME COURT OF THE UNITED STATES</u> - *No. 91-1721. Argued*
8  *February 22, 1993 -- Decided June 14, 1993; NORTHEASTERN FLORIDA*
9  *CHAPTER OF THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA v. CITY*
10 *OF JACKSONVILLE, FLORIDA, et al. certiorari to the united states*
11 *court of appeals for the eleventh circuit:*

## Held:

16 1. The case is not moot. It is well settled that the voluntary
17    cessation of a challenged practice does not deprive a federal
18    court of its power to determine the practice's legality,
19    because a defendant is not precluded from reinstating the
20    practice. Here, there is more than a mere risk that the city
21    will repeat its allegedly wrongful conduct; it has already
22    done so. Insofar as the city's new ordinance accords
23    preferential treatment in the award of city contracts, it
24    disadvantages petitioner's members in the same way that the
25    repealed ordinance did.

2. Petitioner has standing to sue the city. Pp. 6-12.

(a) When the government erects a barrier that makes it more
difficult for members of one group to obtain a benefit than
it is for members of another group, a member of the former
group seeking to challenge the barrier need not allege that
he would have obtained the benefit but for the barrier in
order to establish standing. See, e.g., Regents of
University California v. Bakke, 438 U.S. 265. The "injury
in fact" element of standing in such an equal protection
case is the denial of equal treatment resulting from the
imposition of the barrier--here, the inability to compete
on an equal footing in the bidding process--not the
ultimate inability to obtain the benefit. To establish
standing, therefore, petitioner need only demonstrate that
its members are able and ready to bid on contracts and that
a discriminatory policy prevents them from doing so on an
equal basis.

2) <u>SUPREME COURT OF THE UNITED STATES</u> - No. 02—516. Argued April 1, 2003-Decided June 23, 2003; GRATZ et al. v. BOLLINGER et al. CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT:

## Held:

1. Petitioners have standing to seek declaratory and injunctive relief. The Court rejects Justice Stevens' contention that, because Hamacher did not actually apply for admission as a transfer student, his future injury claim is at best conjectural or hypothetical rather than real and immediate. <u>The "injury in fact" necessary to establish standing in this type of case is the denial of equal treatment resulting from the imposition of the barrier, not the ultimate inability to obtain the benefit</u>. Northeastern Fla. Chapter, Associated Gen. Contractors of America v. Jacksonville, 508 U.S. 656, 666. <u>In the face of such a barrier, to establish standing, a party need only demonstrate that it is able and ready to perform and that a discriminatory policy prevents it from doing so on an equal basis</u>.

3. Because the University's use of race in its current Freshman admissions policy violates the Equal Protection Clause, it also violates Title VI and §1981. See, e.g., Alexander v. Sandoval, 532 U.S. 275, 281; General Building Contractors Assn. v. Pennsylvania, 458 U.S. 375, 389–390. Accordingly, the Court reverses that portion of the District Court's decision granting respondents summary judgment with respect to liability. Pp. 27–28.

**TITLE 42 CHAPTER 21 SUBCHAPTER I Section 1981.**

"Equal rights under the law"

(a) Statement of equal rights

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

14th Amendment of the United States Constitution

No state shall make or enforce any law which shall abridge the Privileges or Immunities of citizens of the United States.

3) SUPREME COURT OF THE UNITED STATES - No. 1. Argued December 9, 1952. Reargued December 8, 1953. Decided May 17, 1954; BROWN ET AL. v. BOARD OF EDUCATION OF TOPEKA ET AL. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:

The landmark Supreme Court case of Brown v. Board of Education (1954) settled the question of whether or not blacks and whites can receive an education integrated with or separate from each other. The case overturned the 1896 case of Plessy v. Ferguson, which established the doctrine of "separate but equal." This concept stated that separate public facilities of equal quality do not violate the equal protection clause of the Fourteenth Amendment of the Constitution, which reads:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Section 1. All persons born or naturalized in the United
            States, and subject to the jurisdiction thereof,
            are citizens of the United States and of the state
            wherein they reside. No state shall make or enforce
            any law which shall abridge the privileges or
            immunities of citizens of the United States; nor
            shall any state deprive any person of life,
            liberty, or property, without due process of law;
            nor deny to any person within its jurisdiction the
            equal protection of the laws.

## FACTUAL BACKGROUND

1

2

3   I requested, and was denied, the Entrepreneurial Training, and
4   the assistance to purchase the equipment I needed for my
5   Business. And, both requests are defined by the requirements of
6   the Law:

7       1) Title I of the Workforce Investment Act of 1998
8           (29 U.S.C. 2801)

9

10      2) State of California; WELFARE AND INSTITUTIONS CODE
11          SECTION 11320-11329.4

12

13  Please note: Regardless of the Nature of the Assistance Request,
14  the California Department of Social Services only responds when
15  the matter/subject is submitted to their Adjudication Process.
16  In which case, if the Client is not knowledgeable of the Laws,
17  the Laws are tailored to deny the Client's Request. In other
18  words, only the Services they want you to know about, there is
19  information provided. That is, information on how to get
20  Housing, Educational or Vocational Training, or any personalized
21  help is not available. So, I ask the Court, since the money has
22  been allocated for these purposes, where are the Programs? Are
23  these Programs set up only for the White Americans? Are the
24  Representatives from the Department of Social Services required
25  to obey the Law?

