Eugene Terrell
439 Douglas Avenue
Oakland, Ca. 94603

E-filing

FILED
MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| Eugene Terrell,<br>Engineering Theoretical Technologies<br>Research & Development Publications<br>(ETT-R&D Publications)<br>439 Douglas Avenue, Oakland, Ca. 94603,<br><br>Plaintiff,<br>vs.<br><br>State of California Office of the Attorney<br>General Edmund G. Brown Jr. Office of the<br>District Attorney;<br>1225 Fallon Street, Room 900,<br>Oakland, CA 94612<br><br>Office of the United States Attorney, Attorney<br>General Michael Mukasey;<br>1301 Clay Street, Suite 340S,<br>Oakland, CA 94612<br><br><br>Defendants | Case No.: **C08-01273**  EM<br><br>~~MOTION AND NOTICE TO PROCEED IN PRO PER~~<br><br>Application To Proceed In Forma Pauperis<br><br>Dated this 28th day of February, 2008<br><br>_[signature]_<br>439 Douglas Avenue<br>Oakland, Ca. 94603<br>Attorney – In Pro Per; Eugene Terrell<br><br>Ph: 510-636-9885 |

I, __Eugene Terrell__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__                           Net: __N/A__

Employer: __N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received.

IFP.APP (5/96)

1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment     Yes \_\_\_\_ No  X

    b.  Income from stocks, bonds, or royalties?     Yes \_\_\_\_ No  X

    c.  Rent payments?     Yes \_\_\_\_ No  X

    d.  Pensions, annuities, or life insurance payments?     Yes \_\_\_\_ No  X

    e.  Federal or State welfare payments, Social Security or other government source?     Yes  X  No \_\_\_\_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I've been on Welfare for at lease the past 10 years - I get about $336 per Month in cash aid, and about $146 in Food Stamps.

3.  Are you married?  Yes \_\_\_\_  No  X

Spouse's Full Name:  N/A

Spouse's Place of Employment:  N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A      Net $ N/A

4.  a.  List amount you contribute to your spouse's support:

$ N/A

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support: I AM A PARENT, BUT BECAUSE OF MY WELFARE STATUS, I AM NOT PAYING CHILD SUPPORT.

5.  Do you own or are you buying a home?  Yes \_\_\_\_  No  X
Estimated Market Value: $ N/A     Amount of Mortgage: $ N/A

2

6.  Do you own an automobile Yes _____ No  X  

Make  N/A                        Year  N/A      Model  N/A          

Is it financed? Yes  ---  No  ---  If so, Total due: $ -----------

Monthly Payment: $  N/A       

7.  Do you have a bank account?

Yes _____  No  X  

Name(s) and address(es) of bank:  N/A                              

Present balance(s):  $  N/A                                        

Do you own any cash?  Yes _____  No  X    Amount:  $  N/A     

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____  No   X  

8.  What are your monthly expenses?

Rent:  $ 150                          Utilities:  N/A          

Food:  $ 146                          Clothing:  15            

Charge Accounts:
NONE
                                              Total Owed On

| Name of Account | Monthly Payment | This Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

YES! However, it has been so long, more than 10 years. But, at a guess, I probably more than 250,000, right now.


3

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes _____    No X____

This question has a Yes and No answer… In other words, the Cause of action is different. However, I'm still asking for the property that the government stole from me!

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

**United States Court of Appeals Ninth Circuit No. 98-17040**

**United States District Court No. C-98-00219VRW**

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.


DATE                                SIGNATURE OF APPLICANT

Feb 28, 2008                        [signature]