## CLAIMS FOR RELIEF

### Damages - Business Assistance Denial

1) **WELFARE AND INSTITUTIONS CODE SECTION 11323.2. (a)(3)**
   a) HP Compaq Laptop Computer with Accessories - $4,500
      1) Cost of Equipment, Clothing, and Tools - $1,500
      2) Business Assistance, Review of Business Proposal -
   b) Replace Computer Lab Equipment - $35,000
   c) Telescope: Meade - 16 inch LX200R Advanced
      Ritchey-Chretien with UHTC on EQ Pier with 3-Year
      Sky Assurance and accessories - $25,000
   d) Or the Sum, equaling the cost to acquire the
      requested Business Assistance and Equipment Defined,
      and Required by Law ≈ $66,000 tax

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court
issues an Order to the California Department of Social Services
to:

1) Compensate / Pay the amount of $66,000 to the Plaintiff
   for the purchase of the equipment outlined by this Motion
2) Provide the necessary Services, as requested by the
   Plaintiff, and required by Law, to establish his Business
3) And if, upon any finding of Fact that Discrimination is
   indeed the prevalent issue. The Plaintiff request that
   the Court Penalize the Named Defendants as prescribed by
   California CIVIL CODE SECTION - 52.1. (a) and (b), which
   requires each of the Defendants to pay $25,000 to the
   Plaintiff.

## Supplemental – Table of Authority

### U.S. Codes / Federal and California State Laws

Title I of the Workforce Investment Act of 1998 (29 U.S.C. 2801)

TITLE 29 CHAPTER 16 SUBCHAPTER I Part A Section 721
 (a) Plan Requirements – (1)(A) Submission

[To be eligible to participate in programs under this
subchapter, a State shall submit to the Commissioner a State
plan for vocational rehabilitation services that meets the
requirements of this section, on the same date that the State
submits a State plan under section 112 of the Workforce
Investment Act of 1998 [29 U.S.C. 2822].]

TITLE 29 CHAPTER 30 SUBCHAPTER I Section 2801 – Definitions
(9) (c) Dislocated worker – Self-Employed Entrepreneur
(46) Supportive Services

[The term "supportive services" means services such as
transportation, child care, dependent care, housing, and Needs-
Related Payments, that are necessary to enable an individual to
participate in activities authorized under this chapter,
consistent with the provisions of this chapter.]

1   TITLE 29 CHAPTER 30 SUBCHAPTER II Part E Section 2864

2   Use of funds for employment and training activities

3   (d) Required local employment and training activities

4      (4) Training services

5         (D) Training services (vi) Entrepreneurial Training;

6         (E) Priority

7               In the event that funds allocated to a local area for

8               adult employment and training activities under paragraph

9               (2)(A) or (3) of section 2863 (b) of this title are

10              limited, priority shall be given to recipients of public

11              assistance and other low-income individuals for

12              intensive services and training services. The

13              appropriate local board and the Governor shall direct

14              the one-stop operators in the local area with regard to

15              making determinations related to such priority.

16

17   State of California; WELFARE AND INSTITUTIONS CODE SECTION

18   11320-11329.4

19

20   SECTION 11320.31 No sanctions shall be applied for a failure or

21   refusal to comply with program requirements for reasons related

22   to employment, an offer of employment, an activity, or other

23   training for employment including, but not limited to, the

24   following reasons: (i) Self-Employment

25

1  <u>Section 11323.2</u>   (a) Necessary supportive services shall be
2  available to every participant in order to participate in the
3  program activity to which he or she is assigned or to accept
4  employment or the participant shall have good cause for not
5  participating under subdivision (f) of Section 11320.3.  As
6  provided in the welfare-to-work plan entered into between the
7  county and participant pursuant to this article, supportive
8  services shall include all of the following:

9

10  (2) <u>Transportation costs, which shall be governed by regional</u>
11  <u>market rates as determined in accordance with regulations</u>
12  <u>established by the department</u>.

13

14  (3) <u>Ancillary expenses, which shall include the cost of books,</u>
15  <u>tools, clothing specifically required for the job, fees, and</u>
16  <u>other necessary costs</u>.

17

18  <u>SECTION 11323.4</u>   (a) Payments for supportive services, as
19  described in Section 11323.2, shall be advanced to the
20  participant, wherever necessary, and when desired by the
21  participant, so that the participant need not use his or her
22  funds to pay for these services. Payments for childcare services
23  shall be made in accordance with Article 15.5 (commencing with
24  Section 8350) of Chapter 2 of Part 6 of the Education Code.

25

1 **State of California; CIVIL CODE SECTION 43-53**

2

3 **Section 52.1**

4

5 (a) If a person or persons, whether or not acting under color

6 of law, interferes by threats, intimidation, or coercion, or

7 attempts to interfere by threats, intimidation, or coercion,

8 with the exercise or enjoyment by any individual or individuals

9 of rights secured by the Constitution or laws of the United

10 States, or of the rights secured by the Constitution or laws of

11 this state, the Attorney General, or any district attorney or

12 city attorney may bring a civil action for injunctive and other

13 appropriate equitable relief in the name of the people of the

14 State of California, in order to protect the peaceable exercise

15 or enjoyment of the right or rights secured.  An action brought

16 by the Attorney General, any district attorney, or any city

17 attorney may also seek a civil penalty of twenty-five thousand

18 dollars ($25,000).  If this civil penalty is requested, it shall

19 be assessed individually against each person who is determined

20 to have violated this section and the penalty shall be

21 awarded to each individual whose rights under this section are

22 determined to have been violated.

23

24

25

1    (b) Any individual whose exercise or enjoyment of rights

2 secured by the Constitution or laws of the United States, or of

3 rights secured by the Constitution or laws of this state, has

4 been interfered with, or attempted to be interfered with, as

5 described in subdivision (a), may institute and prosecute in his

6 or her own name and on his or her own behalf a civil action for

7 damages, including, but not limited to, damages under Section

8 52, injunctive relief, and other appropriate equitable relief to

9 protect the peaceable exercise or enjoyment of the right or

10 rights secured.

11

12

13 <u>California Constitution</u>

14 <u>Article 1 - Declaration of Rights - Section 28</u>

15

16 The rights of victims pervade the criminal justice system,

17 encompassing not only the right to Restitution from the

18 wrongdoers for financial losses suffered as a result of criminal

19 acts, but also the more basic expectation that persons who

20 commit Felonious acts causing injury to innocent victims will be

21 appropriately detained in custody, tried by the courts, and

22 sufficiently punished so that the public safety is protected

23 and encouraged as a goal of highest importance.

24

25

1
2
3
4
5
# Evidence Section
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

*Hearing No.* **2005125291**

*In the Matter of Claimant(s):*

Eugene Terrell
3312 64th Avenue Place
Oakland, CA 94605

# DECISION

Pursuant to the authority of the Director,
I adopt the attached final decision.

*Betty O. Buccat*

Betty O. Buccat
Administrative Law Judge

Adopt Date: 6/16/05

|                                   | *State Hearing Record* |                               |                 |
| --------------------------------- | ---------------------- | ----------------------------- | --------------- |
| *Hearing Date:*                   | June 8, 2005           | *Release Date:*               | JUN 16 2005     |
| *Aid Pending:*                    | Not Applicable         | *Issue Codes:*                | [003-2]         |
| *Agency:*                         | Alameda County         | *Agency Representative:*       | Frank Aguiar    |
| *Agency:*                         |                        | *Agency Representative:*       |                 |
| *Authorized Rep. Organization:*   |                        | *Authorized Rep:*             |                 |
| *SSN:*                            |                        | *SSN:*                        |                 |
| *AKA:*                            |                        | *AKA:*                        |                 |
| *Case Name:*                      |                        | *Language:*                   |                 |
| *LA District/Case:*               |                        | *Companion Case:*             |                 |

### Appeal Rights

*You may ask for a rehearing of this decision by mailing a written request to the Rehearing Unit, 744 P Street, MS 19-37, Sacramento, CA 95814 within 30 days after you receive this decision. In your rehearing request, state the date you received this decision and why a rehearing should be granted. If you want to present additional evidence, describe the additional evidence and explain why it was not introduced before and how it would change the decision. You may contact Legal Services for assistance.*

*You may ask for judicial review of this decision by filing a petition in Superior Court under Code of Civil Procedure §1094.5 within one year after you receive this decision. You may file this petition without asking for a rehearing. No filing fees are required. You may be entitled to reasonable attorney's fees and costs if the Court renders a final decision in your favor. You may contact Legal Services for assistance.*

*This decision is protected by the confidentiality provisions of Welfare and Institutions Code §10850.*

## SUMMARY

The claimant does not have a right to a state hearing regarding his Food Stamp (FS) benefits since there is no Alameda county action or inaction that he can dispute at this.

## FACTS

The claimant is a recipient of FS benefits and is not eligible to receive California Work Opportunity and Responsibility to Kids (CalWORKs) benefits. The county representative testified that there is no action or inaction with regards to the claimant's FS benefits at this time. The county representative also indicated that the claimant is an FS Employment and Training Program (FSET) participant and there is no action with regards to the FSET Program.

The claimant testified the he disputes the county's failure to provide him with supportive services which he claims he is entitled to receive like all the recipients of aid in the county. The claimant argues that pursuant to Welfare and Institutions Code (W&IC) Sections 11323.2 and 11322.7, every county is required to provide a range of needed activities and services to ensure that each participant has assistance in seeking employment, obtain education and training, and to be self-supporting. The claimant requests that the county provide him with the cost of a personal computer which is $4,080.67 after rebate. The claimant testified that he does not wish to apply for CalWORKs benefits.

The county representative testified that there is no request received from the claimant for purchase of a laptop computer, and therefore, no county action or inaction has occurred at this time.

## LAW

All the regulations cited refer to the Manual of Policies and Procedures (MPP), unless otherwise noted.

State hearings under the FS Program shall be conducted in accordance with the provisions of Division 22. (§63-804.1)

A state hearing shall be available to a claimant who is dissatisfied with a county action and requests a state hearing. (§22-003.1)

A county action is one which requires adequate notice, as well as any other county action or inaction relating to the claimant's application for or receipt of aid. (§22-001c.(5))

"Aid" includes all public assistance programs subject to a state hearing. These programs include CalWORKs (formerly AFDC), the state-administered programs for recipients of SSI/SSP contained in Division 46, the RRP, the CHEP, the FS Program, Medi-Cal, the social services programs described in Divisions 30 and 31, the AAC and AAP Programs, and the MSSP. (§22-001a.(3)(A))

A request for hearing shall be dismissed if the issue is not within the jurisdiction of a state hearing as defined in §22-003.1 and W&IC §10950. (§22-054.31)

## CONCLUSION

The claimant is an FS recipient and is participant in the FSET Program. The county indicates that there is no action or inaction with regards to the claimant's FS benefits. The county has not received any request for reimbursement of or payment of a personal computer at this time. The county, therefore, has taken no action with regards to such a request. Inasmuch as there is no action or inaction on the part of the county which the claimant can dispute at this time, there is no jurisdiction to decide the issue raised by the claimant in his request for a state hearing.

## ORDER

The claim is dismissed.

jb5166

1

| | |
|---|---|
| **California Department of Social Services** **Civil Rights Bureau (CRB)** **744 P Street, M.S. 15-70** **Sacramento, CA 95814** **Email address: crb@dss.ca.gov** | **U.S. Department of Health & Human** **Services** **Office of Civil Rights** **50 United Nations Plaza** **San Francisco, CA 94102** **OCRcomplaint@hhs.gov** **Christine Webb-Curtis, Chief** **Daralynn Harrison, Secretary** |
| **Alameda County Social Services Agency** **Administrative Offices** **1106 Madison St.** **Oakland, Ca 94607** **Director of the Agency:** **Chet P. Hewitt** **Assistant Agency Director:** **Paul Reeves** **Telephone Fax: 510-271.9108** | **Location of Incident:** **Alameda County Social Services Agency** **Eastmont Town Center** **6955 Foothill Blvd Suite 100** **Oakland, Ca. 94605** |
| **State of California** **Governor's Office** **Governor Arnold Schwarzenegger** **State Capitol Building** **Sacramento, CA 95814** **Fax: 916-445-4633** **governor@governor.ca.gov** | **Alameda County** **Department of Social Services** **Children and Family Services** **Agency Director: Carol J. Collins** **Administrative Offices** **24100 Amador St** **Hayward, Ca. 94544** **Telephone Fax: 510-780.8809** |
| **State of California Alameda County** **Alameda Board of Supervisors** **President Keith Carson** **dist5@acgov.org** **Vice President Scott Haggerty** **district1@acgov.org** | **Alameda County** **Office of the District Attorney** **1225 Fallon Street** **Room 900** **Oakland CA 94612** **alcoda@acgov.org** |
| **Rodney Brooks** **Chief of Staff** **rodney.brooks@acgov.org** **Aisha Brown** **Legislative Aide** **aisha.brown@acgov.org** | **United States of America** **United States Government** **Office of the President** **President George W. Bush:** **president@whitehouse.gov** **Vice President Richard Cheney:** **vice.president@whitehouse.gov** |

2

Alameda County Social Services Agency
Director of Eastmont Town Center
Eastmont Town Center
6955 Foothill Blvd Suite 100
Oakland, Ca. 94605

Ms. Hill:

I have on several occasions spoken to my employment counselor, an Alameda
County Representative, leaving voice messages by telephony, and I voiced my
written complaint to the Adjudicator of the Appeals Unit during a hearing. I
moreover, made several attempts to contact another counselor for assistance, until
a no contact caused an inquiry as to why, and my employment counselor said he
could not assist me in the matters involving my concerns. In other words, I am
continuously being denied the services defined by law; Welfare and Institution
Codes, including the laws of the United States Government.

Perhaps, your hatred of me, because of my race and color difference, will succeed in
preventing me from being a parent to my first and only child. Or, the continued
denial of my Civil and Constitutional Rights, which allowed me to be Criminally
Convicted for a Letter of Intent to Sue, may provide all of you with the belief that
you are to be feared, worshiped, and maintain the right of my assassination, because

3

you believe yourselves to be the killers of God. Be forewarned... your irrational and psychotic behaviorisms that support your Pagan Beliefs, which are well documented in history, will ultimately, lead to your individual demise. In other words, I strongly suggest to each of you, and all those who support the insanity of the dogma encompassing your Draconian World, that you abide by the Covenant accepted by every United States Citizen, which defines the Laws of this Country.

Nevertheless, my request, and the associated laws which guarantee my rights and the responsibility of those persons so authorize in meeting this obligation, are outlined below:

**Request 1**: Need assistance to establish contact with the person in the California Department of Education who I should submit the Proposal.

State of California; WELFARE AND INSTITUTIONS CODE SECTION 11320-11329.4

*11322.7. (a) Every county shall provide an adequate range of those activities described in Section 11322.6 to ensure each participant's access to needed activities and services to assist him or her in seeking employment, to provide education and training the participant needs to find self-supporting work, and to arrange for placement in paid or unpaid work settings that will enhance a participant's ability to obtain unsubsidized employment.

*Title I of the Workforce Investment Act of 1998 (29 U.S.C. 2801 et seq.)

Federal Food Stamp Program
CHAPTER 51 - FOOD STAMP PROGRAM

> *(vi) Programs designed to increase the self-sufficiency of
> recipients through self-employment, including programs that
> provide instruction for self-employment ventures.

Request 2: I need assistance in obtaining Equipment, a service that is needed to
adequately perform my Job; I need a Laptop Computer, the specifics of
the equipment is outlined below. I cannot afford to rent or purchase the
services this equipment will provide.

State of California; WELFARE AND INSTITUTIONS CODE SECTION 11320-
11329.4

> **11320.31. (i) Self-employment.

> *11322.7. (a) Every county shall provide an adequate range of those
> activities described in Section 11322.6 to ensure each
> participant's access to needed activities and services to
> assist him or her in seeking employment, to provide education
> and training the participant needs to find self-supporting
> work, and to arrange for placement in paid or unpaid work
> settings that will enhance a participant's ability to obtain
> unsubsidized employment.

> **11323.2. (a) Necessary supportive services shall be available to every
> participant in order to participate in the program activity to
> which he or she is assigned or to accept employment or the
> participant shall have good cause for not participating under
> subdivision (f) of Section 11320.3. As provided in the welfare-
> to-work plan entered into between the county and participant
> pursuant to this article, supportive services shall include all of
> the following:

      (2) Transportation costs, which shall be governed by regional market rates as determined in accordance with regulations established by the department.

\*\*\*(3) Ancillary expenses, which shall include the cost of books, tools, clothing specifically required for the job, fees, and other necessary costs.

      (4) Personal counseling. A participant who has personal or family problems that would affect the outcome of the welfare-to-work plan entered into pursuant to this article shall, to the extent available, receive necessary counseling or therapy to help him or her and his or her family adjust to his or her job or training assignment.

      (b) If provided in a county plan, the county may continue to provide case management and supportive services under this section to former participants who become employed. The county may provide these services for up to the first 12 months of employment to the extent they are not available from other sources and are needed for the individual to retain the employment.

        11323.4. (a) Payments for supportive services, as described in Section 11323.2, shall be advanced to the participant, wherever necessary, and when desired by the participant, so that the participant need not use his or her funds to pay for these services. Payments for child care services shall be made in accordance with Article 15.5 (commencing with Section 8350) of Chapter 2 of Part 6 of the Education Code.

### Laptop Computer: HP Compaq X6000 series PC

price - $4,193.86
instant rebate - $74.99
mail-in rebate - $30.00
price after rebate - $4,088.87
you saved - 2.5%


Operating System: Microsoft(R) Windows(R) XP Professional with SP2
Processor: Intel(R) Pentium(R) 4 650 w/HT Technology, 3.4GHz
Display: 17.0" WSXGA+ BrightView Wide Viewing (1680x1050)
Memory: 2.0GB DDR2 SDRAM, 533MHz (2x1024MB)
Hard Drive: 100 GB 5400 RPM Hard Drive
Primary CD/DVD Drive: DVD+/-RW/R CD-RW Combo w/Double Layer
Graphics Card: 256MB ATI Mobility Radeon(TM) X600
Networking: 54g(TM) Integ. Broadcom 802.11b/g WLAN & Bluetooth
Primary Battery: Extra 12 Cell Lithium Ion Battery

Microsoft(R) Office 2003 SBE

HP extended service plans:
3-year HP Accidental Damage Protection
with Express Repair extended service plan

Detto IntelliMover™ USB Data Migration Kit
HP 4-port USB 2.0 Hub with Quad TT

HP Executive Carrying Case

Docking Solutions:
HP xb2000 Notebook Expansion Base with 160GB Hard Drive Kit
HP Wireless Keyboard and Mouse

Linksys® Wireless-G Broadband Router with Speedbooster

HP Kensington® Security Lock

CD/DVD media products:
HP 8x 4.7GB DVD+R Media, 10-pack

Sincerely,

Eugene Terrell
3312 64th Avenue Place
Oakland, California
94605
eterrell00@netzero.net
510-636-9885
Welfare Case Number: 112232-09
SSN: 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

—————— ——— ——— ———

May 23rd 2005

cc: Supervisor of Employment Service Center Counselors; Ms. Keys,
     Alameda County Representative; Ms. Martha Crumes, Y282,

Enclosures:  1 Copy of my Proposal which will be addressed to;
                    California Department of Education

Note: Example of my work is unnecessary, since this was the accompaniment of my
       last complaint. Furthermore, it is important to mention that I was told by an
       Alameda County Representative that these Laws do not apply to me. Why am
       I excluded? Do the Laws of the State of California, or the Laws from the
       U.S. Constitution apply to persons having a Skin Color, Religion, or Race
       difference? (Date of Occurrence: May 23, 2005)

STATE OF CALIFORNIA - HEALTH AND WELFARE AGENCY                                    CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# COMPLAINT OF DISCRIMINATION

NAME  Eugene Terrell

ADDRESS  3312 64th Avenue Place

Oakland, CA. 94605

AID TYPE  Food Stamps

CASE NUMBER 0112232-09

AREA CODE

PHONE (510) 636-9885

I believe I have been discriminated against on the basis of:

( X ) RACE          (   ) NATIONAL ORIGIN          (   ) RELIGION          (   ) MARITAL STATUS

(   ) SEX           ( X ) COLOR                     (   ) DISABILITY        (   ) AGE

(   ) POLITICAL AFFILIATION

| NAME OF PERSON WHO DISCRIMINATED | TITLE | DATE OF OCCURRENCE | PLACE OF OCCURRENCE AND AGENCY |
|---|---|---|---|
| 1. Frank Aguiar | Alameda Comy Representative | May 23, 2005 June 5, 2005 | 156 Clay St Oaklan, CA |
| 2. Betty B | Alameda County Adjuster | June 8th 2005 | 15 15 Clay St Oakland, CA |
| 3. Ms. Hill | Director of Eastmont SS Office | mailed copy of Resume to PUHW April 26 2005 | Eastmont Center |
| 4. Ms. Belding | Program Manager | June 20 2005 | Office of the Director- Alameda County SS |

Describe in your own words what action(s) have happened to lead you to believe you have been discriminated against.

I am a Researcher, started my company in 1992, and I worked supporting it until I developed a viable product. Now.. I am on Welfare, receiving Cash Aid and Food Stamps. However, because of my Race I have been denied all the Rights/Benefits prescribed by State and Federal law, for any person who ate emp'ts

Indicate what resolution you are seeking. to gain self-sufficency through self employment, since People in Authority "How is it possible to be Denied - Inaction is Inaction-written and know: I need the name of a contact person working for the California Department of Education, who is assigned to review manuscripts for book publication /distribution in the California School System, and I need a Laptop Computer.

I understand the above information is true and complete to the best of my knowledge and belief.

Eugene Terrell
COMPLAINANTS SIGNATURE

July 6, 2005
DATE

CEN 1170 (ENG/SP) (1998)

# [dns-operations] DNSWorld conference 2007

**Stephane Bortzmeyer** bortzmeyer at nic.fr
*Thu Jul 26 16:54:10 UTC 2007*

- Previous message: [dns-operations] DNSWorld conference 2007
- Next message: [dns-operations] DNSWorld conference 2007
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

On Thu, Jul 12, 2007 at 04:57:16PM -0400,
Jack Fisher <jfishervr at gmail.com> wrote
a message of 76 lines which said:

> *you discover that there are other developments; likely beyond your*
> *grasp.*

Indeed, my grasp is quite limited but I believe that, thanks to the IETF, I've identified one of the speakers. The announcement for his breath-taking Internet-Draft is attached and I quote here a summary of his revolutionary views about the DNS :


Internet Draft                                           E. Terrell
Category: Informational                        ETT-R&D Publications
Expires: January 27th, 2008                              July 2007


The IPtX Domain Name Service Specification; IPtX-MX DNS

'draft-terrell-iptx-mx-dns-specification-00'


...


Abstract

This document defines the IPtX Specification for the 'Domain Name Service' (IPtX / IPtX-MX DNS), and eliminates the possibility of an Addressing 'Conflict', or a Mathematical Addressing Error in the IPtX Address Space. In other words, the IPtX / IPtX-MX IP Addressing format on the "Back-End", or "Backbone", obtains its uniqueness through the use and / or difference defined by the accuracy of the 'Exponential Decimal String'. However, this uniqueness, if not clarified, would not be discernable on the "Front-End", because the IPtX IP Addressing Specification 'Allows' only a '64' Bit-Mapped IP Address for every IP Addressing Format. That is, on the "Front-End", if there is No distinction, because every Addressing Format in the IPtX Specification, when Resolved, is Equal, there will ultimately be Address Conflicts within the Addressing Scheme.

------------ next part --------------

An embedded message was scrubbed...

From: Internet-Drafts at ietf.org

Subject: I-D ACTION:draft-terrell-iptx-mx-dns-specification-00.txt

Date: Thu, 26 Jul 2007 12:15:02 -0400

Size: 8276

Url: http://lists.oarci.net/pipermail/dns-operations/attachments/20070726/8070ae14/attachment.mht

- **Previous message: [dns-operations] DNSWorld conference 2007**
- **Next message: [dns-operations] DNSWorld conference 2007**
- **Messages sorted by: [ date ] [ thread ] [ subject ] [ author ]**

**More information about the dns-operations mailing list**

OFFICE OF THE ALAMEDA COUNTY CLERK
COUNTY COURTHOUSE, 1225 Fallon Street
Oakland, CA 94612-4296, Telephone 272-6707

$22.00 - FOR FIRST BUSINESS NAME ON STATEMENT
$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED
ON SAME STATEMENT AND DOING BUSINESS AT
THE SAME LOCATION
$5.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF
ONE OWNER

Submit Original and 3 copies.

□ SEE REVERSE SIDE FOR INSTRUCTIONS

☒ FIRST FILING　　□ RENEWAL FILING

NOTICE — THIS FICTITIOUS NAME STATEMENT EX-
PIRES FIVE YEARS FROM THE DATE IT WAS FILED IN
THE OFFICE OF THE COUNTY CLERK. A NEW FICTI-
TIOUS BUSINESS NAME STATEMENT MUST BE FILED
BEFORE THAT TIME. THE FILING OF THIS STATEMENT
DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS
STATE OF A FICTITIOUS BUSINESS NAME IN VIOLA-
TION OF THE RIGHTS OF ANOTHER UNDER FED-
ERAL, STATE OR COMMON LAW (SEE SECTION 14400
ET SEQ. BUSINESS AND PROFESSIONS CODE)

FILED
ALAMEDA COUNTY

MAY 08 1992

PATRICK O'CONNELL, County Clerk
By _Diane Davis_ , Deputy

FILE NUMBER
180104-05

# FICTITIOUS BUSINESS NAME STATEMENT

### THE NAME(S) OF THE BUSINESS(ES):

* Engineering ~
* Theatrical Technologies Research & Development, Publications/ Publications

(Please Type or Print Fictitious Business Name(s) on Line Above)

** LOCATION: 22650 Main St.

(Street Address of Business — If Registered Address Assigned — Give Exact Location of Business Plus P.O. Box or Rural Route)

HAYWARD　94541

(City and Zip)

IS (ARE) HEREBY REGISTERED BY THE FOLLOWING OWNER(S):

① Edgar XRRL

(Full Name — Type/Print)

22650 Main St.

(Residence Address or state of incorporation if incorporated)

HAYWARD　94541

(City and Zip)

② _____

(Full Name — Type/Print)

_____

(Residence Address or state of incorporation if incorporated)

_____

(City and Zip)

③ _____

(Full Name — Type/Print)

_____

(Residence Address or state of incorporation if incorporated)

_____

(City and Zip)

④ _____

(Full Name — Type/Print)

_____

(Residence Address or state of incorporation if incorporated)

_____

(City and Zip)

(If More Than 4 Registrants — Attach Additional Sheet Showing Owner Information)

This business is conducted by: ☒ an Individual　□ Individuals — Husband and Wife　□ a General Partnership
□ a Limited Partnership　□ a Corporation　□ a Business Trust　□ Co-Partners　□ a Joint Venture
□ an Unincorporated Association — other than a Partnership　□ Other (Specify) _____

The Registrant commenced to transact business under the fictitious business name or names listed above on ... 5/8/92

SIGNATURE OF REGISTRANT: _____

Edgar XRRL

(Print name of person signing and, if a Corporate Officer, also state title)

This statement was filed with the County Clerk of Alameda County on date indicated by file stamp above.

Newspaper Copy

# ISRAEL JOURNAL OF MATHEMATICS

**Shahar Mozes**
Editor in
Chief

**Institute of Mathematics**
**The Hebrew University**
**Givat Ram**
**Jerusalem, 91904, Israel**
e-mail: iton@math.huji.ac.il
http://www.ma.huji.ac.il/~ijmath

**August 13, 2003**

Ref: 3012
Mr. E. Terrell
3312 64th Avenue place
Oakland,
CA U.S.A.
94605

Dear Mr. Terrell :

Thank you for sending us your paper:

**The rudiments of finite geometry: the results of quantification .**

Unfortunately your paper is out of the scope of the Israel Journal of Mathematics. There- fore we cannot consider it for publication.
We do thank you however for considering our journal.

Sincerely yours,

**Editor in Chief**
**Israel Journal of Mathematics**

# ISRAEL JOURNAL OF MATHEMATICS

Shahar Mozes
Editor in
Chief

**Institute of Mathematics**
**The Hebrew University**
**Givat Ram**
**Jerusalem, 91904, Israel**
e-mail: iton@math.huji.ac.il
http://www.ma.huji.ac.il/~ijmath

August 13, 2003

Ref: 3012
Mr. E. Terrell
3312 64th Avenue place
Oakland,
CA U.S.A.
94605

Dear Mr. Terrell :

Thank you for sending us your paper:

**The rudiments of finite geometry: the results of quantification .**

Unfortunately your paper is out of the scope of the Israel Journal of Mathematics.
There- fore we cannot consider it for publication.
We do thank you however for considering our journal.

Sincerely yours,

Editor in Chief
Israel Journal of Mathematics

**THE**

**EXECUTIVE EDITORS**

Eric Bedford       Luis Caffarelli     John Erik Fornaess
Robert E. Greene   Gennadi M. Henkin    Elliott Lieb
Nessim Sibony                           Guido L. Weiss

## OF GEOMETRIC ANALYSIS

MANAGING EDITOR
Steven G. Krantz

Mr. Eugene Terrell
3312 64* Avenue Place
Oakland, CA  94605

Dear Dr. Terrell,

We greatly appreciate your interest in our journal but, regrettably, we must return your *The* Rudimenb of *Frjlite* G e o m e b ~*The  R~S U/d1F*Quantl5cation1 because of publishing limitations.

Our capacity to publish is limited by an upper bound on the total number of pages in a volume and our editorial policy of keeping average waiting time to publication under eight months.   In order to cope with these restrictions, the editors have concluded that the best policy is to limit the number of papers sent out for review.

Sincerely,

**5 L b. K-9-**

Steven G. Krantz
Managing Editor

**Department of Mathematics   Campus Box 1146   Washington University**

This message is not flagged. [ Flag Message - Mark as Unread ]

Date:     Fri, 09 May 2003 09:16:02 -0700
From:     "ron graham" <graham@ucsd.edu>      Add to Address Book
To:       "Eugene Terrell" <eugeneterrell@yahoo.com>
Subject:  Re: Getting Mathematical Research findings refereed / reviewed

Dear Mr. Terrell,

The primary ways that people reach others with their mathematical (and other
scientific) results is to submit the appropriate written versions to refereed journals,
post preprints on various public or private Web servers or send email to potentially
interested readers. In general, it is not easy to get people's attention for things like
this, especially when trying to do something that is more or less revolutionary. One
case in point is the recent efforts of Stephen Wolfram with the release of his new
book "A New Kind of Science".

Good luck,

Ron Graham

The Mathematical Association of America
1529 Eighteenth Street, NW
Washington, DC 20036-1385
1-800-741-9415
202-387-5200
202-265-2384 - FAX


          President
          Ronald L. Graham, University of California, San Diego

 **Print - Close Window**

Date:    Fri, 11 Mar 2005 21:56:45 -0500
To:      eugeneterrell@yahoo.com
CC:      jsbm@ams.sunysb.edu, dtlee@iis.sinica.edu.tw, achen@iis.sinica.edu.tw
Subject: your paper submitted to IJCGA
From:    "Joseph Mitchell" <jsbm@ams.sunysb.edu>


*Plain Text Attachment*

Dear Dr. Terrell,

I refer to your submission,

04-36

The Rudiments of Finite Geometry; the Results of Quantification by Eugene Terrell

eugeneterrell@yahoo.com to IJCGA. I regret to inform you that, based on editorial board review,

we are unable to accept your paper, as it is out of scope for a computational geometry journal.

Best,

Joe Mitchell
co-Editor-in-Chief, IJCGA

 Yahoo! Mail - eugeneterrell@yahoo.com    Case 3:08-cv-01273-PJH   Document 2    Filed 03/04/2008    Page 45 of 49    **Page 1 of 2**

YAHOO! MAIL Classic                                                                                 Print - Close Window

**Date:**    Wed, 06 Feb 2008 16:51:14 -0600

**From:**    "Bill Branstetter" <bill.branstetter@abacussg.com>

**To:**      eugeneterrell@yahoo.com

**Subject:**  IPv6 Engineer Recruiting Help

Eugene,

I work for a government contractor called Abacus Solutions Group.  I
found your resume online this afternoon while searching for an IPv6
Engineer.  I wanted to send you the details of the position in hope that you
might be able to recommend someone in your network.

This is a full-time position located in Montgomery, AL at the Gunter
Annex working on an Air Force IPv6 network.  The Air Force has requested
that the engineer be on site, so unfortunately, telecommuting is not an
option for this position.  Because this is a government system, we'll
ave to process a security clearance for the individual, therefore
requiring all candidates to be U.S. citizens.  Although compensation will
largely be based on salary history and market demand of skill set, my
ballpark is $65-75k (with benefits).  We also have money for relocation
assistance.

The description of the position and its requirements are below.  Please
forward my email to anyone that you think might be interested in
.earing about it.  I appreciate any help you can give.

Thank you in advance,

Bill


   b Description
must have top knowledge on Internet Protocol (version 4 and/or 6) and
TCP/IP addressing and subnetting. Ability to manage and administer
assignment, allocation, redistribution of Air Force Internet Protocol
address space consistent with DoD addressing schemes. Be proficient at
assigning, verifying, and validating individual base and user IP addresses.
Troubleshoot and resolve complex problems to ensure no disruption of
mission-critical applications. Additionally, must be a technical
contributor with advanced knowledge of and experience in local and wide area
networking, communications, and related hardware/software such as bridges,
gateways, routers, multiplexes and hubs. Requires knowledge of Testing
Protocols test plans and reports. Some knowledge of Spirent, Ixia or
similar testing systems desired. Prepares specifications (design, test,
acceptance, etc.). Performs calculations and selects components.
Designs subsystems and components. Obtains information from suppliers an
d vendors. Prepares documentation of methods and procedures. Implements
tests and documents test data. Performs related work as required.

Required Skills
Bachelor's degree in Computer Science or Information Systems or
Engineering related field or equivalent work experience with 5 years of
directly related experience required. An equivalent combination of experience

Yahoo! Mail - eugeneterrell@yahoo.com   Page 2 of 2

Case 3:08-cv-04273-JH  Document 2  Filed 03/04/2008  Page 46 of 49

and training which provide the required knowledge, skills, and abilities may substitute for the degree. Knowledge of engineering practices and techniques. Proven proficiency in designing, testing, etc., of engineering systems and subsystems. Capability to understand, interpret, and generate engineering documentation. Efficiency in writing specifications, work statements, and proposals.

Bill Branstetter
Abacus Solutions Group, LLC
T 1 888.293.1642
http://www.abacussg.com
http://www.linkedin.com/in/branstetter

This message may contain confidential and/or legally privileged information.  If it has been sent to you in error, please reply immediately t advise the sender of the error and then destroy this message, any copies of this message and any printout of this message.  If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in the message, and any ^ttachments to the message, is strictly forbidden.

**ttachments**

es:

📎 **bill_branstetter.vcf** (204)



*Oakland Private Industry Council*

# JOB OPPORTUNITY ANNOUNCEMENT

The Oakland Private Industry Council (PIC) is accepting applications for:

| | |
|---|---|
| Title: **Senior Computer Applications Specialist**<br>Grade: 7        Rate: **$19.94/hr.**<br><br>**Exempt**<br><br>Type of Appointment: **Regular** | Job Number: **SCAS02E08**<br>Number of Positions: **One (1)**<br>Department: **SSA Career Center - Eastmont Site**<br>Schedule: 8:30 a.m. to 5:00 p.m. M-F; 37.5 hrs/wk<br>Opening Date: **January 16, 2008**<br>Closing Date: **February 18, 2008 or until filled**<br>Type of Recruitment: **Open** |

## INFORMATION TO APPLICANTS

**HOW TO APPLY:**  Applicants mail, e-mail or fax resume with cover letter as follows:

Oakland PIC                         or     E-mail: picjobs@oaklandpic.org
ATTN: Human Resources - TSS
1212 Broadway, Suite 300            or     FAX to: M. Watts
Oakland, CA 94612                          (510) 839-3766

Responsibility for the timely submission of resume rests with the applicant.  To be considered the resume must be received no later than the closing date of the announcement.

This announcement may be used to fill the same or similar positions, temporary or permanent which become available within 180 days of the closing date.  Applicants selected for temporary positions may be converted to a permanent position without further competition.

ALL QUALIFIED APPLICANTS WILL RECEIVE CONSIDERATION FOR THIS POSITION WITHOUT REGARD TO RACE, AGE, RELIGION, COLOR, SEX, NATIONAL ORIGIN, POLITICAL AFFILIATION, OR PHYSICAL HANDICAP.

**The Oakland Private Industry Council is an equal opportunity employer and program operator.  Auxiliary aids are available upon request to individuals with disabilities.  For TDD services please call: 1-800-735-2922.**

**El Oakland Private Industry Council, Inc., ofrece igualdad de oportunidades como empleador y operador de programas.  Asistencia y servicios auxiliares para personas descapacitadas seran disponibles cuando se requieran.  Para servicio TDD (para personas sordo-mudas) por favor llame al 1-800-735-2922.**

屋崙職業輔導中心是一間平等就業機會的機構，而且爲傷殘人士提供有需要的服務。聾啞人士服務熱線: **1-800-735-2922**。

1

# IMPORTANT INFORMATION
## REGARDING CHANGES TO THE
## GENERAL ASSISTANCE (GA) PROGRAM

# Effective January 1, 2008,
## Your GA payments may be time limited to 6 months.

➢ The 6-month time limit will affect all underline employable applicants and recipients. This means that you will be eligible for cash aid for a period of six (6) months in any twelve (12) month period. This will apply whether aid was paid for six continuous months, or if there was a break in aid between months in any 12-month period.

➢ Applicants and recipients will still be required to meet all other eligibility requirements, including participating in GA/FSET. Not complying with the program requirements can result in sanctions.

➢ Individuals who are considered unemployable will be exempt from the time limit. The time limit will apply if an individual's exempt status ends. Any exempt months will not count towards the time limit months.

➢ Current recipients will begin their payment period beginning Jan. 1, 2008. The earliest date their payment period will end will be June 30, 2008.

#### Example:
Mr. Smith was determined to be an employable recipient in Jan. 2008. He received aid for the next six months; his aid ended in June 2008 due to the time limit. His eligibility for a new eligibility period would not begin again until Jan. 1, 2009.

If you have any questions regarding this change, call your worker.

90-165: GA 6-Month Time Limit Informing Notice

**Subject:** RE: Position ID: DP

**Date:** Mon, 9 Feb 2004 09:47:49 -0800

**From:** "Quandt, Melanie" <MelanieQuandt@spherion.com>  📇Add to Address Book

**To:** "Eugene Terrell" <eugeneterrell@yahoo.com>

Hi Eugene ~

I am so sorry but it may be hard for me to place you seeing that you were not working last year. I will keep your resume on file for the future.

Melanie S. Quandt
Senior Technical Recruiter
Spherion (Technical Services Group)

Direct Line: 415.7337557
Cell Phone: 650.520.4176
Fax: 415.733.7501

www.spherion.com

-----Original Message-----
**From:** Eugene Terrell [mailto:eugeneterrell@yahoo.com]
**Sent:** Monday, February 09, 2004 9:07 AM
**To:** Quandt, Melanie
**Subject:** Position ID: DP

Melanie Quandt
Spherion
475 Sansome Street
Suite 800
San Francisco, CA 94111

I am very interested in applying for Client Technical Support Engineer position, and I have attached a copy of my resume.

Eugene Terrell