1   Eugene Terrell
    439 Douglas Avenue
2   Oakland, Ca. 94603

3                                                    FILED E-filing

4              UNITED STATES DISTRICT COURT          MAR - 4 2008

5                      FOR THE

6              NORTHERN DISTRICT OF CALIFORNIA

7   Eugene Terrell,                      )   Case No.:   C08-01273
                                         )
8   Engineering Theoretical Technologies )   MOTION AND NOTICE TO PROCEED
                                         )           IN PRO PER
9   Research & Development Publications  )
                                         )
10  (ETT-R&D Publications)               )
                                         )
11  439 Douglas Avenue, Oakland, Ca. 94603,  )  Dated this 28th day of February, 2008
                                         )
12          Plaintiff,                   )
                                         )
13                                       )
                                         )   439 Douglas Avenue
14  vs.                                  )   Oakland, Ca. 94603
                                         )   Attorney - In Pro Per; Eugene Terrell
    State of California Office of the Attorney )
15  General Edmund G. Brown Jr. Office of the )  Ph: 510-636-9885
                                         )
16  District Attorney;                   )
                                         )
17  1225 Fallon Street, Room 900,        )
                                         )
18  Oakland, CA 94612                    )
                                         )
19                                       )
                                         )
20  Office of the United States Attorney, Attorney )
                                         )
21  General Michael Mukasey;             )
                                         )
22  1301 Clay Street, Suite 340S, Oakland, CA )
                                         )
23  94612                                )
                                         )
24          Defendants                   )
                                         )
25                                       )
                                         )

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 1

| | |
|---|---|
| Eugene Terrell, | ) State of California Office of the Attorney |
| Engineering Theoretical Technologies | ) General Edmund G. Brown Jr., |
| Research & Development Publications | ) Office of the District Attorney; |
| (ETT-R&D Publications) | ) 1225 Fallon Street, Room 900, |
| 439 Douglas Avenue, Oakland, Ca. 94603, | ) Oakland, CA 94612 |
| Plaintiff, | ) |
| vs. | ) Office of the United States Attorney, |
| | ) Attorney General Michael Mukasey; |
| | ) 1301 Clay Street, Suite 340S, |
| | ) Oakland, CA 94612 |
| | ) |
| | Defendants |

## STATEMENTS OF THE FACTS REGARDING THE RIGHT TO PETITION THE GOVERNMENT FOR THE REDRESS OF GRIEVANCES REPRESENTING THE CAUSE OF ACTION PRESENTED IN THE BRIEF

1) The State of California Racially Motivated Conspiracy to prevent the Plaintiff from ever having Civil and Constitutional Rights.

   a) I have 2 Criminal Convictions, which includes; a "Criminal Conviction for a Letter of Intent to Sue".

   b) I have been Denied the Right to Appeal, because I could not afford to Pay Court Cost.

   c) I have been Denied, as defined by law, the Right to ask for and receive assistance with my Business.

d) I have been Denied assistance, as required by Law, for the purchase of Pain Medication, needed for my Ulcer

e) I have filed a Civil Rights Complaint against the Perpetrators of these Unlawful Acts, and I was Ignored.

f) I had equipment confiscated and never returned, which I used in employment, by the Police and the Courts, to prevent me from obtaining employment.

And more importantly, except through Arbitration, the California Department of Social Services Refuses to Respond to any Verbal or Written request for Assistance, which is allowed, defined, and required by California's Welfare and Institutions Code. In other words, while they have Programs that are designed to provide assistance, because there is no information, they can selectively discriminate, or choose who they want to help.

2) The United States Government Racially Motivated Conspiracy to prevent the Plaintiff from ever having Civil and Constitutional Rights.

a) I have forced to Pay Additional TAXES, and a Fine, by IRS, which claimed that I lied, and did not have a Business or any of the Business Exemptions I filed for Tax Credits.

b) I have served in the Military to protect the United States Government, and I have been Denied the Right to Petition because I could not afford to Pay Court Cost.

c) I have been Attacked, Threatened, and Assaulted by members of the Judicial Branch for the State and Federal Governments; in a Racially Motivated Conspiracy to Deny, as defined by law, the Right to have the benefit and enjoyment of the Rights the United States Government Guarantees to its White Citizens.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

d) I have been denied the Right to pursue the Endowed Rights defined by the "Deceleration of Independence".

e) I have been Denied Equal Protection of the Law, the Rights Guaranteed by the United States Government to every White Citizen.

f) I was Threaten by United States District Attorney, when requesting HELP, and was told; "… you have a Bulls eye on your Chest… you better be quiet."

g) I request help from the Police and Federal Bureau of Investigation, and was either lied to, or was told that I did not have a valid claim.

h) I sought assistance from, and filed a Complaint with U.S. Department of Health & Human Services Office of Civil Rights, and never received any assistance.

What's amazing is that, I was told by an Alameda County Sheriff, while in Superior Court; "…you can catch more Flies with Honey". However, I will not subject myself to, nor will I ever participate in, any form of Begging or Groveling to have the Rights defined by the Laws of the either the State of California, or the United States Constitution.

Nevertheless, I inquire to the Court Justices, in the year 2008, for their opinion regarding the integrity or mental stability of anyone who claims doubt regarding the validity of the foregoing allegations. I'm asking, in other words; 'Does Racial Discrimination necessitate or require that the perpetrators have a different physiology or ethnicity, from those whom they are against? Especially since, the discriminatory practices of every Conquered People are well known facts, documented in the

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

d) I have been denied the Right to pursue the Endowed Rights defined by the "Deceleration of Independence".

e) I have been Denied Equal Protection of the Law, the Rights Guaranteed by the United States Government to every White Citizen.

f) I was Threaten by United States District Attorney, when requesting HELP, and was told; "... you have a Bulls eye on your Chest... you better be quiet."

g) I request help from the Police and Federal Bureau of Investigation, and was either lied to, or was told that I did not have a valid claim.

h) I sought assistance from, and filed a Complaint with U.S. Department of Health & Human Services Office of Civil Rights, and never received any assistance.

What's amazing is that, I was told by an Alameda County Sheriff, while in Superior Court; "...you can catch more Flies with Honey". However, I will not subject myself to, nor will I ever participate in, any form of Begging or Groveling to have the Rights defined by the Laws of the either the State of California, or the United States Constitution.

Nevertheless, I inquire to the Court Justices, in the year 2008, for their opinion regarding the integrity or mental stability of anyone who claims doubt regarding the validity of the foregoing allegations. I'm asking, in other words; 'Does Racial Discrimination necessitate or require that the perpetrators have a different physiology or ethnicity, from those whom they are against? Especially since, the discriminatory practices of every Conquered People are well known facts, documented in the

1    archives of World History, the studies of Behavioral Psychology,
2    and Court Cases of the United States Government.

3

4    In other words, I, Eugene Terrell, do hereby testify under oath,
5    that these statements are factual and true.

6

7

8

9
10                              Respectfully,

11                                   Dated this 28th day of February, 2008

12

13

14                                        Attorney – In Pro Per
                                          Eugene Terrell
15                                        439 Douglas Avenue
                                          Oakland, Ca. 94603
16                                        Ph: 510-636-9885

17

18

19

20

21

22

23

24

25

1   Eugene Terrell
    439 Douglas Avenue
2   Oakland, Ca. 94603

3

4                  UNITED STATES DISTRICT COURT

5                           FOR THE

6              NORTHERN DISTRICT OF CALIFORNIA

7   Eugene Terrell,                    )   Case No.:
                                       )        'BRIEF'
8   Engineering Theoretical Technologies )
                                       )        MOTION AND NOTICE
    Research & Development Publications )   ORDER TO SHOW CAUSE OF ACTION
9                                      )      FOR THE COMPLAINT AND
    (ETT-R&D Publications)             )        DEMAND FOR REFIEF
10                                     )
                                       )
11           Plaintiff,                )   Damages; $850,000,000
                                       )
12          vs.                        )   VIOLATION of;
                                       )
13                                     )   Conspiracy to Deny Plaintiffs Rights
                                       )
14  State of California Office of the Attorney )   US Constitutional 1st, 4th, 11th, and
                                       )   14th Amendment Rights
15  General Edmund G. Brown Jr.  Office of )
                                       )   Title 42 CHAPTER 21 SUBCHAPTER I §
16  the District Attorney;             )   1981, 42 U.S.C. 1983, FRCP 38
                                       )
17  1225 Fallon Street, Room 900,      )   California CIVIL CODE SECTION - 52.1.
                                       )   (a) and (b)
18  Oakland, CA 94612                  )
                                       )   JURISDICTION; TITLE 28 PART IV
19                                     )   CHAPTER 89 Section 1443 (1) (2)
                                       )
20  Office of the United States Attorney, )   VENUE; TITLE 28 PART IV CHAPTER 87
                                       )   Section 1391 (b)(1), (e)(1)
21  Attorney General Michael Mukasey;  )
                                       )   Dated this 28th day of February, 2008
22  1301 Clay Street, Suite 340S, Oakland, CA )
                                       )
23  94612                              )   439 Douglas Avenue
                                       )   Oakland, Ca. 94603
24                                     )   Attorney  In Pro Per; Eugene Terrell
                                       )   PH; 510-636-9885
25           Defendants               )
                                       )

# Table of Contents

I.    The COMPLAINT

II.   The Constitutional Issues Raised by the Complaint

III.  Summary of the Complaint

IV.   The Remedy in Law

V.    The Demand

VI.   Table of Authorities

VII.  Appendixes

      A. Evidence and Court Documents Section
      B. Exhibits Section
      C. Motion(s) & Writ(s) Section
      D. Excerpts Summary - History of Prior Events

## I. The COMPLAINT**

I have filed, in 1998, a Complaint pertaining to Substantial Civil and Constitutional Rights VIOLATIONS. However the Continuation of these Criminal Acts, Committed In Furtherance of the reported Conspiracy, has Caused Serious Harmed to my entire Life.

I cannot obtain, and Lost Employment, pursue my Business, lost my Apartment, Automobile, Personal Possessions, and Income… etc.

I have been Denied the Assistance to develop and pursue my Business, defined by California's Laws.

I have been Denied the Right to Petition to Redress Grievances.

And more importantly, I have 2 Criminal Convictions, and I have not seen my Child in Nearly 12 years.

Am I to suffer, under color of law, THE WHOLE OF MY ENTIRE LIFE, from Threats, Assaults, Intimidation, Coercion, or the Attempts to Interfere by Threats, Intimidation, or Coercion, that would prevent the Exercise or Enjoyment of the Rights Secured by the Constitution and Laws of the United States Government?

1  Isn't it enough evidence, just filing a Citizen Complaint, or
2  any Police Report, to conclusively prove at least INTIMIDATION,
3  if Not Fear?
4
5  Or, since I have been Denied the Rights of Legal Representation
6  in the Federal Courts. Would it be more appropriate for the
7  employees from the Department of Justice to use, or attempt to
8  use the Deceptive Language of the LAW, which is not written in
9  the Common Language of the People, to Confuse, Distort, and
10  Extinguish all Rights secured by the First Amendment Right to
11
12  Petition the Government for the Redress of Grievances?
13
14  Clearly, the insanity and exploits of Racial Discrimination, the
15  Concepts involving Whiteman Supremacy, which ascribed to the
16  illegal practices designed by the dictates of State of
17  California, and the United States Government, cannot be the
18  Consent of the People.
19
20  In most cases however, these are employees having different
21  ethnic origins, acting as the perpetrators in furtherance of a
22  conspiracy. And who are directly responsible for committing
23  criminal acts against the Plaintiff, which extends well beyond
24
25  the Custody Case, or the allegations of Domestic Violence.

1   **In fact, these crimes has impaired the Plaintiff's life in

2   matters pertaining to; Education, Publishing Articles in

3   Journals owned by Educational Institutions, Employment, Industry

4   (Electronics and Computer Science), the Committee evaluating the

5   Awards for the Nobel Prize in Physics, and even my Rights

6   seeking help for my business from the California Department of

7   Welfare.

8

9

10  Remember, the 1928 decision of United States Supreme Court

    Justice Louis D. Brandeis, and the profoundness of its

11  conclusion:

12

13

    "In a government of laws, existence of the government will be

14  imperiled if it fails to observe the law scrupulously. Our

15  government is the potent, the omnipresent teacher. For good or

16  ill, it teaches the whole people by its example.... If the

    government becomes a lawbreaker, it breeds contempt for the law;

17  it invites every man to become a law unto himself; it invites

18  anarchy."

19

20  The perplexing question however, which seems to transcend the

21  unusual circumstances defining the Cause of Action, is; 'Why are

22  so many People of the Court, the Judges, the District Attorneys,

23  the Sheriffs, and the Police, Violating the Rights of Citizens,

24  the Rights for whom they are Sworn by Oath and Ordered by Law to

25  Protect?'

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 10

1   In any case, what should be absolutely clear, that is, the

2   Complaint is not founded upon alleged Allegations, which Raises

3   Questions and Debate, these are Uncontestable 'Facts'.

4

5   And the reality of this conclusion is made unquestionable clear

6   not only through Court Documents and Police reports, but also

7   through the most recent incident involving the California's

8   Department of Welfare (the State of California, Health and Human

9   Services Agency, 'Department of Social Services').

10

11

12  And more importantly, the conclusion is also sustained by the

13  incidents involving the State of California District, Superior

14  and Appeals Courts, and the Justices of the United States Court

15  of Appeals for the Ninth Circuit.

16

17  **In other words, the Representatives of the Department of

18  Social Services were so obviously blatant in their disregard and

19  departure from the Laws and Citizen Rights of the Plaintiff,

20  they not only Violated the California WELFARE AND INSTITUTIONS

21  CODE SECTION 11323.2. (a)(3), they REWROTE IT! And then, later

22  changed WELFARE AND INSTITUTIONS CODE SECTION 11320.31 (i),

23  which violates the Workforce Investment Act of 1998 (29 U.S.C.

24  2801).

25

1  **While the Actions of the <u>Justices of the United States Court</u>

2  <u>of Appeals for the Ninth Circuit</u>, and the 'Court of Appeal of

3  the State of California for the First Appellate District

4  Division One', attack the very Core of the 'First Amendment

5  Right' of every United States Citizen; the Right to Redress

6  Grievances.

7

8

9  'CLEARLY, THERE CAN BE NO SUSTAINABLE OR JUST EQUTITY IN THE

10  RIGHTS OF CITIZENS, EQUALLY SHARED BY ALL OF THE CITIZENS, WHEN

11  TO SECURE ANY RIGHT GURANTEED BY THE UNITED STATES CONSTITUTION,

12  INVOLVES FIRST, THE PAYMENT OF THE COSTS FOR THE RIGHT TO

13  PETITION**.'

14

15  That is, how is it possible for Equitable Rights, or any claim

16  of a System of Governance by the People, a Democracy, to exist,

17  if the Laws, written supposedly by People, are WRITTEN to them,

18  in an Uncommon Language? Or when to Petition the Government for

19  the Right to Redress Grievances entails a Monetary Value,

20  requiring the Citizen to Pay a Cost. 'HOW WILL IT EVER BECOME

21  POSSIBLE FOR EVERY CITIZEN TO HAVE EQUITY IN THE RIGHTS

22  GURANTEED BY THE UNITED STATES CONSTITUTION?'

23

24

25

1  'IF THERE IS NO EQUAL DISTRIBUTION OF WEALTH IN THE SYSTEM OF

2  GOVERNANCE, AND (THEN) THE PAYMENT OF MONEYS, FOR AT LEAST ONE

3  CITIZEN, DEFINES AN INSURMOUNTABLE BURDEN. 'WHAT OTHER CHOICES

4  ARE AVAILABLE TO THE INDIGENT CITIZEN, WHEN THEY HAVE NO MEANS

5  TO PAY COST?'

6

7

8  'IN OTHER WORDS, WHEN ANY GOVERNMENT REQUIRES OF IT'S CITIZENS,

9  THE PAYMENT OF A PREREQUISITE COST FOR ENJOYMENT OF THE BENEFITS

10 AND THE RIGHTS IT GUARANTEES. WHEN THERE IS NO EQUAL

11 DISTRIBUTION OF WEALTH IN THE SYSTEM OF GOVERNANCE. NO EQUITY IN

12 THE ENJOYMENT OF THE BENEFITS AND THE RIGHTS COULD EVER BE THE

13 PROMISE GUARANTEED TO ALL OF IT'S CITIZENS**.'

14

15 'Does a Citizen in the United States of America have to Pay for

16 the Right to have the Legal Right to Petition the Government for

17 the Redress of Grievances?'

18

19 There are many United States Citizens that would respond

20 resoundingly to answer the question with the Unequivocal Yes. If

21 only they could read and understand the Written Language of the

22 Laws and the Case Law Decisions pertaining to the matters

23 INVLOVING THEIR RIGHTS.

24

25

1    \*\*In other words, the Ninth Circuit Appellate Court Justices did
2    not only deny the Plaintiff legal representation. After the
3    submission of a Notice Petitioning for an Indigence Weaver, they
4    also required the Plaintiff to Pay Court Cost. The Plaintiff was
5    also DENIED the Right of Petition by the 'Court of Appeal of the
6    State of California for the First Appellate District Division
7    One': I COULD NOT PAY COURT COSTS! \*\*

9
10   \*\* What manner of Governance would prescribe Treachery in the
11       pursuit of Life, Liberty, and Happiness for its Citizens?

13   Who amongst you, I ask, will be responsible as required by OATH
14   and the LAW, for the Protection and the Enjoyment of the Rights
15   Guaranteed to the Citizen by the United States Government, and
16   still obey the Law(s)?

18   In other words, if there is any COST associated with having the
19   Privilege of Rights, No Citizen's Rights can be Guaranteed Equal
20   Protection by the Government. That is, since Democracy cannot
21   abridge the Right of any Citizen to acquire Wealth, or determine
22   the limit of the Wealth acquired by every Citizen. Then, the
23   Government's Guarantee of the Privilege of Rights defines the
24   Freedom of the Right to have Free Rights. Hence, for Equity and
25   Equal Protection to exist in a Democracy, the Government's

Guarantee of Equal Rights for All its Citizens must define the Right to 'Exercise Rights' as the Privilege of Rights when All Free Rights are Equal.

Clearly, if the <u>Decision</u> Rendered by <u>Supreme Court Justice Louis D. Brandeis</u>, in 1928, has no significance, or Merit; What part of the United States Constitution, if any, should be considered the Law of the People of the United States Government? I mean, if it is True, that if the Law(s) is the Controlling Governance of the Behavior of the People, then it is the Law that Influences, Controls, and Dictates the People's Behavior in Culture.

In which case, there can be no argument involving some protracted debate, concerning the interpretation of the foundational significance, of Supreme Court Justice Louis D. Brandeis 1928 decision, because it clearly defines the very CORE of all the Laws in this Country. That is, 'if this is a Country having a System of Governance, whose control is defined 'for the People, by the People, and of the People'. Then, there are no questions debating semantics, because <u>what Supreme Court Justice Louis D. Brandeis said, clearly meant</u>, 'if the Government does not obey the Law(s), the People are obliged to act the same'**.

I wonder… Can any of you balance the Equation if 15lbs of $_{94}Pu^{239}$ is used?

$$_{94}Pu^{239} + \eta^1 \rightarrow Pu^{240} \rightarrow {}_{65}Ba^{138} + {}_{38}Sr^{88} + 14\eta^1 + Energy$$

This is a No Brainier! For me however, in 1979, the real conundrum, was determining the Energy Yield from the Reaction. Nevertheless, the conclusion from 'Quantum Scale Field Theory' maintains, the RATE of the Reaction for the Formula noted above, represents an Acceleration that defines a Pattern of Points, which actually defines an Undetectable Sequence of Reaction Formulas. In other words, the Formula's defining the Points of the Reaction RATE over Time, defines the Reactions associated with Rate changes, as the Rate Sequence approaches the End-Point of the Points defining the Acceleration Pattern of the Reaction.

$$_{94}Pu^{239} + \psi^1 \rightarrow Pu^{239.MXXX} \cdots \rightarrow {}_{94}Pu^{239.NQXX} + \delta\gamma^1 + Energy$$

$$_{94}Pu^{239} + \xi^1 \rightarrow Pu^{239.KXXX} \cdots \rightarrow {}_{94}Pu^{239.LXXX} \cdots + \delta\alpha^1 + Energy$$

$$_{94}Pu^{239} + \varepsilon^1 \rightarrow Pu^{239.JXXX} \cdots \rightarrow {}_{94}Pu^{239} + \delta\beta^1 + \{FREE\}\ Energy_{REACTION}$$

$$"\ _{94}Pu^{239} \rightarrow {}_{94}Pu^{239} + Energy * "\ Normal\ State$$

1  Hence, the <u>Mathematics of Quantification</u> clearly concludes,
2  there are 2 SCALES for the Acceleration Point Pattern of the
3  ACTION REACTION EVENT defining $_{94}Pu^{239} + \eta^1$ [$_{94}Pu^{239} + \eta^1 \rightarrow Pu^{240}$].
4  However, only the Pattern noted above reveals the Formula for
5  the Plutonium 239 'Free Energy' Reaction. That is, associating
6  the ACCELERATION PATTERN of POINTS defining the RATE of Reaction
   for $_{94}Pu^{239} + \eta^1$ with the FORMULA'S SCALEING the POINTS, proves. By
7  changing the Quantity and/or Identity of any or all of the
8  Reactants, REACTION RATE CONTROL for a LESS ENERGETIC Reaction
   is possible. And more importantly, changing the WORK Function of
9  the FORCE of ACTION Energy Source concludes; Nuclear Power Plant
10 Designs can be Smaller, Safer, More Efficient, and produce a
11 Higher Energy {Out-Put vs. In-Put} Yield without By-Products.

12 Nevertheless, the Reaction(s) given below are only Theoretical
13 Possibilities. That is, while No Mathematical relationships are
14 provided to prove their validity. It should be quite clear
15 nonetheless, Plutonium 239 is Radioactive, and because of this,
   or any Sub-Particle Motion, it is continuously emitting Energy*.
16

17

18

19      $_{94}Pu^{239} + \xi^1 \rightarrow \Delta\gamma^1 + Energy$  - Won't Happen!

20

21

22      $_{94}Pu^{239} + \varepsilon^1 \rightarrow Energy$  - Won't Happen!

23

24

25  [*BECAUSE " $_{94}Pu^{239} \rightarrow _{94}Pu^{239} + Energy$ " IS TRUE!]





1   That is, the Amount of Energy required to COMPLETELY CONVERT
2   MATTER into ENERGY is INFINITE, WHICH MEANS; "E ≠ $MC^2$".

3   [Note: In Theory, a Mechanical Device can only produce enough
4           'ENERGY' to run itself, or sustain its Operation…
5           However, the concepts of 'FREE ENERGY' requires the
6           production of an additional amount of Energy, 'Excess
7           Energy', which must be greater than the Amount required
8           for the Operation of the Mechanical System; Given that
9           the purpose of the Mechanical System is the Production
10          Energy. Nonetheless, an analysis of the foregoing
            conclusions reveals, its validity is (derived) sustained
11          by the 'Concept of Inertia Mass'. That is, when
12          considering, for example, if the Acceleration of $_{94}Pu^{239}$
13          over a given period of Time has an Inertia Mass equal to
14          $_{94}Pu^{240}$, then the distance traveled, defined by the
            ACCELERATION, represents the PATTERN of POINTS defining
15          the RATE of the Reaction.]

16

17  NOW! ASK the Federal Bureau of Investigation (FBI) and United
18  States Department of ENERGY (DOE), WHO I AM**.

19  In other words, historically speaking, contrary to the teachings
20  of the United States Government, expounding beliefs involving
21  Hatred and Racial Discrimination, I am, a Research Scientist.
22

23
24  However, because of my race, the assaults, and the attempts to
25  have me killed, or disrupt the whole of my life in general. My
    research is masked, hiding in the Foundations and Formulations

1  of Internet-Drafts, Proposed Computer Standards for the IT
2  Industry.

3

4  Nevertheless, my accomplishments includes, but are not limited
5  by, the brief list outlined below:

6

7
   1) Proof of Fermat's Last Theorem
8
   2) The discovery of an Alternate Mathematical Field!
9  3) Writing of a New Telecommunications Standard for the
10    Internet, which includes Radio Broadcast Channels
   4) The Binary Conversion of the Electromagnetic Spectrum!
11
   5) The Binary Conversion for the SI Units
12
   6) Proof that Newton's Laws of Motion are wrong!
13 7) The Exponential Expansion of Set Theory!
   8) Establishing the foundation for Quantum Scale Field Theory
14
   9) Developing the Foundation for a New Binary Assembler
15    Programming Language
16
   10) Developing the IPtX / IPtX-MX IP Addressing Specification
17 11) Developing the IPtX-MX DHCP Specification
18 12) Developing the IPtX-MX DNS Specification
   13) Announcing the Discovery of the possibility for the
19    existence of 'Free Energy'
20
   14) Proving that the Current Binary Numbering System is wrong!
21 15) Writing the definition of a Binary Number
22 16) Establishing the Foundation for Finite Quantum Computing
      and Finite Quantum Computer Programming
23
   17) Discovered the Mathematical relationship defining the
24    association between the Electron and the Bit, which
25    Mathematically defines Bit-Map of an Electron!

"The CIDR Network Descriptor expands the size of the IPtX
Address Space beyond the IPv6 IP Addressing Specification"

http://www.ietf.org/internet-drafts/draft-terrell-cidr-net-
descrpt-expands-iptx-add-spc-21.pdf

"The Mathematics of Quantification, and the Rudiments Of the
Ternary Logical States of the Binary Systems"

http://www.ietf.org/internet-drafts/draft-terrell-math-quant-
ternary-logic-of-binary-sys-12.pdf

"The IPtX Domain Name Service Specification; IPtX-MX DNS"

http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dns-
specification-04.pdf

"The IPtX Dynamic Host Configuration Protocol; DHCPvIPtX-MX"

http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dhcp-
specification-02.pdf

And now, I have to hide from your Policing Agencies… I am not

allowed to walk the street at night, just to THINK, because of

the ALLEGATIONS of being an; ARMED EXTREMELY DANGEROUS TERRORIST

CRAZY CRIMINAL MURDERER**.

In fact, every contact with any of your Police Agencies, at

Night, over this period, involves at least 6 to 10 Police

Officers, all having Guns Drawn; claiming that I have a Gun, and

I am an Armed and Extremely Dangerous Criminal who has committed

some CRIME.

1  Can any of you IMAGINE the IMPOSSIBILITY OF THE LIKELYHOOD that

2  the INCIDENTS alleged by this COMPLAINT, happening to SOMEONE

3  ELSE, PERHAPS HAVING A DIFFERENT ETHNICITY, who is also an

4  ACCOMPLISHED RESEARCH SCIENTIST? AND ON WELFARE TOO! WELL**?

5

6  Notwithstanding the threshold underpinning the very CORE of this

7  Complaint is the Loss of All Legal Rights, which pertains

8  especially to the LOSS of the Rights involving Life, Liberty,

9  and the Pursuit of Happiness**. Or, the fact that these are the

10  fundamental Rights of the United States Constitution, which are

11  the Guaranteed Promises that are supposed to be protected by the

12  Laws of the State of California and the Laws of the United

13  States Government. In other words, I would like to know why, for

14  so many years, these attacks persist? Especially since, my

15  Accomplishments conclusively prove that the Authority and All

16  Claims involving White Supremacy are not only wrong, but are

17  also the psychotic delusions of the Insane. I mean, other than

18  being academically, or proving my intellectual superiority. What

19  Crimes have I committed against the United States Government, or

20  the State of California?

21

22

23

24  In other words, there CAN BE NO Monetary VALUE ascribed to the

25  Loss of the Rights to Parent Your Child, because this is a

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 21

1   Sacred Right, which is Priceless to all, who are blessed with
2   Children.

3

4   **Nevertheless, it should be quite clear, <u>I am a Research</u>
5   <u>Scientist</u>, <u>and the Owner of a Business</u>: ETT-R&D PUBLICATIONS.
6   The functions of my Business includes; Publication of Text
7   Books, Publication of Articles, and the Development of
8   Derivative Products. And this truly means, as a <u>Research</u>
9   <u>Scientist</u>, my Research involves the Theory of Mathematics, and
10  whole of the Natural Science. <u>And more importantly</u>, as
11  Principle Investigator and <u>Discoverer</u>, <u>I maintain the Monopoly</u>
12  on the <u>All the Products</u> and <u>Services I am selling</u>.
13

14

15

16                          **PLEASE TAKE NOTE:**

17

18  I am the Author of the Discovery of a NEW and Alternate
19  Mathematical Field; 'The Mathematics of Quantification', which
20  defines the Mathematics of the Binary System, and other, related
    Mathematical Discoveries that were previously unknown, for
21  Thousands of years, by the Mathematical Community of the entire
22  World. And this is to say, the Mathematicians, all over the
23  world, never understood the operations of Multiplication, or
24  Division as being the respective derivatives of Addition,
    Subtraction. They never understood HOW to COUNT! Or the Reality
25  of Arithmetic, that ALL Counting is Addition! And this, it

should be understood, says nothing about the Proof I submitted, which proved that the Laws of Motion, written by Sir Isaac Newton, are WRONG! In fact, his laws are so important; they impart an un-measurable value to the Education, Research, and overall Understanding of whole of the Natural Sciences, which includes the areas pertaining to the Biological Life Sciences, Astronomy, and nearly every aspect of Industrial Nuclear Science. However, this does not accurately define the profoundness of the impact of the discovery of an Alternate Mathematical Field. In other words, it eradicates of the entire Field of Calculus, because it not only redefines the representation of a Number, but it also redefines the representation for a Variable too. And yet, because of my Race, my accomplishments, which would garner an <u>Award of the Nobel Prize in Physics for any Whiteman</u>, can never be celebrated, at least, not by the people of the United States.

\*\*<u>Clearly, any form of Discrimination Practices, which stifles Basic Research that is intended for the benefit of the whole of humanity, will ultimately lead to the Extinction of the entire Human Race</u>. IN OTHER WORDS, IT SHOULD NOT BE SAID, RACIAL DISCRIMINATION, THE CAST SYSTEM OF A MONARCHY, ONLY SERVES TO PROMOTE THE BELIEFS IN A SUPERIOR RACE. That is, ANY DISCRIMINTORY PRACTICE, against anyone, the HARMFUL EFFECTS it maintains TRANSENDS WELL BEYOND RACE HATRED, BECAUSE IT <u>PROMOTES LIES AND DECET</u>; IT <u>PREVENTS TEACHING THE TRUTH</u>\*\*.

1

## II.  The Constitutional Issues Raised by the Complaint

2

3

4

5

The Complaint embodies Matters pertaining to the very Core of

6

the United States Constitution, 'The Deceleration of

7

Independence'. Because it raises 3, extremely important

8

questions concerning 'The Right of Rights' in all matters

9

involving Equal Protection of Rights, Equity in Law, and the

10

Equity in the Right to Exercise Rights FREE OF COST, that the

11

Privilege Of Rights or EQUAL PROTECTION of Rights GUARANTEES**.

12

13

And more importantly, these issues raise another question:

14

'Can ANY AUTHORITY assign limits on the Right to Redress

15

Grievances, without limiting the Peoples Rights, or affecting

16

the Whole of the United States Constitution?' Especially since,

17

while some Rights are reserved with qualifications in the Bill

18

of Rights, there are none whatsoever, pertaining to the Right of

19

Redress. There are no limits on the Right to Redress Grievances!

20

In other words, the First Amendment to the United States

21

Constitution states clearly, "Congress shall make NO law

22

abridging the Rights of the People, and this includes the Rights

23

to Petition the Government for a Redress of Grievances."

24

25

# 1ST ISSUE

How would it be/become possible for any Government to Hold True any Guarantee of RIGHTS to its Citizens, or any Assurances in the Equity in Law, Equity in Rights, or the EQUAL PROTECTION of Rights when there is a Cost to have the Privilege of Rights in any JUDICIAL PROCEDING**?

And clearly, if a Business is not of the Public Domain, or a Publicly Traded Stock Offering or Bond, or of the Government's Hire. Is there Equity in Laws when the Owner is denied the Right to Choose who they HIRE?

So, for the Indigent Citizens, who are deprived the means through Legitimate Self-Employment, the very Basic Necessities of Life. 'How clearly Defined are the Endowed Rights for them?' ESPECIALLY SINCE, the 'Court of Appeal of the State of California' CAN DENY ANYONE OF THEIR CHOOSING the Right to Petition THE GOVERNMENT, IF THEY CANNOT PAY COURT COSTS! **

That is, how is it possible that there are NO Means or Ways to achieve Self Sufficiency using the Rights Defined By the Peoples System of Governance, and No Right to Petition the Government to Redress Grievances Exist?

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 25

1  CLEARLY, THE EQUITY IN LAW GUARANTEE REQUIRES THAT EVERY
2  DEMOCRATIC GOVERNMENT, WHEN THE SYSTEM OF GOEVERNANCE HAS NO
3  EQUAL DISTRIBUTION OF WEALTH, TO MAINTAIN A DEMOCRACY THAT ALSO
4  DEFINES (Read; California's Welfare and Institution Code):

6     1) THE CREATION OF A PRE-PAID PUBLIC DOMAIN FOR COST FREE
7       PUBLIC USE, WHICH IS PROMISE THE EQUITY IN RIGHTS
8       GUARANTEES.

10    2) THE INSURANCE OF THE PROMISE THE EQUITY IN RIGHTS {LAW}
11      GUARANTEES, ALSO REQUIRES ASSURING ALL OF ITS CITIZENS,
12      AT LEAST, THE BASIC NECESSITIES FOR LIVING, THE BASIC
13      REQUIREMENTS OF LIFE THE ENDOWED RIGHTS DEFINE.

14    3) THE PEOPLES CREATION OF THE PUBLIC DOMAIN, DEFINES THE
15      PUBLIC COOPORATIVE OF THE PEOPLES TAX CREATION, FOR THE
16      PEOPLES COST FREE USE.

18 IN OTHER WORDS, WHEN ANY GOVERNMENT REQUIRES OF ITS CITIZENS,
19 THE PAYMENT OF A PREREQUISITE COST FOR ENJOYMENT OF THE BENEFITS
20 AND THE RIGHTS IT GUARANTEES. WHEN THERE IS NO EQUAL
21 DISTRIBUTION OF WEALTH IN THE SYSTEM OF GOVERNANCE. NO EQUITY IN
22 THE ENJOYMENT OF THE BENEFITS AND THE RIGHTS COULD EVER BE THE
23 PROMISE GUARANTEED TO ALL OF ITS CITIZENS.'

# 2ND ISSUE

What GOVERNMENT or PART thereof, can be HELD RESPONSIBLE for IT'S CRIMINAL WRONGS**, when the Electoral College can supplant the Consent and Wishes of the People's Majority, in the selection of their choice to Govern?

NOTE: I, the Plaintiff, was maliciously Prosecuted twice, and denied my Parental Rights. Furthermore, when I Subpoenaed the People and Police Documents to prove that the Arrests, Allegations, and Incidents were all Fabrications; I was Denied the Right to Produce Evidence. Are these the Normal Procedures? Is the Government Libel for CRIMINAL WRONGS**, only when the Victim is a WHITE AMREICAN?

IN OTHER WORDS, IF THE CONCEPT OF SELF-GOVERNANCE, RULE BY THE CONSENT OF THE PEOPLES MAJORITY, IS THE OVERRIDING THEME OF EVERY DEMOCRACY. THEN, WHAT IS DEFINED BY THE TWELFTH AMENDMENT OF THE UNITED STATES CONSTITUTION? HOW IS IT POSSIBLE THAT NO CITIZEN HAS THE RIGHT(s) TO VOTE FOR THE CANIDATES OF THEIR (OFFICE OF THE PRESIDENT) CHOOSING?

THAT IS, if Equity in Law applies equally to Voting Rights, CAN ANY GOVERNMENT CLAIM TO BE A DEMOCRACY WITHOUT the CONSENT OF THE PEOPLES MAJORITY?

1 | *Especially since, the VOTE of the Electoral College is the

2 | REMEDY that resolves any disputed ELECTION Results, regarding

3 | the CHOICE of the ONE Candidate from the Candidates Campaigning

4 | for the United States Presidency. In other words, resolving the

5 | Debate becomes the CHOICE from the VOTE of the Electoral

6 | College, ELECTING the Persons, the selection of 2 Candidates

7 | from the Presidential Candidates involved in the ELECTION

8 | dispute, which will become the PRESIDENT and the VICE PRESIDENT

9 | of the UNITED STATES of AMERICA.

10

11

12 | In other words, if there is Equity in the RIGHTS of VOTING ONLY

13 | WHEN AN EQUAL DISTRIBUTION OF THE VOTE DEFINES, A ONE VOTE PER

14 | PERSON SCHEME, AND FAVOR IS GIVEN THE MAJORITY RULE.

15

16 | CLEARLY, WHEN THE INTERPRETATION OF THE TWELFTH AMENDMENT

17 | RIGHTS, AS DERIVED FROM THE CONTEXT OF THE WORD USAGE AND THEIR

18 | ASSOCIATED MEANING, DEFINES THE RIGHTS OF THE ELECTORAL COLLEGE,

19 | AS NOTED ABOVE*.

20

21 | THEN OTHER THAN THE REMEDY FOR AN ELECTION DISPUTE, THE TWELFTH

22 | AMENDMENT WOULD DEFINE THE RIGHTS OF THE ELECTORAL COLLEGE, AS

23 | THE INEQUITY OF THE PEOPLES RIGHTS, TO VOTE FOR WHOM THEY

24 | CHOOSE. (Now review the 2000 Presidential Election, Al Gore won)

25

1

2

## 3RD ISSUE

3

HOW WOULD IT BE POSSIBLE FOR EQUITABLE RIGHTS TO BE EQUAL, OR

4

ANY CLAIM OF A SYSTEM OF GOVERNANCE BY THE PEOPLE, A DEMOCRACY,

5

TO EXIST, 'IF THE LAWS WRITTEN BY THE PEOPLE, ARE WRITTEN TO

6

THEM, IN AN UNCOMMON LANGUAGE' **?

7

8

WHAT DISTINCTION IN DEFINITION, EQUITY IN LAW, CAN DISCERN SOME

9

DIFFERENCE BETWEEN THE COLLECTION OF DEBTS, OR MONEYS OWED, AND

10

THE COLLECTION OF DAMAGES, DEFINING THE LOSS OF MONEY, INVOLVING

11

A GRIEVNCE? ESPECIALLY SINCE, THE RIGHT OF DEBT COLLECTION AND

12

THE RIGHT TO REDRESS GRIEVANCES ASCRIBES TO THE CONFLICTING LAWS

13

INVOLVING TIME LIMITS.

14

15

16

HOW IS ANY EQUITABLE RIGHTS POSSIBLE, FROM THE JUDGMENT OF

17

GOVERNANCE OR THE ASSESSMENT FROM ANY PRUDENT PERSON? WHEN THE

18

COURT JUSTICES CAN DENY THE INDIGENT'S RIGHT OF ATTONERY.

19

20

AND WITH NO RELEGATED PUBLIC UNIVERSITIES ASSIGNED FOR FREE

21

PUBLIC USE, TEACHING THE UNCOMMON LANGUAGE OF THE LAW, EVEN

22

THE 'PRO PER' REPRESENTATION COULD DEFINE, THE DENIAL OF THE

23

RIGHT TO PETITION.

24

25

1   IN OTHER WORDS, IF <u>EQUITY IN THE LAW</u> IS DEFINED BY THE <u>EQUAL</u>

2   <u>PROTECTION OF RIGHTS GUARANTEE</u>, THEN IT IS <u>THE UNITED STATES</u>

3   <u>CONSTITUTIONAL GUARANTEE OF EQUITY IN LAW THAT REQUIRES THE LAWS</u>

4   <u>TO BE WRITTEN IN THE COMMON LANGUAGE OF THE PEOPLE</u>.

5

6   Can there honestly be anyone, who actually believes there is

7   <u>Equity in Law</u>, or that <u>any Equality Guarantees</u> Exist? Well…?

8   What is the System of Governance for the United States of

9   America? I'm asking all of you. What is the definition assigned

10  to the Name associated with this Vague Interpretation of the

11  System of Governance for the UNITED STATES of AMERICA?

12

13

14  Especially since, <u>the President</u> himself, <u>Mr. George Bush</u>, the

15  <u>Self Proclaimed Dictator</u>, announced on National Television that

16  we've; the People of the United States, has come a long way

17  towards Democracy. And even <u>Senator Christopher Dobbs</u> announced

18  on National Television, "…2009 (if he's President) …I would

19  RESTORE THE CONSTITUTION". And to think, after nearly 250 years

20  of Claiming DEMOCRACY, THE DENIAL OF THE <u>RIGHT TO VOTE</u>, OR

21  <u>VOTERS RIGHTS</u>, ARE STILL THE PREVAILING ISSUES. REMEMBER the

22  1960 <u>Civil Rights Movement</u>? WELL? WHY IS THE <u>RIGHT TO VOTE</u>, OR

23  <u>VOTERS BILL OF RIGHTS</u>, ONLY ABOUT 45 YEARS OLD?

24

25

## III. Summary of the Complaint

There can be absolutely NO doubts upon the conclusions from the Judiciary in any Judicial Notice Proceedings regarding matters pertaining to the ongoing Complaint. In Truth, if it is only the choice between the allegations involving a claim of MISTAKE or an INTENTIONAL Act, for reason of Error in the Decisions of the Ninth Circuit Appellate Court Justices, involving Court Costs** and the Denial of Legal Representation**. Then even, the choice of selecting MIATAKE as the REASON FOR ERROR, entails the SERIOUS LEGAL RAMIFICATIONS that "…becomes a lawbreaker", which "… breeds contempt for the law."

That is, if the REASON FOR ERROR can be a MISTAKE on Matters Concerning the Interpretation of LAW. Then what are the requirements set forth in their Oath of Office, or by the Laws of the United States, they are required to UNDERSTAND and be KNOWLEDGABLE of?

Especially since, it has been nearly 10 years since I filed an Appeal with the Ninth Circuit Appellate Court Justices. And clearly, there is No EXCUSE for the violation committed by California's Court of Appeal!

Now ask yourselves; 'What Rights can be Guaranteed to any Citizen when the INCOMPETENT or IGNORANT in Matters Pertaining to Law and the Legal Process, can adjudicate the Matters in/of Law that embodies the whole of the UNITED STATES CONSTITUTION?'

Or, can there be the EXCUSE, for the Ninth Circuit Appellate Court Justices, that the writings of the Laws of the Law are 'UNCONSTITUTIONALLY WRITTEN BY THE POEPLE, FOR THE PEOPLE, IN AN UNCOMMON LANGUANGE, WHICH TO THEM, IS NOT THE COMMON LANGUANGE OF THE PEOPLE'?

What then, of the INDIGENT's Rights, or the Rights of any Citizen who must become knowledgeable in matters pertaining to Law, that even the Lawyers in the Legal Profession, may not Understand?

Could there realistically be, other that the claim of 'RACIAL DISCRIMINATION', without evidentiary proof of a Signed Agreement or Pact attributing the Behavior of a MOB, WHICH COULD DEFINE THE AGREEMENT DRIVING THE MOTIVE UNITING SO MANY PEOPLE, IN A CRIMINAL CONSPIRACY AGAINST ONE PERSON**?

1  Or Perhaps I should ask: WHEN SHOULD I EXPECT A DECISION IN Case

2  98-17040, Outlined by the Summary of Events, and submitted to

3  the UNITED STATES Ninth Circuit Appellate Court Justices in

4  October 1998?

5

6  And if the United States Congress cannot write any Law(s) to

7  Abridge the Rights of any Citizen, then how is it possible for

8  the Representatives of the Department of Social Services to

9

10 violate the Laws and Citizen Rights of the Plaintiff, whose on

11 Welfare?

12

13 How is it possible for the Representatives from the STATE OF

14 CALIFORNIA Department of Social Services to DENY the Rights of

15 the Plaintiff, who is trying to achieve SELFSUIFFIENCY, through

16 the violation of SECTION 11323.2(a)(3) of the California WELFARE

17 AND INSTITUTIONS CODE, by REWRITING IT**?

18

19 And If Equity in Law Protects the Rights of Employers, then any

20 Employer has the Right to employ, or Hire only those who they

21 choose. What then, if the Right to Legitimate Self-Employment is

22 Denied? Or…Does the 'Endowed Rights' of 'Life, Liberty and the

23 pursuit of Happiness' really have any meaning? What does this

24 say about DEBTS, whose interest continues to grow?'

25

Clearly, any Judicial Notice reading of the Case 98-17040 would certainly reveal, the Cause of Action defines matters concerning 14th Amendment Rights Violation**.

In fact, THE PLAINTIFF has 2 Criminal Conviction, which involves matters of Substantial Rights Violations, resulting from the Case presided by Justice Dawn B. Girard (758699-C).

How could Justice Dawn B. Girard claim IGNORANCE in matters of Law, which directly involved matters pertaining to the Case she was presiding? How could Justice Dawn B. Girard Not have known about the LEGAL ISSUES CONCERNING THE PLAINTIFF, which involved matters pertaining to the Case she was presiding**? And more importantly, why was the Plaintiff Denied the Right to Appeal the DECISIONS from the Court Cases, which arose from the Case presided by Justice Dawn B. Girard?

Especially since, Justice Dawn B. Girard, submitted NO STATEMENT that would corroborate, or lead ANYONE to conclude that the Plaintiff was an ARMED AN EXTREMELY DANGEROUS CRAZY CRIMINAL TERRORIST MURDERER, in the REBUTTAL she SUBMITTED to the Court in Opposition to the Allegations alleged by the Plaintiff**.

In other words, it should be quite clear, what I am saying asks: How is it possible when the Citizens themselves, Cannot Read nor Understand the Law(s), for any Citizen to have any Rights, when the Government, assigned by Law, VOILATES the Protection of the CITIZENS Rights the Law(s) Requires the Government to Protect**?

It must, notwithstanding, be the Consensus of EVERYONE, that

## The Deceleration of Independence

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness", cannot be the Privilege of Rights of only the Citizens of the United States of America.

Clearly, it does not matter who wrote these words, because they are, spoken or unspoken, the Common Covenant accepted, Shared, and understood by all Life. That is, what the Deceleration of Independence says about the Endowed Rights**, clearly meant; 'Everything not of its own Making and Design, "are Endowed by the Creator with certain unalienable Rights, that among these are, Life, Liberty, and the pursuit of Happiness".'

Moreover, how can, when an invested interest in the Defense Exist, either a United States District Attorney or the District Attorney for the State of California, Defend the respective Allegations against the United States Government and the Government of the State of California?

Especially if they obey the Law, their concerns should only be with matters pertaining to the Law(s), and the Assurances of the Constitutional Rights Guaranteed to All Parties of the Complaint.

So, for the Indigent Citizens who are deprived the means through Legitimate Self-Employment, the very Basic Necessities of Life; 'How clearly Defined are the Endowed Rights for them**?'

How can Equity in Rights ever exist, when the Statute(s) Sets a Limitation that prescribes a Time Limit to Petition for the Grievance, which Limits the amount of TIME available to the Citizen to Right Undeniable Repetitive Wrongs**?

Can there be, in other words, any Equity in Law, when Legal Representation is Denied, and Learning the Law becomes the required Prerequisite for Petitioning the Government to Redress Grievances**?

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 36

1  What Guarantee of EQUITABLE RIGHTS that the Justice of the Court

2  must make, be the Promise to the Indigent, Knowledgeable or

3  Ignorant of the Law, that forces every Attorney, as defined by

4  their Oath and the Law, Equity in the diligence required by All

5  of their Paying Clients?

6

7  Or, 'Do all of the Guaranteed Rights, the Promise of the United

8  States Government's Guarantee, become the Burden of Cost, which

9  Denies all avenues of approach to Redress Grievances?

10

11

12  What part of the United States Constitution, if any, including

13  the Deceleration of Independence and the RIGHTS defining Life,

14  Liberty and the pursuit of Happiness, are the Citizens of the

15  UNITED STATES GOVERNMENT allowed to ENJOY?

16

17  And since the United States Congress is the Legislative body

18  that defines the Senate and the House of Representatives as the

19  Legislators of the American Political and Legal System.

20

21  What is the Constitutional Legality of "The American's Creed",

22  authored by William Tyler Page, which was accepted for the

23  United States Government through its adoption by the House of

24  Representatives on April 3, 1918?

25

### The American's Creed

"I believe in the United States of America as a government of the people, by the people, for the people; whose just powers are derived from the consent of the governed; a democracy in a republic; a sovereign Nation of many sovereign States; a perfect union, one and inseparable; established upon the principles of freedom, equality, justice, and humanity for which American patriots sacrificed their lives and fortunes…."

In other words, when there are NO Means or Ways to achieve Self Sufficiency, using the Rights Defined By the Peoples System of Governance, and No Right to Petition the Government to Redress Grievances Exist.

Nor any means, even through Judicial Proceedings, to Right any Undeniable Wrongs involving Claims encompassing Substantial Right(s) Violations.

Clearly, with no discernable end, when such excessive conditions exist, the System Of Governance for the People has then, effectively terminated the Citizenship for all of its Citizens**.

# IV.  The Remedy in Law

## Revival of the Items Confiscated

1) California Code of Civil Procedure - SECTION 512.010-512.120

   a) WRIT OF EXECUTION - Items Confiscated by Hayward Police

      1) (1) Smith and Wesson 357 Revolver* - $1,114.00 & tax

      2) (1) Sig Sauer P226 Automatic Pistol* - $920.00 & tax

      3) (3) Walther .380ACP Automatic Pistol - $1668.00 & tax

      4) (1) Raven Arms MP-25 Auto Pistol - $250.00 plus tax

   b) Or the Sum, equaling the current cost to replace these
      Items - $3,396 plus tax ≈ $4,185

Note: This Pistol, the 'Walther .380ACP Automatic Pistol', was
not reported as being confiscated. In fact, I was not
allowed to SIGN OFF on the Items Confiscated. Furthermore,
this was the THIRD purchase of the 'Walther .380ACP
Model', because my first Pistol was Confiscated some 6
years prior, by Hayward Police Officers, after I reported
Stopping a Robbery Assault, less than 100 feet, at the
Traffic Light, from the Police Station. The second weapon
purchase was stolen, some 3 years prior, and reported to
the Police Department. In fact, my call to Hayward Police,
assisted in the capture of the Person, that stole the
Weapon. {All Weapons purchased at; 'Traders Sporting
Goods', 685 E 14th St, San Leandro California.}

**Motion Appealing the Criminal Convictions and Decisions of the**

**California Superior and District Courts against the Plaintiff**

2) California Evidence Code - SECTION 620-624, 666

    a) Conclusive Presumptions - Custody and Criminal Proceedings

        1) Justice Dawn B. Girard's Rebuttal

        2) Citizen Complaints filed with Oakland's Police Depart.

        3) Citizen Complaint filed with Hayward's Police Depart.

        4) Arrest 10/27/95; Hayward's Police Claimed TRO Violation

        5) Public Defender Foxall's Dec. 5th, 1995 Memorandum
           Assessing 'Restraining Order' Violation

        6) Copy of the 'Letter of Intent to Sue', seeking Legal
           Remedy against 'United Insurance Company of America';
           Mr. Jenkins Libelous claim made during a Custody Case.

    b) Burden of Proof - SECTION 520. The party claiming that a
       person is guilty of crime or wrongdoing has the burden of
       proof on that issue. If not, why wasn't the Custody
       Shared, or Shared Custody Ordered by the Court?

    c) 2 Counts of Malicious Prosecution & Illegal Arrest

        1) State of California District Court Case No.: 310198

        2) State of California District Court Case No.: 408262

    d) Subpoena Court Documents - FRCP Rule 45

        1) United States APPEALS COURT Case No.:  98-17040

        2) United States District Court Case No.:  C-98-00219VRW

        3) State of California Superior Court Case No.: 758699-C

NOTE**: United States APPEALS COURT, Case No. 98-17040, was
       CLOSED, and NO Decision was ever rendered.

# V. The Demand***

## Damages - 10+ year period Loss of Employment and Income

1) California Code of Civil Procedure - SECTION 512.010-512.120

   a) Injunctive Relief  - $25,000 / Month Until Settlement
     1) (1) Honda Accent 1998 - $10,000 plus tax
     2) Apartment, Furniture, Computer Equipment, Tools,
       Jewelry, Licenses/Permits, and Income
     3) Compounding Debt Interest - Outstanding Debt Losses
     4) Damages - Hayward Police Services Denial; Refused to
       Report and Investigation the Accident involving my
       Parked Rental Automobile

   b) Or the Sum, equaling the current cost, as would be the
     Determination for the loss of these items ≈ $3,500,000

## Damages - Business Assistance Denial

1) WELFARE AND INSTITUTIONS CODE SECTION 11323.2. (a)(3)
   a) HP Compaq Laptop Computer with Accessories - $4,500
     1) Cost of Equipment, Clothing, and Tools - $1,500
     2) Business Assistance, Review of Business Proposal -
   b) Replace Computer Lab Equipment - $35,000
   c) Telescope: Meade - 16 inch LX200R Advanced
     Ritchey-Chretien with UHTC on EQ Pier with 3-Year Sky
     Assurance and accessories - $25,000

1
2
3
4

d) **Or the Sum, equaling the cost to acquire the requested Business Assistance and Equipment Defined, and Required by Law $\approx$ \$66,000 tax**

5   **Damages — Pain Medication - Medical Assistance Denial**

6

7   2) **WELFARE AND INSTITUTIONS CODE SECTION 14000-14029.5/17000-17030.1**

a) **Medical Marijuana income loss for continued use - \$950**

8   b) **Monthly Vouchers for continued use Medical Marijuana**

9   b) **Or the Sum, equaling the cost to acquire the requested**

10   **Medical Assistance for the Purchase of Pain medication,**

11   **as Required by California's Law $\approx$ \$950 plus Monthly Vouchers $\approx$ \$500 per Month Or \$6,000 per Year**

12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    Nevertheless, it should be quite clear, the assessment provided

2    below, lists the Damages Suffered from my Business losses. The

3    Sales Projection of which, reflects the Revenues generated from

4    the first Year of Product Sales. And more importantly, this

5    includes the loss of more than a decade of Research and Product

6    Development.

7

8    However, the Resource Losses from the possibility of Copy Rights

9    and/or Patent Infringements, resulting from Corporations Using

10   my Research Data without Permission, alone, exceeds the value of

11   the Demand. Especially since, with No Announcements of the

12   Discoveries, by IETF Engineers, my work is perilously consigned

13   to the Copy/Patent Rights of the Internet Engineering Task Force

14   (IETF).

15

16

17   Still, if anyone questions the Commercial Value of my work. I

18   then would suggest, they consider what it means Technologically,

19   when 750 Billion Bytes, approximately 6,000 Billion Bits of Data

20   could be Compressed into a 128 Bit Transmission Package. In

21   other words, the discovery of the "$2^x : 1$" Compression Ratio

22   represents an Astronomical Leap in Data Transmission, possibly

23   eclipsing, Several Thousand Centuries of the Trial and Error

24   Methods characterizing Today's Rate of Technological Progress.

25

## COMPENSATION of $850,000,000***

My Monetary Losses, in other words, totals more than
$850,000,000 (Eight Hundred Fifty Million Dollars), just for the
business generated in the Sales of Elementary School
Mathematical Textbooks in the United States alone. The Global
Sale Mathematical Textbooks however, the losses totals more than
$170 Billion Dollars. And this, it should be noted, says nothing
about the money generated from the sales of textbooks in Physics
and Chemistry, or, the moneys generated from the sales of 'Free
Energy' Machines.

1

## VI. **Table of Authorities**

2

3

## **The United States Constitution**

4

5

6

## **State of California; CIVIL CODE SECTION 43-53**

7

**Section 52.1**

8

(a) If a person or persons, whether or not acting under color

9

of law, interferes by threats, intimidation, or coercion, or

10

attempts to interfere by threats, intimidation, or coercion,

11

with the exercise or enjoyment by any individual or individuals

12

of rights secured by the Constitution or laws of the United

13

States, or of the rights secured by the Constitution or laws of

14

this state, the Attorney General, or any district attorney or

15

city attorney may bring a civil action for injunctive and other

16

appropriate equitable relief in the name of the people of the

17

State of California, in order to protect the peaceable exercise

18

or enjoyment of the right or rights secured.  An action brought

19

by the Attorney General, any district attorney, or any city

20

attorney may also seek a civil penalty of twenty-five thousand

21

dollars ($25,000).  If this civil penalty is requested, it shall

22

be assessed individually against each person who is determined

23

to have violated this section and the penalty shall be

24

awarded to each individual whose rights under this section are

25

determined to have been violated.

1    (b) Any individual whose exercise or enjoyment of rights
2  secured by the Constitution or laws of the United States, or of
3  rights secured by the Constitution or laws of this state, has
4  been interfered with, or attempted to be interfered with, as
5  described in subdivision (a), may institute and prosecute in his
6  or her own name and on his or her own behalf a civil action for
7  damages, including, but not limited to, damages under Section
8  52, injunctive relief, and other appropriate equitable relief to
9  protect the peaceable exercise or enjoyment of the right or
10  rights secured.

11

12

## California Constitution
13

## Article 1 - Declaration of Rights - Section 28
14

15
The rights of victims pervade the criminal justice system,
16
encompassing not only the right to Restitution from the
17
wrongdoers for financial losses suffered as a result of criminal
18
acts, but also the more basic expectation that persons who
19
commit Felonious acts causing injury to innocent victims will be
20
appropriately detained in custody, tried by the courts, and
21
sufficiently punished so that the public safety is protected
22
and encouraged as a goal of highest importance.
23

24

25

1  ## Constitutional Law - California

2  The application of the Due Process Clause of the California

3  Constitution (Cal Const Art I #7 Subd (a) 15) must be determined

4  in the context of the Individual's Due Process Liberty Interest

5  in freedom from arbitrary adjudicative procedures. Thus, when a

6  person is deprived of a Statutory Conferred Benefit, Due process

7  Analysis must Start, not with a judicial attempt to decide

8  whether the Statue has created an Entitlement that can be

9  defined as Liberty or Property, but with an assessment of what

10 procedural Protections are Constitutionally required in the

11 light of governmental and private interests at stake. Once the

12 existence of a Statutory benefit has is established, Due Process

13 Safeguards required for protection of those Statutory Interests

14 must be analyzed in the context of the Principle that Freedom

15 from arbitrary Adjudicative Procedures is a Substantive Element

16 in One's Liberty.

17

18

19 Day in Court and the Right to be Heard - Mihans v. Municipal

20 Court for Berkeley-Albany Judicial District (1970) 7 CA3d 479,

21 87 Cal Rptr 17.

22

23 All persons who are denied Rights Guaranteed to them under

24 Federal law may vindicate themselves in appropriate cases by

25 various remedies in Federal courts, such as a direct review by

the US Supreme Court, obtaining Injunction or Habeas Corpus,
bring Suit for Damages under 42 USCS Section 1983, or invoking
criminal Sanctions under 18 USCS Section 241 and 242. Greenwood
v. peacock, 384 US 808, 16 L Ed 2d 944, 86 S Ct 1800.

Actions of Officers or Employees of a State or Territory are
deemed to be Under the Color of the Law if the Alleged
Deprivation of Right is Committed in fulfillment of Tasks
Assigned to them. Stern v. Massachusetts Indem & Life Ins. Co.
(DC Pa) 365 F Supp 433.

Conspiracy to Violate Federal Rights; 15 Am Jur 2d Section 21.
Lewis v. Brautigam (CA5 Fla) 227 F2d 124, 55 ALR2d 505.

Violation of 18 USCS 245, 42 USCS 1985(3), 42 USCS 1983, 1nd 42
USCS 1981

Demand for Relief and Injunctive Relief; Action v. Gannon (CA8
MO) 450 F2d 1227.

[To justify a Mandatory Injunction, there must be a reasonable
probability of Irreparable injury… I've already lost
everything!] United States v. Bigan (DC Pa) 170 F Supp 219, affd
(CA3) 274 F2d 729.

Racial Discrimination, 'Deliberate Indifference': Violation of the Eighth Amendment.

Denial of Rights to have access to the Court, Violation of (State) US Constitutional Law, Section 839, Note 86: Silver v. Cornier (CA10 Colo) 529 F2d 161.

Requirements of Fairness and Impartiality, Constitutional Law: Section 839 - Right to Raise Issues and Defenses, 841, 842, 847, 853, 856, and 859.

Breach of Mandatory Duty - Roseville Community Hospital v. State (App 3 Dist 1977) 141 Cal Rptr 593, 74 Cal App 3d 583.

Public Entity is Liable - Kisbey v. State (1984) 204 Cal Rptr 428, 36 Cal 3d 415, 682 P2d 1093.

Unlawful Violation of a Right - Keith v. Texas & P.R. Co., 14 La App 290, 129 So. 190, 194.

Limitation Periods in Tort Claims Acts as not applicable to Actions under 42 USCS Section 1983 for violation of Civil Rights under Color of State Law. Rossiter v. Benoit (1979) 88 Cal App 3d 706, 713 - 714, Cal. Rptr 65.

# LEGAL BACKGROUNG

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

"The Equal Protection Clause of the 14th amendment of the U.S. Constitution prohibits states from denying any person within its jurisdiction the equal protection of the laws.
See U.S. Const. amend. XIV.

In other words, the laws of a state must treat an individual in the same manner as others in similar conditions and circumstances. A violation would occur, for example, if a state prohibited an individual from entering into an employment contract because he or she was a member of a particular race. The equal protection clause is not intended to provide "equality" among individuals or classes but only "equal application" of the laws. *The result, therefore, of a law is not relevant so long as there is no discrimination in its application.* By denying states the ability to discriminate, the equal protection clause of the Constitution is crucial to the protection of civil rights. See Civil Rights and Discrimination.

Generally, the question of whether the equal protection clause has been violated arises when a state grants a particular class of individuals the right to engage in activity yet denies other individuals the same right."

"The Supreme Court has dictated the application of different tests depending on the type of classification and its effect on fundamental rights. Traditionally, the Court finds a state classification constitutional if it has "a rational basis" to a "legitimate state purpose." The Supreme Court, however, has applied more stringent analysis in certain cases. It will "strictly scrutinize" a distinction when it embodies a "suspect classification." In order for a classification to be subject to strict scrutiny, it must be shown that the state law or its administration is meant to discriminate. Usually, if a purpose to discriminate is found the classification will be strictly scrutinized if it is based on race, national origin, or, in some situations, non U.S. citizenship (the suspect classes). In order for a classification to be found permissible under this test it must be proven, by the state, that there is a compelling interest to the law and that the classification is necessary to further that interest. The Court will also apply a strict scrutiny test if the classification interferes with fundamental rights such as first amendment rights, the right to privacy, or the right to travel. The Supreme Court also requires states to show more than a rational basis (though it does not apply the

1  strictly scrutiny test) for classifications based on gender or a
2  child's status as illegitimate."

3

4  1) SUPREME COURT OF THE UNITED STATES - *No. 91-1721. Argued*
5  *February 22, 1993 -- Decided June 14, 1993; NORTHEASTERN FLORIDA*
6  *CHAPTER OF THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA v. CITY*
7  *OF JACKSONVILLE, FLORIDA, et al. certiorari to the united states*
8  *court of appeals for the eleventh circuit:*

9

10                              **Held:**

11

12  1. The case is not moot. It is well settled that the voluntary
13     cessation of a challenged practice does not deprive a federal
14     court of its power to determine the practice's legality,
15     because a defendant is not precluded from reinstating the
16     practice. Here, there is more than a mere risk that the city
17     will repeat its allegedly wrongful conduct; it has already
18     done so. Insofar as the city's new ordinance accords
19     preferential treatment in the award of city contracts, it
20     disadvantages petitioner's members in the same way that the
21     repealed ordinance did.

22

23

24

25

1  2. Petitioner has standing to sue the city. Pp. 6-12.

2

3  (a) When the government erects a barrier that makes it more

4      difficult for members of one group to obtain a benefit than

5      it is for members of another group, a member of the former

6      group seeking to challenge the barrier need not allege that

7      he would have obtained the benefit but for the barrier in

8      order to establish standing. See, e.g., Regents of

9      University California v. Bakke, 438 U.S. 265. The "injury

10     in fact" element of standing in such an equal protection

11     case is the denial of equal treatment resulting from the

12     imposition of the barrier--here, the inability to compete

13     on an equal footing in the bidding process--not the

14     ultimate inability to obtain the benefit. To establish

15     standing, therefore, petitioner need only demonstrate that

16     its members are able and ready to bid on contracts and that

17     a discriminatory policy prevents them from doing so on an

18     equal basis.

19

20

21

22

23

24

25

1 | 2) **SUPREME COURT OF THE UNITED STATES** - No. 02—516. Argued April
2 | 1, 2003-Decided June 23, 2003; GRATZ et al. v. BOLLINGER et al.
3 | CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH
4 | CIRCUIT:
5 |
6 | ### Held:
7 |
8 | 1. Petitioners have standing to seek declaratory and
9 | injunctive relief. The Court rejects Justice Stevens'
10 | contention that, because Hamacher did not actually apply
11 | for admission as a transfer student, his future injury
12 | claim is at best conjectural or hypothetical rather than
13 | real and immediate. The "injury in fact" necessary to
14 | establish standing in this type of case is the denial of
15 | equal treatment resulting from the imposition of the
16 | barrier, not the ultimate inability to obtain the
17 | benefit. Northeastern Fla. Chapter, Associated Gen.
18 | Contractors of America v. Jacksonville, 508 U.S. 656,
19 | 666. In the face of such a barrier, to establish
20 | standing, a party need only demonstrate that it is able
21 | and ready to perform and that a discriminatory policy
22 | prevents it from doing so on an equal basis.
23 |
24 |
25 |

1  3. Because the University's use of race in its current

2     Freshman admissions policy violates the Equal Protection

3     Clause, it also violates Title VI and §1981. See, e.g.,

4     Alexander v. Sandoval, 532 U.S. 275, 281; General

5     Building Contractors Assn. v. Pennsylvania, 458 U.S. 375,

6     389—390. Accordingly, the Court reverses that portion of

7     the District Court's decision granting respondents

8     summary judgment with respect to liability. Pp. 27—28.

9

10 TITLE 42 CHAPTER 21 SUBCHAPTER I Section 1981.

11    "Equal rights under the law"

12

13 (a) Statement of equal rights

14    All persons within the jurisdiction of the United States

15    shall have the same right in every State and Territory to

16    make and enforce contracts, to sue, be parties, give

17    evidence, and to the full and equal benefit of all laws

18    and proceedings for the security of persons and property

19    as is enjoyed by white citizens, and shall be subject to

20    like punishment, pains, penalties, taxes, licenses, and

21    exactions of every kind, and to no other.

22

23

24

25

1   14th Amendment of the United States Constitution

2

3   No state shall make or enforce any law which shall abridge the
4   Privileges or Immunities of citizens of the United States.

5

6   3) SUPREME COURT OF THE UNITED STATES - No. 1. Argued December
7   9, 1952. Reargued December 8, 1953. Decided May 17, 1954; BROWN
8   ET AL. v. BOARD OF EDUCATION OF TOPEKA ET AL. APPEAL FROM THE
9   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:

10

11  The landmark Supreme Court case of Brown v. Board of Education
12  (1954) settled the question of whether or not blacks and whites
13  can receive an education integrated with or separate from each
14  other. The case overturned the 1896 case of Plessy v. Ferguson,
15  which established the doctrine of "separate but equal." This
16  concept stated that separate public facilities of equal quality
17  do not violate the equal protection clause of the Fourteenth
18  Amendment of the Constitution, which reads:

19

20      Section 1. All persons born or naturalized in the United
21                 States, and subject to the jurisdiction thereof,
22                 are citizens of the United States and of the state
23                 wherein they reside. No state shall make or enforce
24                 any law which shall abridge the privileges or
25                 immunities of citizens of the United States; nor

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 56

1       shall any state deprive any person of life,

2       liberty, or property, without due process of law;

3       nor deny to any person within its jurisdiction the

4       equal protection of the laws.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7

# SECTION VII

8
9
10

## Appendix

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8

# Section A

9
10

## Evidence and Court Documents

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FILED
ALAMEDA COUNTY

⸻  ⸻ 1996

⸻ ⸻ ⸻ ⸻ ⸻ ⸻
By ⸻ ⸻ ⸻ ⸻

1

2

3

4  SUPERIOR COURT OF THE STATE OF CALIFORNIA

5  COUNTY OF ALAMEDA

6

7  CHRISTINE SAN PEDRO,

CASE NUMBER  758699-0

PLAINTIFF,

8

VS.

9

10  EUGENE TERRELL,

11  DEFENDANT.

12  _____/

13  RESPONSE TO MOTION TO DISQUALIFY

14

15  I feel absolutely no bias of any kind towards Mr. Terrell.

16  In fact, I have tried very hard to help him in relation to

17  visits with his child.  The entire court staff has spent many,

many hours trying to help him and to accommodate him.

18

19  All of the Court's orders have been aimed at doing what is

20  in the best interests of the parties' child.  The main issue in

this case has been the welfare of the child.

21

22  I have in fact put over the hearing on Ms. San Pedro's OSC

23  in re contempt in order to try to resolve all the concerns

without the necessity of an actual hearing and decision on

24  contempt.

25

26  ///

27  ///

28

Judge Ra⸻ ⸻

1    Sworn under penalty of perjury this 24 day of

2    May , 1996 at Oakland, California.

3

4

5                              DAWN B. GIRARD
                               JUDGE OF THE SUPERIOR COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MUNICIPAL COURT OF CALIFORNIA · COUNTY OF ALAMEDA

**JUDICIAL DISTRICT**

- [ ] **ALAMEDA**
- [ ] **LIVERMORE·PLEASANTON·DUBLIN**
- [ ] **BERKELEY·ALBANY**
- [x] **OAKLAND·PIEDMONT·EMERYVILLE**
- [ ] **FREMONT·NEWARK·UNION CITY**
- [ ] **SAN LEANDRO·HAYWARD**

| THE PEOPLE OF THE STATE OF CALIFORNIA | CASE NO. 40x262   CEN 6132734 |
|---|---|
| VS. | PFN A01250   RPT. NO. |
| _Terrell_ | OFFENSE(S) m273 6(0)96 |
| Last    First    Middle    Defendant | |
| AKA: | |

### PROTECTIVE ORDER
### (Stay-Away Order)

BY ORDER OF: _____Wheeley_____ , DEPT. NO. 13
_Judge or Commissioner_

**DEFENDANT IN ABOVE ENTITLED CASE HAS BEEN:**

- [ ] 1. Released from custody on bail or on his or her **OR** own recognizance on the following conditions:
- [ ] 2. Placed on probation for _____ months/years with the following additional conditions (to be attached to the standard probation order):

The Court hereby issues these orders protecting the following person(s): _____

_____Christene Anna Pedro_____
_Name(s)_

**Defendant shall:**

- [x] 1. Have no contact with the above-named protected person(s).
  - [x] by phone
  - [x] in person
  - [x] by mail
  - [x] through another person (except an attorney)

- [ ] 2. Not harass, molest, annoy, assault, batter, threaten or disturb the peace of the above-named protected person(s).

- [ ] 3. Stay at least 100 yards away from the above-named person(s).

- [x] 4. Stay at least 100 yards away from _____ at residence _____
  _Address    (Optional)_

  Defendant may go to the above address at a time specified by victim and only if accompanied by a law enforcement officer to retrieve his/her personal belongings.

- [ ] 5. Submit to _____ _____
  _(Drug, Alcohol, Domestic Violence, Other)_
  - [ ] tests at _____ .
  - [ ] treatment at _____ .
  - [ ] as directed by the Probation Officer.

- [ ] 6. Not use or possess any: [ ] alcohol   [ ] narcotics or unprescribed drugs   [ ] weapons.

- [x] 7. Be of good conduct and obey all laws.

- [ ] 8. Other _____ .

Unless modified or revoked, this Order shall remain in effect during the time the defendant is under the jurisdiction of this Court. This includes any probationary period, or until _____ 2 13 99 _____ .
_Expiration date (or) condition_

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE AND MAY CONSTITUTE A VIOLATION OF PROBATION.**

DATED: 2/13/99    · · · SIGNED: _____
_Defendant_

SIGNED: _____    This order is issued pursuant to Penal Code Section 136.2.
_Judge or Commissioner_

214-481 (1/91)    DIST.: ORIG. · File; 1 copy victim ; 1 copy defendant; 1 copy local police agency; 1 copy probation

102-753 5M 7/61 (new)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF ALAMEDA

**DEPT. 5**

| Date: | Jan. 31, 1997 | Hon. | DAWN B. GIRARD | , Judge | Elaine Garcia | , Deputy Clerk |
|---|---|---|---|---|---|---|
| | | | | , Deputy Sheriff | not reported | , Reporter |

| CHRISTINE SAN PEDRO | | Counsel appearing for Plaintiff |
|---|---|---|
| | Plaintiff | none |
| vs. | | |
| | | Counsel appearing for Defendant |
| EUGENE TERRELL | Defendant | none |

**NATURE OF PROCEEDINGS:** MINUTE ORDER RE COURT'S ORDER OF MODIFICATION OF VISITATION

**ACTION NO.** 758699-0

Matter is placed on calendar pursuant to order of Court.

Petitioner and respondent are not present.

Visitation is hereby temporarily suspended, by order of the Court, based on Mr. Terrell's conviction and on communications from Mr. Terrell to the Court and the District Attorney's Office.

Visitation will be reinstated as soon as arrangements are made for visits to be supervised by Safe Exchange.

A copy of this minute order is given to the Sheriff of Alameda County for service on respondent this date.



JAN 31-1997



# Judicial Council of California

**Administrative Office of the Courts**

303 Second Street, South Tower • San Francisco, California 94107 • Phone 415/396-9100 FAX 415/396-9358

January 29, 1996

Mr. Eugene Terrell
24409 Soto Road, #7
Hayward, California 94544

Dear Mr. Terrell:

Your letter to Mr. William Vickrey, dated January 23, 1996, was forwarded to me
for reply. Although we are concerned about any complaints about the operation of
the court system, we are unable to provide the assistance requested in your recent
letter. This office has no authority to investigate a complaint against a judge for
misconduct.

However, we have sent your letter to Ms. Victoria Henley, Executive Director,
Commission on Judicial Performance, 101 Howard Street, Suite 300,
San Francisco, California 94105. The commission is the proper agency to
investigate complaints against judges.

In addition, the presiding judge of the court is responsible for supervision of
the conduct of court staff. You may direct your complaint to Hon. Ronald
Sabraw, Presiding Judge of the Alameda County Superior Court, 1225 Fallon
Street, Room 209, Oakland, California 94612.

A complaint against an attorney for misconduct should be sent to the State Bar of
California, 555 Franklin Street, San Francisco, California.

We regret we are unable to assist you further.

Thank you.

Very truly yours,

Michael Bergeisen
General Counsel

MB:ecr
F:\BERG\TERRELL.DOC
cc: Victoria Henley



Alameda County
**District Attorney's Office**
Thomas J. Orloff, District Attorney

August 21, 1997

Mr. Eugene Terrell
24409 Soto Road, #7
Hayward, CA  94544

Dear Mr. Terrell:

I am in receipt of your letters of July 28 & 31, and August 12, 1997, in which you speak of your inability to visit your child.

In researching your matter it is my understanding that there is a "stay away" order against you issued by the California Superior Court. Unless that order is rescinded by the court, this office is unable to assist you.

I suggest that you retain private counsel to assist you in your legal dilemma.

Yours truly,

THOMAS J. ORLOFF
District Attorney

By: Lee White, Lieutenant of Inspectors

102-753 SM 7/61 (new)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### IN AND FOR THE COUNTY OF ALAMEDA

**DEPT. 7**

**Date:** March 12, 1997 **Hon.** DEAN A. BEAUPRE    , **Judge**    Fil Cruz  , **Deputy Clerk**

, **Deputy Sheriff**    Not Reported    , **Reporter**

---

**THE PEOPLE OF THE STATE OF CALIFORNIA**          **Counsel appearing for Plaintiff**

                                    **Plaintiff**          No Appearances

                        **vs.**

        EUGENE TERRELL                      **Counsel appearing for Defendant**

                                    **Defendant**          No Appearances

---

**NATURE OF PROCEEDINGS:**                                    **ACTION NO.** 129512

                    EX PARTE PETITION FOR WRIT OF PROHIBITION

The above-entitled action is placed on calendar this date by order of the Court.

The Court having read and considered the defendant's ex parte request for writ of prohibition filed February 10, 1997 is denied.

By a copy of this minute order, the following is notified by U. S. Mail this date:


EUGENE TERRELL
4409 Soto Road # 7
Hayward, Ca 9454-1438


BY: _____
    Fil R. Cruz, Deputy Clerk



**UNITED INSURANCE**
COMPANY OF AMERICA
ONE EAST WACKER DRIVE · CHICAGO, ILLINOIS 60601

James G. Hertz
Vice President and Associate General Counsel
(312) 661-4530   FAX (312) 661-4547

Home Service Division

January 18, 1996

Mr. Eugene Terrell
24409 Soto Road, #7
Hayward, CA  94544-1438

Dear Mr. Terrell:

Your letter of January 15, 1996, addressed to Mr. Robert Schleyer,
has been forwarded to me.  Please address all future communications
with United to me at the above address.

I have reviewed your letter several times, and if I understand your
letter correctly, it seems that you have had personal problems with
Christina M. San Pedro.  I am very sorry for these unfortunate
personal problems; however, I do not see where they are the
responsibility of the Company.

Very truly yours,

James G. Hertz

JGH/cdn

**Mr. Eugene Terrell**
24409 Soto Road # 7
Hayward, California 94544-1438
Home Phone 510-537-2410

June 12, 1998

OFFICE OF COUNTY COUNSEL
   ALAMEDA   COUNTY
1221 Oak Street, Suite 463
   Oakland, California
   94612-4296

Deputy County Counsel, K. J. Thorsnell,

You are now in violation of the Law. Needless Posturing will not absolve this fact, nor vindicate you and the respective co-defendants of the legal obligations the Federal and State laws, their respective constitutions now impose upon you. In other words, you nor your army of 'mindless idiots' can Threaten my life, then threaten to Prosecute if I defend myself against your impinging threats. Needless to say, under the Law, since you and the Defendants listed in the complaint ( C-98-00219 VRW ), did in fact, under the threat to my life, Conspire in the Racially Motivated Objective to Deny and Violate my Civil and Constitutional Rights: in that, Under the Declaration of Independence, gave me all the Rights necessary to Defend myself. Make no mistakes, regarding this case, I am cognizant of the fact that, I alone maintain the rationality of a Civilized person. However, in exerting this controlling force; I demand:

1. That the first choice of this proposed Case Management Meeting should be Mediated by a Federal Judge, in Federal Court. If not... Then, for my safety, I demand that the place of this meeting, and the associated rules, which follows, be adhered to:

Place of Meeting:   24409 Soto Road  # 7
                    Hayward, CA. 94544

Time & Date:    10:30am ( 2 hour duration ) Sunday June 21 or 28, 1998

2. That all parties be appropriately dressed; i.e. Men in suits, and all woman must wear a pants suit.

3. Bring only the Folder containing your Proposal: all other materials will be provided.

4. The facilities within my domain are not accessible. Persons with bladder, bowel, or any other medical problems should address these issues prior to their arrival.

5. You will adhere to rules of Civilized Conduct. To act otherwise would provoke a consequence, and would be viewed as a direct threat to my life.

6. To prevent the need to search any parties to this meeting, all Keys, writing devices, recording devices, cameras, and other unnecessary paraphernalia are not allowed. To violate this or any other rule will result in expulsion from the meeting.

7. There will be no Police or any other Gun carrying persons allowed, nor in the vicinity of the above noted address. Violation will terminate the meeting!

Nonetheless, it is behooving to note, all Attorney's representing the Governments, as Defendants in the Complaint; if you are not a private attorney, you are in violation of several Federal Laws:

1. 15 Am Jur 2d section 26- ' Actions for Neglect to Prevent Interference with Civil Rights '

2. 15 Am Jur 2d section 25- ' Civil provisions against Conspiracies to Interfere with Civil Rights'

3. The requirement to Investigate Complaints alleging Civil and or Constitutional Rights Violations; State and Federal law.

It is quite obvious, in fact any fool could rationalize: That if, you and any other Government is allowed to prevent, or stop any Citizen from filing any complaint without first investigating the Validity or Truth of the matters complained of, and stating as a reason for rebuttal which part of the whole, or the whole of the matters complained of are untrue, ( when the matter concerns Civil and or Constitutional Rights Violations ) then No Citizen of this State or anywhere else that must comply with the U.S. Constitution or Federal Laws, could ever hope to have any Rights Guaranteed therein. In words, in my domain, you will abide by the rules that I state. Absolutely nothing else will be tolerated!

By the way, it is important that I warn you: ( unless you are a Private Attorney) ...Since you have refused to comply with the standing laws, you are a Criminal...and you stand to be prosecuted, to include the loss of you licenses as an Attorney in this country. And Please! Make no mistake! It is my intent to see that this takes place!

Sincerely,

EugeneTerrell

cc

Attorney's Micheal O'toole,
Jaynelle Bell Lowery
Office of the Hayward City Attorney
777 'B' Street, 4th Floor
Hayward, CA. 94541

Attorney Tracy Schwartz Hughes
Office of the California Attorney General
50 Fremont Street, Suite 300
San Francisco, California 94105-2239

Attorney Jeffrey P. Miller
Celebrezze & Wesley
655 Montgomery Street, 17th floor
San Francisco, CA. 94111

Re: Case No. C-98-00219 VRW



# CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING

\* \* \* SAVE — OFFICIAL NOTIFICATION \* \* \*

43199

RECEIPT NO. 00108933

THIS NOTICE CERTIFIES THAT YOU HAVE SUCCESSFULLY COMPLETED
THE FOLLOWING COURSE PURSUANT TO SECTION 832(a), PENAL CODE:

COURSE: POWERS OF ARREST
NOTICE NUMBER: A003363
COURSE LENGTH: 40 Hours
COMPLETION DATE: March 12, 1993
SSN: 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
PRESENTER: OHLONE COMMUNITY COLLEGE

TERRELL EUGENE
22650 MAIN STREET
HAYWARD, CA 94541-5112

NOTICE TO
EMPLOYERS:

APPLICANT
MUST PRESENT
THE ORIGINAL

DO NOT ACCEPT
PHOTOCOPY OF
THIS DOCUMENT

>>>>> SEE REVERSE <<<<<

EMPLOYER: YOU MAY PHOTOCOPY THIS NOTICE FOR YOUR RECORDS ONLY
\* \* \* THIS ORIGINAL NOTICE IS THE PROPERTY OF THE ADDRESSEE \* \* \* \*

---

Bureau of Security and
Investigative Services
400 R STREET, SUITE 2040
SACRAMENTO, CA 95814
(916) 445-7860

PERMIT FOR EXPOSED FIREARM
QUALIFIED TO CARRY .38 .357 9MM

EXPIRATION 03

PERMIT NO. FA 113591
THE BEARER MUST POSSESS A VALID
GUARD REGISTRATION CARD
EUGENE TERRELL
24409 SOTO ROAD #7
HAYWARD CA 94544

Consumer
Affairs

Signature
PPFG 65/78/94

---

STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS

Bureau of Collection and
Investigative Services
400 R STREET, SUITE 2001
SACRAMENTO, CA 95814-0234
(916) 445-7368

GUARD REGISTRATION
ADDITIONAL PERMIT REQUIRED TO CARRY FIREARM
REGISTRATION G 514966          EXPIRATION 02/22

EUGENE TERRELL
24405 SOTO RD #7
HAYWARD CA 94544

Signature
Mfg 02/08/92          RECEIPT #

FROM : JO HON                    FAX NO. 6023455402    **683**    P. 02

**AMERICREDIT**
100 W. Grove Pk.
empe, AZ 85283
00-411-2802 Coll
88-261-5679 Fax

**REPOSSESSION**
**ATTEMPT**
**COVER SHEET**

DEALER NAME  HAYWARD DODGE
DEALER NUMBER  40025    DATE  3 15 98
ACCOUNT NUMBER  40140 7267

CUSTOMER NAME  FEBBRLY
CUSTOMER SS #  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
RESIDENCE TELEPHONE  510 531-2411

STREET ADDRESS  24401 15C
CITY  Apt #7 Hayward.
STATE CA    ZIP 9454.5

EMPLOYER NAME/ADDRESS
TCS TERRORIST - PLSS DEXPRESS

CO-BUYER NAME  EUGENE
CO-BUYER SS #  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
RESIDENCE TELEPHONE  SAME #

CO-BUYER STREET ADDRESS  SAME
CITY  LESS   AS ABOVE
STATE

**VEHICLE:**

YEAR  1997
MAKE  HYUNAI    MODEL  Accent
KEYS  YES ✓  NO

COLOR  NONE
VIN  KMHVD14LXVU224311 8

**NOTE INFORMATION**

CONTRACT DATE  3  82
DUE  04 16    DATE DELINQUENT  52
PAST AMOUNT DUE  633.72    DATE LAST PAID  12/18/9-

**SPECIAL INSTRUCTIONS**  Pleas call    **AGENT:**  Insto before pickung up vehicle! *
CALL For

AGENT  H911
REPO FEES  $ 300
ACCT REP  L 5

TELEPHONE  510 666-7376
FAX
EXTENSION  37169
VCL.    INVOL. ✗
AFTER HRS:

RESULTS

3  X10
∅ X50

DATE FILE RECEIVED
DATE REPO'D
COLLECTOR ID
REASON CODE

CURR RATE  N/A
FG'd — COU 2 sent 12/5/97
DAYS DELINQUENT
MILEAGE

# OF PAYMENTS  ∅
PAYMENTS  ∅    RT MAIL  ∅
LOCATION OF UNIT

7  2/12/98
CU  2/14/98

COLLECTION SUP
271955
2:15pm
9:mam

COLLECTION MANAGER APPROVAL
**683**

☑ COMPLAINT    OR    ☐ COMMENDATION

YOUR NAME: Eugene Terrell          DATE FILED: Dec 5, 1995

HOME ADDRESS: 24409 Soto Road   #7   (Restraining Order - Vacant Apt)

HOME PHONE: Sister 510-568-1435 / 510-537-2410   BUSINESS PHONE: _____

SEX: Male    AGE: 44    DATE OF BIRTH: May 9, 1951

WHERE DID THIS OCCUR? At 24409 Soto Rd. #7; Hayward CA 94544

DATE: Oct 27, 1995          TIME: Approx 1930 hours

EMPLOYEES INVOLVED: HPD Dispatcher Ms Diana Davis, HPD Officer
Nishita, HPD Officer Sgt. Camara, HPD Officer Edwards, and
the HPD Office who drove the escort vehicle for the Prisoner
transport vehicle on Oct, 28, 1995 (Officer Espinoza & Sgt. Wright)

DESCRIPTION OF INCIDENT: 2 count Felony Violation of Penal Code 182.3,
iolation of Penal Code(s) 236 & 118.1, to include
9pc.
(violated Penal Code(s) 182.2, 236, 118.1, and 136.1)

1  .SE PROVIDE THE NAMES, ADDRESSES, AND PHONE NUMBERS OF ANY PERSONS WHO MAY HAVE KNOWLEDGE
OF THIS INCIDENT:

NAMES: _____

ADDRESS & PH #: _____

NAMES: _____

ADDRESS & PH #: _____

N___S: _____

ADDRESS & PH #: _____

## STATEMENT
(START THE NARRATIVE ON THIS PAGE AND CONTINUE ON THE BACK.)

I was Granted a Civil Stand by on Oct 27, 1995 by
HPD Dispatcher Ms Diana Davis (After two attempts - Being
Granted once & Denied once). I followed her instructions because
I had informed her, that I had this 'nut' telling everyone
that I was going to kill her - Nonetheless, two units arrived,
about 15min apart - Officer Nishita was first on the scene -
We maintained a conversation; he spoke of his job with
Oakland Housing Authority Police, and I Discussed working with
Western Security Bureau as a Security Officer.

)

## PERSONNEL COMPLAINTS

All police departments in the State of California are required by law to have a process by which a citizen may make a complaint against police personnel. The information in this pamphlet will assist anyone who has occasion to make a complaint against any Hayward Police personnel. Here are some of the questions we frequently encounter regarding our complaint procedures and processes.

### What is a citizen's complaint?

There are two types of personnel complaints. The first is an informal complaint. This complaint is normally handled by the employee's supervisor for minor transgressions and is brought to the employee's attention by the supervisor.

The second type of complaint is the formal complaint. This is for more serious types of transgressions. The formal complaint is lodged with the employee's supervisor, Watch Commander, or Internal Affairs.

### Who can make a complaint?

A personnel complaint may be made by anyone. However, if the complainant is under the age of 18, we require that the complainant be accompanied by a parent or an adult.

Hayward Police Department:
ATTN: Sgt. K. Gross and
Chief of Police'
Cal hone

(3)

---

DATE: October 12, 1995        APPROXIMATE Time: 15:30 pm hours

Employee involved: HPD Officer(s) Costakis #391 and a unknown male officer

On the above Date and time, I, Eugene Terrell, did call #911, HPD Emergency, after Mrs Christina M. San Perdo attempted to forceable take my child (Yahnry K. Terrell) away from me. I had refused temporary custody of my child to her mother, because two days before she (Mrs Christina M. SanPedro) to except the medication needed by my child. Furthermore, HPD Officer Costakis #391, did in fact, order me to surrender my child to Mrs. Christina M. SanPedro, even after I made her aware of my beliefs that Mrs Christina M. SanPedro has a psychological problem, and was telling everyone that I was going to kill her. HPD Officer Costakis said I was lying about my concerns recurring my child's state of Health. But, Mrs Christina M. SanPedro has been sited once for leaving a two month old baby, (my child) in an unattented vehicle in the parking lot of Price Club, in Hayward; and herself, has told me she has attempted suscide twice. Moreover, it is my belief, that HPD Office Costakis #391, to is the root of the cause for all of my problems concerning this complaint, to include Mrs. Christina M. SanPedro filing a Restraining Order and lying on several Police reports, Depositions, and making false statements in force it! Note: I made a (verbal) report to the HPD Chief's secre.

SCANNED

HAYWARD POLICE DEPARTMENT       **INCIDENT REPORT**       HAYWARD, CALIFORNIA

| TYPE OF CRIME | NAME | PFN AQT500 | D.O.B. | RACE |
|---|---|---|---|---|
| D. Restraining Ordr | (S) Terrell, Eugene | | 5-9-51 | B |
| to DA ☐  FOLLOW UP ☐ REQUESTED | ADDRESS 24409 Soto Road #7  Hwd | WORK PHONE | HOME PHONE N/P | SEX M |

| NO. PERSONS ARRESTED | NAME |  | PFN | D.O.B. | RACE |
|---|---|---|---|---|---|
| ADULT 1  JUVENILE 2 | (V) San Pedro, Christina Mendoza | | 5-23-55 | O |
| | ADDRESS 24409 Soto Road #7  Hwd | WORK PHONE | HOME PHONE 537-2410 | SEX F |

**INVESTIGATIVE SUMMARY SUSPECT STATUS**

| | | NAME (W) Ofc. Nishta | PFN | D.O.B. | RACE |
|---|---|---|---|---|---|
| IN CUSTODY | ☒ | ADDRESS — HPD in File | WORK PHONE | HOME PHONE | SEX |
| NAMED | ☐ | | | | |
| DESCRIBED | ☐ | NAME (W) Sgt. Camara | PFN | D.O.B. | RACE |
| SEEN | ☐ | ADDRESS — HPD in File | WORK PHONE | HOME PHONE | SEX |
| UNKNOWN | ☐ | | | | |

**SUSPECTS VEHICLE**

| TOWED | ☐ |
| DESCRIBED | ☐ |
| SEEN | ☐ |
| UNKNOWN | ☒ |

| TYPE OF PROPERTY: | ☒ Stolen ☒ Recovered S R | CRIME CLASS TRO | BEAT N | CENSUS |
|---|---|---|---|---|
| (1) Currency, Notes, Etc. | $_____ ☐☐ | | | |

**EVIDENCE**

| PRINTS | ☐ |
| PHOTOS | ☐ |
| COMPOSITE | ☐ |
| OTHER | ☒ |
| NONE | ☐ |

| (2) Jewelry and Precious Metals | $_____ ☐☐ | TYPE OF PREMISES APARTMENT |
| (3) Clothing and Furs | $_____ ☐☐ | |
| (4) Locally Stolen Motor Vehicles | $_____ ☐☐ | TOOLS-WEAPONS-MEANS USED Body |
| (5) Office Equipment | $_____ ☐☐ | |
| (6) Televisions, Radios, Stereos, Etc. | N/A | POINT OF ENTRY Front Door |

**STOLEN PROPERTY**

| SERIALIZED | ☐ |
| IDENTIFIABLE | ☐ |
| PTH | ☐ |
| NO LOSS | ☒ |

| (7) Firearms | $_____ ☐☐ |
| (8) Household Goods | $_____ ☐☐ |
| (9) Consumable Goods | $_____ ☐☐ |
| (10) Livestock | $_____ ☐☐ |
| (11) Miscellaneous | $_____ ☐☐ | DATE AND TIME REPORTED 10-27-95  1917 |

**VICTIMS INJURIES**

| VICTIM INJURED | ☐ |
| NO INJURY | ☒ |

| LOCATION OF OCCURRENCE (include nearest address) 24409 Soto Road #7 | DATE AND TIME OCCURRED 10-27-95 1950 | DAY OF WEEK Fri |

| VEHICLE USED: YR. MAKE BODY COLOR LIC. — UNKNOWN — | SUSPECT DESCRIPTION SUSPECTS STATUS SUMMARY NARRATIVE | PHYSICAL EVIDENCE CRIME SCENE WITNESS ATTEMPTS WITNESS TESTIMONY | SUSPECT STATEMENT SUSPECT RECORD FOLLOW UP CASE STATUS |

| PARENTS OR LEGAL GUARDIAN | ADDRESS | HOME & WORK PHONES | SCHOOL |
|---|---|---|---|
| (W) Davis, Diane  (HPD Dispatcher) | | | |
| — HPD in File — | | | |

See Attached Sheets —

| DISPOSITION:  JUV HALL ☐  PROTECTIVE CUSTODY (300 W&I) ☐  NTA ☐  R & R ☐  CRISIS RECEIVING HOME ☐ | APPROVED BY MB |
|---|---|
| CLEARED   JUVENILE ☐  UNUSUAL ☐  JUV. BOOKED ☐ CLOSED POSITION  ADULT ☐  UNFOUNDED ☐  Y ☐  N ☐ | OFFICER Edwards | BADGE 305 | 10-28-95 |
| ROUTING:  BOOK · FILE · CAPT. · DA · JUV. HALL · DOJ · DET. · JUV. · LT. · TRAFFIC YFSB · NARC · CP · CHIEF · VICE/INTEL · ABC · OTHER | DATA INPUT | DATE & TIME APPROVED 0336 |
| FOLLOW UP ASSIGNED TO | PAT DET YFSB NARC | REPRODUCED & ROUTED BY DATE & TIME 10-28 MR | REPORT NUMBER 95-31639 |



## Suspect Description:

Black Male 44 years, 5'6, 145, black, brown.

## Suspect Status:

In custody on non release basis for violation of a restraining order.

## Summary:

(S)Terrell goes to 24409 Soto Road requesting a civil standby from police in violation of a lawful restraining order.

## Narrative:

On 10/27/95 at approximately 1945 I was detailed as a cover unit to 24409 Soto Road to investigate a report of someone requesting a civil standby. Ofc. Nishita arrived onscene at 1950 and I arrived onscene at 1957. On arrival I saw Ofc. Nishita talking with Eugene Terrell in the driveway of the address directly behind apartment 7. As I approached I asked Ofc. Nishita what was going on and simultaneously recognized Terrell. I have been at Terrell's home several times for family disturbances and have dealt with him before. I am also familiar with his wife Christina San Pedro.

Terrell looked at me and said "I remember you!" I asked Terrell what was going on. Terrell told me he wanted to go into the apartment where Christina was and collect some of his clothing so he could look for a job. I asked Terrell if that was all he wanted to get. Terrell replied, "Well, don't freak out but I want to get my handguns out of there too." Terrell added that he thought his wife might have a restraining order against him but wasn't sure. I asked Terrell if he had been served with the restraining order and he replied yes, but insisted that the restraining order gave him permission to come and collect his belongings. I asked Terrell if he had a copy of the order and he said no. Ofc. Nishita went to the apartment and spoked with Christine while I was talking to Terrell. Nishita came back and told me Christine said it was ok for Terrell to come and get his clothing. Thinking that perhaps there was a clause in the restraining order to allow this to happen, I accompanied Terrell into the apartment along with Ofc. Nishita.

Once inside the apartment Christine recognized me and said "hello Officer Edwards". I asked Christine to show me her copy of the restraining order. I reviewed the copy along with the proof of service while Ofc. Nishita went into the s/w bedroom and secured three handguns that Terrell wanted to take with him. As I was reading the order Terrell said to me "Officer Edwards, I'm begging you on my hands and knees, please let me take the guns with me and some of the

| Original | Officer Edwards | Page 1 | 95-31639 |



clothes!" I thought Terrell's plaintive demeanor was very dramatic and eccentric, and I asked him why it was so important to have the guns. Terrell said he didn't know.

I reviewed the restraining order and found no mention of a time to be set aside for a visit by Terrell to the residence for any reason while the order was in effect. I pointed this out to Terrell and advised him he was under arrest for investigation of violating a restraining order. Terrell then said "you can't do that, you brought me in here!" I pointed out to Terrell that while he was technically correct, the reason we had brought him in was because he had provided us with false information regarding the order. I then placed Terrell in handcuffs and sat him in the rear of my patrol car and requested a supervisor respond to the scene.

Sgt. Camara responded and I described to him the circumstances of what had occurred. Sgt. Camara told me Terrell had been at the front counter at HPD earlier in the afternoon requesting a civil standby at the address. At that time Terrell stated he had a restraining order placed against him by his wife barring him from visiting or calling. Sgt. Camara had the situation explained to him by police clerk Jim Marcus (who was working the front counter at the time) and told Marcus to tell Terrell that the police would not assist him in defying a restraining order. Terrell then left.

Sgt. Camara instructed me to contact radio and find out what Terrell had told dispatch in order to secure a civil standby at the address. After I transported Terrell to HPD Jail I contacted Diana Davis, the HPD dispatcher that took Terrell's call asking for the civil standby. Davis told me Terrell told her over the phone that he was aware of a restraining order against him and stated there was an exclusion in it for him to go to the residence and pick up his personal belongings. Davis had no way of knowing that Terrell was lying and put the detail in for service.

Clearly Terrell had no qualms about providing the police with false information after being told no earlier when he requested a civil standby as observed by Sgt. Camara. I found Terrell's strange behavior on arrival all the more alarming when Terrell's focus turned away from collecting his clothing(as stated in the notes of the original detail) to collecting his firearms, which consisted of three handguns (.357, 9mm, .25). Based on the totality of the circumstances, and the fact the affidavit attached to the restraining order complains of Terrell's bizarre behavior and acts of violence, I felt it necessary to seize all three firearms and place them in the custody of the police department as per 12028.5pc. Additionally, the court needs to be petitioned to seek forfeiture of the weapons from Terrell in order to protect Christine. I also placed a non release on Terrell as I believe there is a strong likelihood that Terrell will continue to violate the order if released.

## Physical Evidence:

I placed the three handguns found at the scene into evidence to be held pending a petition to the court to permanently seize them. They consisted of a loaded Sig Sauer P226 9mm semi automatic pistol, a loaded Ravens Arms .25 caliber pistol, and an unloaded Smith and Wesson

**Original**        **Officer Edwards**        **Page 2**        **95-31639**



.357 magnum. I also attached a copy of the restraining order with this report. A copy of the order and its proof of service was on file with the police department at the time of this incident.

## Crime Scene:

24409 Soto Road. Terrell was found by Nishita in the driveway area of this complex not more than forty feet away from the apartment.

## Witness Testimony:

Officer Nishita can testify to the narrative of this report. Sgt. Camara can testify to being aware of an earlier request by Terrell for a civil standby and refusing the request because it would be illegal.

Christine San Pedro can testify to being contacted by police and being told her Terrell was downstairs asking to come up, and to showing the order to me (see statement taken by Nishita).

## Suspect Statement:

During transport into the police station Terrell told me he was not interested in speaking to me regarding the incident. I did not try to question him further.

## Suspect Record:

Terrell is known to corpus/cii for domestic violence and possession of a loaded firearm (see rap).

## Case Status:

Cleared by arrest.

| Original | Officer Edwards | Page 3 | 95-31639 |



.357 magnum. I also attached a copy of the restraining order with this report. A copy of the order and its proof of service was on file with the police department at the time of this incident.

## Crime Scene:

24409 Soto Road. Terrell was found by Nishita in the driveway area of this complex not more than forty feet away from the apartment.

## Witness Testimony:

Officer Nishita can testify to the narrative of this report. Sgt. Camara can testify to being aware of an earlier request by Terrell for a civil standby and refusing the request because it would be illegal.

Christine San Pedro can testify to being contacted by police and being told her Terrell was downstairs asking to come up, and to showing the order to me (see statement taken by Nishita).

## Suspect Statement:

During transport into the police station Terrell told me he was not interested in speaking to me regarding the incident. I did not try to question him further.

## Suspect Record:

Terrell is known to corpus/cii for domestic violence and possession of a loaded firearm (see rap).

## Case Status:

Cleared by arrest.

**Original**          **Officer Edwards**          **Page 3**                    **95-31639**



# HAYWARD POLICE DEPARTMENT
## PROPERTY / EVIDENCE TAG

DATE & TIME: _10-27-95    1950_     SUSPECT: _TERRELL, EUGENE._

CRIME: _166 PC_     S.V.I.W. _San Pedro, Christine._

☐ JUV    ☒ ADULT    DOB _____    S.V.I.W. ADDRESS: _____

☐ PFN _____

REPORT NUMBER:

### TYPE OF EVIDENCE (CHECK ONE BOX ONLY)

☐ FELONY    ☒ MISDEMEANOR    ☐ SEARCH WARRANT    ☐ CIVIL
☐ FOUND PROPERTY    ☐ SAFEKEEPING    ☐ OBSERVATION

| ITEM | DESCRIPTION OF PROPERTY - LIST ALL ITEMS SEPARATELY AND COMPLETELY (MAKE, MODEL, SERIAL NO., COLOR, CALIBER, ETC.) | | |
|------|------|------|------|
| 1 | Smith & Wesson 6" 586 Revolver .357 Serial # BHC6413 Black Finish w/ wood handle *Packed in original box* | | |
| 2 | Sig Sauer Model #P226 Serial #U437506 Black Finish 9mm Semi Auto | | |
| 3 | Raven Arms .25 Cal Model MP-25 Semi Auto | | |
| 4 | 15 Rounds 9mm Cartridges; 5 Rounds .25 Cal. Cartridges. | | |
| 5 | One Sig Sauer P226 Clip; One Raven Arms MP-25 Clip. | | |

*PROPERTY ROOM USE ONLY*

### CHECK APPROPRIATE ENTRY (S)

_____ HELD AS EVIDENCE          _____ PHOTOGRAPHED AND RETURNED
_____ RETURN TO                 _____ CSU PROCESSING
_____ DESTROY NOW               _____ RELEASED TO DMV
_____ OUTSIDE AGENCY _____    _____ U.S. MAIL

SPECIAL PROCESSING/REMARKS: _Held per 12028.5PC w/Petition to Court for permanent hold_

WAS RECEIPT GIVEN? ☐ YES ☒ NO   INITIALS OF (S) (V) (I) _____

| OFFICER _F. Guevara_ | BADGE _325_ |
|------|------|
| TECH. OFFICER | BADGE |
| | REPORT NUMBER _95-31639_ |

clothes!" I thought Terrell's plaintive demeanor was very dramatic and eccentric, and I asked him why it was so important to have the guns. Terrell said he didn't know.

I reviewed the restraining order and found no mention of a time to be set aside for a visit by Terrell to the residence for any reason while the order was in effect. I pointed this out to Terrell and advised him he was under arrest for investigation of violating a restraining order. Terrell then said "you can't do that, you brought me in here!" I pointed out to Terrell that while he was technically correct, the reason we had brought him in was because he had provided us with false information regarding the order. I then placed Terrell in handcuffs and sat him in the rear of my patrol car and requested a supervisor respond to the scene.

Sgt. Camara responded and I described to him the circumstances of what had occurred. Sgt. Camara told me Terrell had been at the front counter at HPD earlier in the afternoon requesting a civil standby at the address. At that time Terrell stated he had a restraining order placed against him by his wife barring him from visiting or calling. Sgt. Camara had the situation explained to him by police clerk Jim Marcus (who was working the front counter at the time) and told Marcus to tell Terrell that the police would not assist him in defying a restraining order. Terrell then left.

Sgt. Camara instructed me to contact radio and find out what Terrell had told dispatch in order to secure a civil standby at the address. After I transported Terrell to HPD Jail I contacted Diana Davis, the HPD dispatcher that took Terrell's call asking for the civil standby. Davis told me Terrell told her over the phone that he was aware of a restraining order against him and stated there was an exclusion in it for him to go to the residence and pick up his personal belongings. Davis had no way of knowing that Terrell was lying and put the detail in for service.

Clearly Terrell had no qualms about providing the police with false information after being told no earlier when he requested a civil standby as observed by Sgt. Camara. I found Terrell's strange behavior on arrival all the more alarming when Terrell's focus turned away from collecting his clothing(as stated in the notes of the original detail) to collecting his firearms, which consisted of three handguns (.357, 9mm, .25). Based on the totality of the circumstances, and the fact the affidavit attached to the restraining order complains of Terrell's bizarre behavior and acts of violence, I felt it necessary to seize all three firearms and place them in the custody of the police department as per 12028.5pc. Additionally, the court needs to be petitioned to seek forfeiture of the weapons from Terrell in order to protect Christine. I also placed a non release on Terrell as I believe there is a strong likelihood that Terrell will continue to violate the order if released.

## Physical Evidence:

I placed the three handguns found at the scene into evidence to be held pending a petition to the court to permanently seize them. They consisted of a loaded Sig Sauer P226 9mm semi automatic pistol, a loaded Ravens Arms .25 caliber pistol, and an unloaded Smith and Wesson



.357 magnum. I also attached a copy of the restraining order with this report. A copy of the order and its proof of service was on file with the police department at the time of this incident.

## Crime Scene:

24409 Soto Road. Terrell was found by Nishita in the driveway area of this complex not more than forty feet away from the apartment.

## Witness Testimony:

Officer Nishita can testify to the narrative of this report. Sgt. Camara can testify to being aware of an earlier request by Terrell for a civil standby and refusing the request because it would be illegal.

Christine San Pedro can testify to being contacted by police and being told her Terrell was downstairs asking to come up, and to showing the order to me (see statement taken by Nishita).

## Suspect Statement:

During transport into the police station Terrell told me he was not interested in speaking to me regarding the incident. I did not try to question him further.



## Case Status:

Cleared by arrest.

**Original**          **Officer Edwards**          **Page 3**                    **95-31639**

**How can a personnel complaint be made?**

A complaint may be made by telephone, by mail, or in person. The complaint may be made at the police department, or another mutually convenient location. The department is primarily interested in learning of your concerns about police misconduct or a need for improvement in our delivery of services.

**When can a complaint be made?**

A complaint may be made 24 hours a day. During normal business hours the complaint may be submitted to the Internal Affairs Unit at Hayward Police Department by calling 293-7059. After normal business hours, a personnel complaint may be registered with any supervisor or the on-duty Watch Commander, or by calling 293-7051.

**What happens after I file a complaint?**

The complaint is received and documented. The formal complaint will be investigated by a supervisor and reviewed by the Chief of Police and his staff. The Chief or Division Commander will make a final determination on all formal complaints. The complainant will be notified in writing concerning the disposition of the complaint.

NOTE: I have now lost approximately $3,000 in weapons, due to illegal procedures Employed by Hayward Police Officers.

We both worked the Acorn Housing Complex in Oakland— Nonetheless, I told him I needed my Sig Sauer 9mm, Bullet Resistance vest, Web Gear, and clothing for Job interview. He said, I have to call for back-up if you are picking up a gun— I said, "I understand." I Also told him about two other guns— He ask, "Why not get all 3"? I said, "I only need one for the job". Nonetheless, Officer Edwards, lived on site, and detained me until, Officer Nishita returned from my Apartment with permission (for me to get my items) and a copy of my Restraining Order—As instructed by Officer Edwards— Officer Edwards, prior to the return of Officer Nishita, had informed me that I was in violation of my Restraining Order—And after a very brief discussion with Officer Nishita, I was escorted into my Apartment— Officer Edwards announced over the radio '5151'—then told me I was under arrest for violating my Restraining Order— Now on Oct 28, 95 Another HPD Officer who drove escort vehicle, squeeze my left testicle

SIGNED BY: _____

REPORT RECEIVED BY: _____

DATE/TIME: _____

2)        See Accompaning Criminal Reports

**STATE OF CALIFORNIA**

**TORT CLAIM**

BC-1A (Rev. 4/91)

SUBMIT TO:

**STATE BOARD OF CONTROL**
**GOVERNMENT CLAIMS DIVISION**
P. O. BOX 3035
SACRAMENTO, CA  95812-3035

**BOARD OF CONTROL**

THIS SPACE IS FOR STATE
BOARD OF CONTROL USE ONLY

**BEFORE COMPLETING THIS FORM** PLEASE **READ THE INSTRUCTIONS ON THE BACK OF THE LAST** (BLUE) COPY OF THIS FORM MAY USE THIS LAST COPY FOR YOUR RECORDS. SUBMIT THE TOP THREE COPIES TO THE BOARD OF CONTROL. **YOU MUST COMPLETE EACH SECTION OF THIS FORM OR YOUR CLAIM MAY** BE RETURNED TO YOU AS INCOMPLETE.

1. NAME AND MAILING ADDRESS OF CLAIMANT(S):

Name(s) Eugene _____ ll

2. SPECIFY TOTAL DOLLAR AMOUNT OF CLAIM AS A DIRECT RESULT OF THE INCIDENT: $ 250,000.00

IF THE AMOUNT IS UNSPECIFIED AT THIS TIME, BUT EXCEEDS $10,000, CHECK THE APPROPRIATE COURT JURISDICTION: FEDERAL

[ ] MUNICIPAL COURT    [ ] SUPERIOR COURT

Mailing Address 2440 _____ sto Road #7

City HAYWARD    State CA    Zip 94544

3. WHEN DID THE DAMAGE OR ___ OCCUR?

Month Oct/July Seven    Date    Year /86    Time

4. WHERE DID THE DAMAGE OR INJURY OCCUR? (PLEASE INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER.) Oakland And Hayward - My apartment (Address notes Courts, Santa Rita Jail,

IF YOU ARE FILING THIS CLAIM BEYOND SIX MONTHS FROM THE INCIDENT DATE, PLEASE SEE INSTRUCTIONS FOR FILING LATE CLAIM APPLICATION ON THE REVERSE OF THE LAST COPY.

5. PLEASE EXPLAIN THE CIRCUMSTANCES THAT LED TO THE ALLEGED DAMAGE OR INJURY. STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE STATE OF CALIFORNIA, AND WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE ALLEGED DAMAGE OR INJURY. IF KNOWN, IDENTIFY THE STATE AGENCY(IES) AND/OR STATE EMPLOYEE(S) THAT ALLEGEDLY CAUSED THE DAMAGE OR INJURY. I had a _____ Girlfriend escaped from my apartment on October 6, 1995 _____ returned on several occasions and assaulted me - I called Hayward Police _____ the emergency number 911. I filed on Oct. 20, 95 for custody of _____ and served Mrs Christina San Pedro on October 23, 95 However, Mrs S_____ and was granted a Domestic Violence Restraining Order - I have since _____ arrested 3 Times, for not Violating The Law, Assaulted _____ police denied The _____ file a Criminal Complaint, and All rights of being a parent. And I have been _____ my Constitutional and Civil Rights.

6. WHAT SPECIFIC DAMAGE _____ RESULTED FROM THE ALLEGED ACTIONS? The Police have made DEATH Threats _____ my life; Malicious Prosecution, Law of Jobs, Law of Income False Imprisonment _____ Law of Animal Permit, Loss of business license

7. HOW WAS THE AMOUNT CLAIMED _____ COMPUTED? (IF YOU HAVE SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED, PLEASE ATTACH THREE COPIES TO THIS CLAIM) SEE FEDERAL LAW "Damages"

8. SEND OFFICIAL NOTICES _____ CORRESPONDENCE TO:

Name Eugene _____ ll

Mailing Address 24405 Soto _____ #7

City HAYWARD    State CA    Zip 94544

9. SIGNATURE AND TELEPHONE NUMBER(S) OF CLAIMANT OR ATTORNEY/REPRESENTATIVE (PLEASE SEE NOTICE BELOW)

Signature X _____    Date 31 July 96

Daytime Telephone Number (Please include Area Code) Claimant (510) 537 - 2410    Attorney/Representative (510) 537 - 2410

10. IF THE BOARD INVITES _____ APPEAR ON YOUR CLAIM AT A FUTURE BOARD HEARING, PLEASE DESIGNATE THE HEARING LOCATION YOU WOULD PREFER (CHECK ONE)

[ ] SACRAMENTO    [ ] LOS ANGELES    [X] SAN FRANCISCO    [ ] SAN DIEGO (October only)

**NOTICE**

SECTION 72 OF THE PENAL CODE PROVIDES:



SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF ALAMEDA

CHAMBERS OF THE PRESIDING JUDGE
RONALD M. SABRAW

COURT HOUSE
225 FALLON STREET
OAKLAND, CALIFORNIA 94612
(510) 272-6040

March 5, 1996

Mr. Eugene Terrell
24409 Soto Road, #7
Hayward, CA 94544

Dear Mr. Terrell:

I am writing in response to your letters of February 26, 1996, February 29, 1996 and March 1, 1996. With regard to your concerns about Judge Girard, as previously indicated in the letter from Mr. Michael Bergeisen of the Judicial Council of California, concerns about the performance of Judge Girard should be directed to the Commission on Judicial Performance. From Mr. Bergeisen's letter of January 29th, it appears that he has already forwarded a previous letter of yours to the Commmission. However, should you wish further information to be submitted to the Commission on Judicial Performance, you may direct your correspondence to Ms. Victoria Henley, Executive Director, Commission on Judicial Performance, 101 Howard Street, Suite 300, San Francisco, CA 94105.

With regard to your concerns about the employees of Family Court Services, I have spoken with Dr. Larry Lehner who is the Director of Family Court Services. He informed me that he has reviewed your concerns and discussed those matters with you personally. I could find nothing in your materials that would support any disciplinary action by the Court against the employees of Family Court Services.

Regarding your most recent letter of February 29, 1996, you indicate that you are going to be filing a Motion for a peremptory challenge of Judge Girard. To the extent that you wish to do so, you must file such a challenge in your existing court case and it should be filed in Judge Girard's department.

I am sorry that I cannot be of any further assistance to you regarding your concerns.

Yours truly,

Ronald M. Sabraw, Presiding Judge

RMS:mk

bterrell.m05

**RMS**
RISK MANAGEMENT SERVICES

August 21, 1997                                    **In reply, refer to Claim No. 97-485**

Eugene Terrell
24409 Soto Rd., #7
Hayward, CA  94644

**RE:    Claim of Eugene Terrell v. County of Alameda (Claim No: 97-485)**

Dear Mr. Terrell:

NOTICE IS HEREBY GIVEN the letter you sent to the Alameda County Sheriff's Department on August 6, 1997 is being treated as a claim. As such the claim was forwarded to the Clerk, Board of Supervisors on August 15, 1997. The claim fails to substantially comply with the requirements of the California Government Code (CGC). See Sections 910, 910.2, and 901 of the Government Code. Your claim will not be accepted for filing or consideration for the reasons checked below.

_____    The claim fails to state the name and post office address of the claimant. (see CGC 910(a))

_____    The claim fails to state the post office address to which the person presenting the claim desires notices to be sent. (see CGC 910(b))

__X__    The claim fails to state the date, place and other circumstances of the occurrence or transaction which gave rise to the claim asserted. (see CGC 910(c))

__X__    The claim fails to state a general description of the indebtedness, obligation, injury, damage or loss incurred so far as it may be known at the time of presentation of the claim. (see CGC 910(d))

__X__    The claim fails to state the name or names of the public employee or employees causing the injury, damage, or loss, if known. (see CGC 910(e))

__X__    The claim fails to state the amount or the basis of computation of the amount claimed as of the date of the presentation of the claim. (see CGC 910(f)

__X__    The claim was not signed by the claimant or by some person on behalf of the claimant. (see CGC 910.2)

### WARNING

Your claim may be amended at any time before the expiration of the period designated in Section 911.2 of the Government Code, or before final action thereon is taken by the County of Alameda, which is later. See Section 910.6 of the Government Code.

This notice applies only to actions for which a California Government Code claim is required.

Very truly yours,

Kenneth R. Maiolini

cc:    Clerk, Board of Supervisors

P.O. Box 724 • Sebastopol, CA 95473 • (707) 792-4980 • FAX (707) 792-4988

# RMS

## RISK MANAGEMENT SERVICES

December 10, 1996

**In reply, refer to Claim No. 96-611**

Mr. Eugene Terrell
24409 Soto Rd., #7
Hayward, CA   94544

### RE:   Claim of Eugene Terrell v. County of Alameda

Dear Mr. Terrell:

NOTICE IS HEREBY GIVEN that the claim for damages you presented to the Board of Supervisors of Alameda County on October 23, 1996 was rejected on December 10, 1996.

### WARNING

Subject to certain exceptions. you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This notice applies only to actions for which a California Government Code claim is required.

Very truly yours,

Kenneth R. Maiolini
/sf

cc:    Clerk, Board of Supervisors

Form 1



# Office of the City Attorney

November 15, 1996

Mr. Eugene Terrell
24409 Soto Road Number 7
Hayward, California 94544

      Re:    Claim Number 61455

Dear Mr. Terrell:

      Thank you for your letter dated November 15, 1996.   Unfortunately, this office has nothing to do with the District Attorney's Office, the County Family Court system or the imposition of your restraining order.   It would appear that you immediate problem is to (1) stop violating the restraining order and (2) retain an attorney to modify the restraining order or (3) make arrangements with a family member for them to pick up the child so that you can see your child away from your ex-girlfriend and she has the piece of mind to know that the child is not going to be endangered.

      The Alameda County Bar Association has an excellent attorney referral system and a free workshop, I believe, on the weekends.   I can appreciate that many times, as a black person, we may feel that events happen solely because one is black.   However, sometimes that is not the case.   This is one such instance.

                   Very truly yours,

                   JAYNELLE K. BELL LOWERY
                   Assistant City Attorney

JKBL:
risk\terrell.ltr

# ETT-B&B Publications

Mr. Eugene Terrell
24409 Soto Road # 7
Hayward, CA.
94544-1438

Phone 510-537-2410
Fax 510-537-2390

February 02, 1996

Ms. Roberta Cooper, Mayor
City of Hayward
25151 Clawiter Road
Hayward. CA.

Dear Ms. ,

I have called your office on an innumerable occasions to complain of the injustices imposed upon me by your police department. I even came to your office to get the necessary forms to file suite against the city and the police department for the wrong doings committed against me by your police department. Well, now the situation has surpassed the scale. In fact, they have denied me the right to file a criminal complaint, and have ( so I was told ) a picture on display in their department; of me. While maintaining an order to his officers, Chief Calhone has made a threat to my life by telling them that I should be considered Armed and Extremely Dangerous.

I am with out any doubts in a serious situation that must be dealt with; and done so now. The problems with your police department have existed since 1986. However, they were recently exacerbated by the separation of myself and a former finesse. Where by, with the help of a few of your police officers, her friends, family court mediator and the court, she ( Mrs. Christina M. San Pedro ) obtained a Restraining Order against me. Oddly enough, I was denied a mutual Restraining Order. by the Court. Nonetheless, my Civil and Constitutional Rights were violated. I was placed in Jail twice. and there appears to be no law to stop this madness. Especially since, everyone seems determined to violate the Laws, Racially Motive. So, since I have filed several criminal complaints, to include a citizen complaint against several of HPD's Officers, and while no actions were taken by either yourself nor the HPD Police Chief. I have no choice but to sue. Not only for wrong doings, but also for the damages in the form of moneys lost, business loss, and the Threat to My Life.

Sincerely,

37 (Rev. 3-29-84)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

Page _1_ of _1_

On (date) __11/21/95__

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) __Eugene Terell__
(Street Address) __24409 Soto Rd #1__
(City) __Hayward, Ca 94544__
__Cal Driver # C5915939   DOB. 5/9/51__

cription of
(s): __(8) Various Papers regarding allegations__
__of Civil rights violation.__
__— No Additional Items —__

— ATTORNEY
— General
— Oakland

__R.D. Scott__
(Signature)

Received from __Eugene Terell__
(Signature)

SUPERIOR COURT
STATE OF CALIFORNIA
COUNTY OF ALAMEDA
**Family Court Services**

LAWRENCE K. LEHNER, PH.D.
DIRECTOR

ADMINISTRATION BUILDING
☐ 1221 OAK STREET # 260
OAKLAND, CA 94612
(510) 272-6030
FAX: (510) 272-6023.
November 26, 1996

COUNTY OFFICE BUILDING
☐ 224 W. WINTON AVENUE # 208
HAYWARD, CA 94544
(510) 670-6350
FAX: (510) 670-6457

HALL OF JUSTICE
☐ 5672 STONERIDGE DRIVE
PLEASANTON, CA 94566
(510) 551-6892
FAX: (510) 463-3024

Eugene Terrell
24409 Soto Road, #7
Hayward, California 94544-1438

Dear Mr. Terrell:

I received your letter of November 21, 1996 wherein you asked to have your current court order modified to order that Ms. San Pedro not be permitted to remove your daughter, Yahnay, from the State of California. I will be happy to look into what the current order says, if anything, in this respect. However, you need to know that neither I nor anyone else in Family Court Services has the authority to modify any court order. A court order can only be modified by a judge, and a modification cannot be made in current court orders without notice being given to the other party.

If the current court order does not contain any restrictions on Ms. San Pedro's ability to transport the child outside of the State or the country, and you wish to have that restriction included in the order, it may be necessary for you to file a new Order to Show Cause specifically to modify the court order for that purpose.

However, as I said, I will check the current court order and let you know if there is anything in the current order that speaks to this issue. It may be possible to have the matter put on the calendar again without filing a new Order to Show Cause, but in any event, Ms. San Pedro would need to be served notice again that new matter was going to be heard.

Sincerely,

Larry Lehner, Ph.D.
Director, Family Court Services
Alameda County Superior Court

cc:    Christina San Pedro

CALIFORNIA COURT OF APPEAL
FIRST APPELLATE DISTRICT
DIVISION 1


EUGENE TERRELL,
     Defendant and Appellant,
  v.
CHRISTINA M. SAN PEDRO,
     Defendant and Respondent.

**FILED**

Court of Appeal · First App. Dist.

**FEB 2 0 1997**

RON D. BARROW, CLERK

By _____
                       DEPUTY

A077016
Alameda County Super. Ct. No. 7586990


BY THE COURT:

    The application for waiver of this Court's filing fee is
denied. Appellant may have 7 days from the date of this order to
tender the $250.00 filing fee or the appeal will be dismissed.
(See Cal. Rules of Court, rule 10(a).

Date: **FEB 2 0 1997**         STRANKMAN, P.J.   P.J.

CALIFORNIA COURT OF APPEAL
FIRST APPELLATE DISTRICT
DIVISION 1

EUGENE TERRELL,
      Defendant and Appellant,
  v.
CHRISTINA M. SAN PEDRO,
      Defendant and Respondent.

**F I L E D**
Court of Appeal First App. Dist.

**MAR - 3 1997**

RON D. BARROW, CLERK

By _____
                     DEPUTY

A077016
Alameda County Super. Ct. No. 7586990

BY THE COURT:

    The appellant having failed to pay the statutory filing fee in
compliance with rule 1(c), California Rules of Court, after notice
given pursuant to rule 10(a), the appeal filed on January 06, 1997 is
dismissed.



Date:   **MAR 0 3** 1997      **STRANKMAN, P.J.** _____ P.J.

CITY OF OAKLAND 

ONE CITY HALL PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
Jayne W. Williams
City Attorney

(510) 238-3601
FAX (510) 238-6500
TDD (510) 839-6451

April 21, 1998

Eugene Terrell
24409 Soto Rd.
Hayward, CA   94544

Re:   Notice of Denial of Claim
      Claimant    :   Eugene Terrell
      Date of Loss:   March 1, 1996
      Our File No.:   C970530-JB

Dear Mr. Terrell:

NOTICE IS HEREBY GIVEN that the claim you filed on June 27, 1997 has revealed no indication of liability on the part of the City of Oakland.  Accordingly, your claim is denied.

WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See Government Code Section 945.6. This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Tort Claims Act, Government Code Sections 900 et. seq.  Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Very truly yours,

JAYNE W. WILLIAMS
City Attorney

By: _James A. Burchard_
Investigator

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, a resident of Alameda County, and not a party to the above action. My business address is One City Hall Plaza - 6th Floor, Oakland, California 94612. I served a copy of the above notice by placing it in an envelope addressed as shown above, which envelope was then sealed and postage fully prepaid thereon and was on this day deposited in the United States mail at City Hall, Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Oakland, California, on ___April 21, 1998___

___Denise Hawkins-___
Signature



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer   to
File No.

450 Golden Gate Avenue
San Francisco, CA 94102
December 19, 1995

Eugene Terrell
24409 Soto Road, #7
Hayward, CA 94544

Mr. Terrell:

      This letter is to acknowledge receipt of your
complaints made on 11/15/95, 11/21/95, and 12/12/95, concerning a
possible violation of your civil rights.

      The documentation you supplied to our Oakland office
was reviewed.  Based on the facts set forth in your documents,
there does not appear to be a violation of the Civil Rights Act;
therefore, no investigation will be conducted.

      As you requested in your 12/15/95 telephone messages,
your documents are enclosed.

              Sincerely,

              JIM R. FREEMAN
              Special Agent In Charge

              By:   Edward H. Kirkley
              Supervisory Special Agent

## MEMORANDUM

December 5, 1995

TO: File/Trial Attorney

FROM: Foxall

RE: **People v. Eugene Terrell, HMC 310198**

Mr. Terrell was in to interview today; brought some papers that I have not had the opportunity to review. Mr. Terrell continues to be abrupt, even rude, with staff, but was pretty reasonable with me.

In essence, Mr. Terrell's claim is twofold. First, he is charged with violating a restraining order he says was obtained by perjured testimony at the hearing in Superior Court. The order requiring him to leave the premises rested on the plaintiff's contention that she had no other place to stay, but she also states in a deposition regarding child custody or some collateral matter that she does have a suitable place to live in some apartment complex in Oakland. Additionally, she claims certain events occurred that justify the restraining order, but D denies those events ever occurred. (Whether she gave contrary testimony in a deposition or elsewhere is not known to me.)

As a second claim, Mr. Terrell claims that, even if there was a valid restraining order, he did not violate it willfully because he believed that the protected party was no longer living at the address, and he went there on good authority that this was so. Further, D contends that the order required him to move from the address, and not go near the residence of the protected, but did not specify the address of the residence; thus, when he believed that was no longer her address, he could also reasonably believe he could return to that address. I believe this is well supported by the language of the restraining order, and may present D's best defense. Indeed, the family mediator Dennis Hamlette has told our investigator that he told D that he thought the protected no longer resided at the location of the A/O.

Unfortunately, while D may have a good defense (or even two good and consistent defenses), he may be his own worst enemy. He is pushy and self-centered, and could easily cause a jury to want to convict him for anything. His conversation with Pinkney seems to have settled him down and given him both a realistic outlook and faith that we will do our part. He wants a lot of hand-holding, although he probably does not see it as such. And he is caught up in irrelevancies and side issues (like wanting to "press charges" against the complaining witness/protected for perjury). I think I have convinced him that we will do what's right in this context, and lowered his expectations with regard to his collateral issues with the CW and the police. Still, I don't expect it to stick.

☒ **COMPLAINT** OR ☐ **COMMENDATION**

YOUR NAME: Eugene Terrell                    DATE FILED: December 5, 1995

HOME ADDRESS: 24409 Soto Road #7 (Restraining Order - Vacant Apt)

HOME PHONE: Sister 510-569-1435 / 510-537-2410    BUSINESS PHONE:

SEX: Male        AGE: 44        DATE OF BIRTH: May 9, 1951

WHERE DID THIS OCCUR? At 24409 Soto Rd. #7; Hayward CA 94544

DATE: Oct 27, 1995                    TIME: Approx 1930 hours

EMPLOYEES INVOLVED: HPD Dispatcher Ms Diana Davis, HPD Officer Nishita, HPD Officer Sgt. Camara, HPD Officer Edwards and the HPD Office who drove the Escort vehicle for the Prisoner transport vehicle on Oct, 28, 1995 (Officer Espinoza & Sgt. Wright)

DESCRIPTION OF INCIDENT: 2 count Felony violation of Penal Code 182.3, Violation of Penal Code(s) 236 & 118.1, to include 9 pc.

(violated Penal Code(s) 182.2, 236, 118.1, and 136.1)

**PLEASE PROVIDE THE NAMES, ADDRESSES, AND PHONE NUMBERS OF ANY PERSONS WHO MAY HAVE KNOWLEDGE [OF TH]IS INCIDENT:**

NAMES: _____

ADDRESS & PH #: _____

NAMES: _____

ADDRESS & PH #: _____

...S: _____

...SS & PH #: _____

## STATEMENT

(START THE NARRATIVE ON THIS PAGE AND CONTINUE ON THE BACK.)

I was Granted a Civil Stand by on Oct 27, 1995 by HPD Dispatcher Ms Diana Davis (After two Attempts - Being granted once & denied once). I followed her instructions because I had informed her, that I had this 'nut' telling everyone that I was going to kill her - Nonetheless, two units arrived, but 15min Apart - Officer Nishita was first on the scene - He maintained a conversation; he also spoke of his Job with Oakland Housing Authority Police, and I discussed working with Western Security Bureau as a Security Officer.

**How can a personnel complaint be made?**

A complaint may be made by telephone, by mail, in person. The complaint may be made at the police department, or another mutually convenient location. The department is primarily interested in learning of your concerns about police misconduct or a need for improvement in our delivery of services.

**When can a complaint be made?**

A complaint may be made 24 hours a day. During normal business hours the complaint may be submitted to the Internal Affairs Unit at Hayward Police Department by calling 293-7059. After normal business hours, a personnel complaint may be registered with any supervisor or the on-duty Watch Commander, or by calling 293-7051.

**What happens after I file a complaint?**

The complaint is received and documented. The formal complaint will be investigated by a supervisor and reviewed by the Chief of Police and his staff. The Chief or Division Commander will make the final determination on all formal complaints. The complainant will be notified in writing concerning the disposition of the complaint.

---

NOTE: I have now lost approximately $3,000 in weapons, Due to illegal procedures Employed by Hayward Police Officers.

We both worked the Acorn Housing Complex in Oakland — Nonetheless, I told him I needed my Sig Shuer 9mm, Bullet resistance s j, Web Gear, and clothing for Job interview. He said: I have to call for back-up if you are picking up a gun — I said: "I understand." I also told him about two other guns — He ask: "Why not get all 3"? I said: "I only need one for the Job". Nonetheless, Officer Edwards arrived on site, and detained me until Officer Nishita returned in my Apartment with permission (for me to get my items) and a copy of my restraining order - As instructed by Officer Edwards — Officer Edwards, prior to the return of Officer Nishita, had informed me that I was in violation of My Restraining order - And after a very brief discussion with Officer Nishita, I was escorted into my Apartment. Officer Edwards announced over the radio '5151' - then told me I was under arrest for violating my restraining order - Now on Oct 28,95 Another HPD Officer who drove escort vehicle, squeeze my left testicol

GNED BY: _____

EPORT RECEIVED BY: _____

ATE/TIME: _____

:)          SEE Accompaning Criminal Reports

## PERSONNEL COMPLAINTS

All police departments in the State of California are required by law to have a process by which a citizen may make a complaint against police personnel. The information in this pamphlet will assist anyone who has occasion to make a complaint against any Hayward Police personnel. Here are some of the questions we frequently encounter regarding our complaint procedures and processes.

### What is a citizen's complaint?

There are two types of personnel complaints. The first is an informal complaint. This complaint is normally handled by the employee's supervisor for minor transgressions and is brought to the employee's attention by the supervisor.

The second type of complaint is the formal complaint. This is for more serious types of transgressions. The formal complaint is lodged with the employee's supervisor, Watch Commander, or Internal Affairs.

### Who can make a complaint?

A personnel complaint may be made by anyone. However, if the complainant is under the age of 18, we require that the complainant be accompanied by a parent or an adult.

Hayward Police Department;
ATTN: Sgt. K. Gross and
'Chief of Police'
(a) here

(3)

ATE: October 12, 1995        Approximate Time: 15:30 pm hour

Employee involved: HPD Officer(s) Costakis #391 and a unknown Male Officer

On the above Date and time, I, Eugene Terrell, dip call #911, HPD emergency, after Mrs Christina M. San Perdo attempted to Somehow Take my child (Yahnay K. Terrell) away from me. I had refused temporary custody of my child to her mother, because two days before she (Mrs Christina M. SanPedro) to except medication needed by my child. Furthermore, HPD Officer Costakis, #391, did in fact order me to surrender my child to Mrs Christina M. SanPedro, even after I made her aware of my beliefs that Mrs Christina M. SanPedro has psychological problem, and was telling everyone that I was going to kill her. HPD Officer Costakis said I was lying about my concerns regarding my child's state of Health. But, Mrs Christina M. Sanpedro has been sited once for leaving two month old baby (my child) in an unattended vehicle in the parking lot of rice Club, in Hayward; who herself, has told me she has attempted suicide twice. Moreover, it is my belief, that HPD Office Costakis, #391, is the or of the cause for all of my problems concerning this complaint, to include Mrs. Christina M. SunPedro filing a Restraining Order and lying on several Police reports, Depositions, and making false statements to Police force it! Note: I made a (verbal) report to the HPD Chief's secretary about this incident.



# Alameda County Sheriff's Department

LAKESIDE PLAZA, 1401 LAKESIDE DRIVE, 12th FLOOR, OAKLAND, CA 94612-4305

## CHARLES C. PLUMMER, SHERIFF

**MARSHAL - CORONER - PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES**

(510) 272-6921

August 18, 1997

Eugene Terrell
24408 Soto Road #7
Hayward, CA 94544

Dear Mr. Terrell:

This is in response to your letter to Sheriff Plummer dated August 6, 1997. There will be no other response.

You have asked for the names and badge numbers of the deputy sheriffs who had duty during the court trials in what appear to be four different Alameda County superior Court actions. You have not provided the dates of the trials and the departments in which they were held. Basically you have asked the Sheriff's Department to undertake a research project to determine that information.

The Public Records Act provides that a public agency must provide written records concerning public business. It further requires that those records be reasonably identified in the request.

You are not asking for reasonably identified records. You are asking for information to be culled from an unspecified group of records. There is no duty to undertake such a form of research or to provide such information.

The court's records are available for public inspection at the various court houses. The court files in each case are also available to you there. You will be permitted to examine those records in accordance with the internal rules imposed by the courts. Those records should contain some of the information you desire.

Please take notice that there is no record which is guaranteed to show the presence of every deputy sheriff who attended any of these trials. It is perfectly acceptable and frequently happens that the assigned deputy will be replaced by another, for official or for personal reasons, for a short period of time or perhaps a substantial amount of time. This may or may not be shown in the court's records.

Page Two
August 18, 1997

No documents or other information will be provided in response to your letter of August 6, 1997. A copy of your letter will be forwarded to the County's risk management section to determine whether it meets the requirements for a Government Code claim.

Charles C. Plummer
Sheriff

Timothy P. Ostlund, Commander
County Wide Services Division

TPO:gp

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

Page __1__ of __1__

On (date) __11/21/95__

item(s) listed below were:
☑ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) __Eugene Turell__

(Street Address) __24409 Soto Rd #1__

(City) __Hayward, Ca. 94544__

__Cal Drivers # C5915939   DOB: 5/9/51__

Description of item(s): __(8) Various Papers regarding allegations of Civil rights violation.__
__— No Additional Items —__

__— ATTORNEY__
__— GENERAL__
__— OAKLAND__

__N.D. Kratt__
(Signature)

Received from __Eugene Turell__
(Signature)

# RMS

## RISK MANAGEMENT SERVICES

November 11, 1996

Mr. Eugene Terrell
24409 Soto Rd., #7
Hayward, CA   94544

> RE:   Eugene Terrell v. County of Alameda
>         Alameda County Claim No. 96-611

Dear Mr. Terrell:

Our firm is the authorized claims administrator for the County of Alameda.  In this capacity, we are in receipt of your claim.

We are currently investigating this matter and will advise you of our finding as soon as it is available.  In the meantime, do not hesitate to call our office should you have any questions.

Sincerely,

Cecilia A. Quiambao

Cecilia A. Quiambao



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Voice - (415) 437-8310, (800) 368-1019
TDD - (415) 437-8311, (800) 537-7697
(FAX) - (415) 437-8329
http://www.hhs.gov/ocr/

**OFFICE OF THE SECRETARY**

**Office for Civil Rights, Region IX**
**50 United Nations Plaza, Room 322**
**San Francisco, CA 94102**

April 12, 2005

Eugene Terrell
3312 64th Avenue Place
Oakland, California 94605

Our Transaction Number: 05-33164

Dear Mr. Terrell:

Thank you for your complaint received on February 3, 2005, by the Department of Health and
Human Services (HHS), Office for Civil Rights (OCR). You state that your food stamps benefits
were terminated on November 3, 2004. You also state in your correspondence that Alameda
County Social Services Agency (ACSSA) denied you social services, general welfare, and family
maintenance.

OCR is responsible for enforcing a Federal law that protects the privacy of health information
and a variety of Federal civil rights laws that prohibit discrimination. Specifically, OCR has
jurisdiction over programs and entities that receive Federal financial assistance from HHS in
cases involving discrimination based on race, color, national origin, age, disability, and, under
certain circumstances, sex and religion. Additionally, OCR has jurisdiction over health and
human service programs operated by HHS or by state and local public entities in cases involving
disability-based discrimination. OCR also has jurisdiction over health plans, health care
clearinghouses, and certain health care providers with respect to enforcement of the Federal
Standards for Privacy of Individually Identifiable Health Information (the Privacy Rule, 45
C.F.R. Parts 160 and 164, Subparts A and E).

Our office does not have jurisdiction over the food stamp program because they do not receive
financial assistance from HHS. You may wish to contact the Department of Agriculture:

Office of Civil Rights
Food and Consumer Service
Department of Agriculture
550 Kearny, Room 400
San Francisco, CA 94108
(866)632-9992 (Toll Free Number)

In order to determine whether we have legal authority to investigate your complaint against
ACSSA we need more information.

Please provide the following information:

- A description of the social services, general welfare, and family maintenance ACSSA allegedly denied you

- The reason you believe ACSSA took the actions because of your race

- The most recent date of each of the alleged discriminatory action(s)

Also, please read the enclosed "Notice to Complainants and Other Individuals Asked to Supply Information to the Office for Civil Rights," sign the consent and the release forms, and return each signed form to OCR. On each form, please ensure that a box is "checked." These forms authorize OCR to release your name to the recipient and to obtain information about your individual situation. We are unable to investigate your complaint without your signature on both of the consent and release forms. We will close your complaint if these forms are not signed.

You may submit documentation to support your allegations. If any of the issues in this complaint have been resolved, please let us know. In the meantime, you may wish to review the enclosed document, Information About OCR's Complaint Resolution Procedures.

**We would appreciate a response by May 2, 2005, which is approximately 15 days from the date we expect you to receive this letter. If we do not receive a response by that date, we will close this case.**

Sincerely,

Annis Arthur

Annis Arthur
Equal Opportunity Specialist

Enclosures

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:    TELEPHONE NO.:

Christine M. San Pedro
24409 Soto Rd,
Hayward, Ca 94544

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS:    **ALAMEDA COUNTY**
MAILING ADDRESS:    **1225 FALLON STREET**
CITY AND ZIP CODE:    **OAKLAND, CA 94612**
BRANCH NAME:

PERSON TO BE PROTECTED: *Christine M. San Pedro*

PERSON TO BE RESTRAINED: *Eugene Terrell*

FOR COURT USE ONLY

**ENDORSED
FILED
ALAMEDA COUNTY**

**NOV 09 1995**

**CLERK OF THE SUPERIOR COURT
By Malkai Begum**

☐ PETITIONER/PLAINTIFF
☐ RESPONDENT/DEFENDANT
☐ PETITIONER/PLAINTIFF
☐ RESPONDENT/DEFENDANT

**RESTRAINING ORDER AFTER HEARING (CLETS)**
(Domestic Violence Prevention)

CASE NUMBER:
**758699-c**    #42

*This form may be used in conjunction with the Findings and Order After Hearing form (rule 1296.31) if the court makes additional orders.*

1. This proceeding was heard
on *(date)*: NOV 09 1995    at *(time)*: 8:30 am    in Dept.: 3    Room:
by judge *(name)*:    ☐ Temporary Judge

2. a. ☐ Petitioner/plaintiff and respondent/defendant were personally present at the court hearing. No additional proof of service of these restraining orders is required.
   b. ☒ Petitioner/plaintiff was personally present and proof of service of the Order to Show Cause was provided.

**THE COURT FINDS**

3. a. The restrained person is *(name)*: Eugene Terrell

   Sex: ☒ M  ☐ F  Ht.:___  Wt.:___  Hair Color:___  Eye Color:___  Race:_____  Age:___  Date of birth: _____

   b. The protected person is *(name)*: Christine M. San Pedro

   c. The protected family and household members are *(names)*: Yahnay Terrell

**THE COURT ORDERS**

1. THIS ORDER, EXCEPT FOR ANY AWARD OF CHILD CUSTODY OR VISITATION, SHALL EXPIRE AT MIDNIGHT ON
   *(date)*: 11-9-98

4. The restrained person
   a. shall not contact, molest, attack, strike, threaten, sexually assault, batter, telephone, or otherwise disturb the peace of the protected person ☒ and family or household members.
   b. ☒ shall stay at least 100 yards away from the protected persons and
      (1) ☒ protected person's residence
      (2) ☒ protected person's workplace
      (3) ☒ protected person's children's school or child care
      (4) ☒ other *(specify)*: Vehicle

      ☐ except as provided in item 5b (visitation).
   c. ☐ shall immediately move from *(address)*:
      and take only personal clothing and effects.

- *Taking or concealing a child in violation of this order may be a felony and punishable by confinement in state prison, a fine, or both.*
- *Any person subject to a restraining order is prohibited from obtaining or purchasing or attempting to purchase a firearm by Penal Code section 12021. Such conduct may be a felony and punishable by a $1,000 fine and imprisonment.*
- *Other violations of this order may also be felonies punishable by fines or imprisonment, or both.*

(Continued on reverse)

Form Adopted by Rule 1296.29
Judicial Council of California
1296.29 [Rev. January 1, 1994]

**RESTRAINING ORDER AFTER HEARING (CLETS)**
(Domestic Violence Prevention)

Family Code, § 6200 et seq.

| PERSON TO BE PROTECTED *(Name)*: San Pedro | CASE NUMBER: |
|---|---|
| PERSON TO BE RESTRAINED *(Name)*: Terrell | 758699-0 |

5. a. ☒ Custody of the minor children

|  | Child's name | Physical custody is awarded to *(specify name of parent or "joint")* | Legal custody is awarded to *(specify name of parent or "joint")* |
|---|---|---|---|
| (1) | Johnny Terrell | Christine San Pedro | Christine San Ped |
| (2) |  |  |  |
| (3) |  |  |  |
| (4) |  |  |  |
| (5) |  |  |  |
| (6) |  |  |  |

b. Parent without physical custody *(name)*: Eugene Terrell

(1) ☒ shall not have visitation

(2) ☑ shall have visitation as follows *(specify times and conditions, if any)*:

6. ☐ Fees for service of this order by law enforcement agencies are waived.

7. ☐ By the close of judicial business on the date of this order, a copy of this order shall be delivered by the protected person to the law enforcement agency having jurisdiction over the residence of the protected person, who shall provide information to assist in identifying the restrained person. Proof of service of this order on the restrained person shall also be provided to the law enforcement agency unless the order shows the restrained person was present in court. The law enforcement agency having jurisdiction over the plaintiff's residence is *(name and address of agency)*:

Oakland Police

8. ☐ A copy of this order shall be given to the additional law enforcement agencies listed below as follows:

(1) ☒ Person to be protected shall deliver.    (2) ☐ Person to be protected's attorney shall deliver.

(3) ☐ The clerk of the court shall mail.

| Law enforcement agency | Address |
|---|---|
| Hayward Police Dept |  |

9. Other orders *(specify)*:

Date: _____    ▶ GK MW

JUDGE OF THE SUPERIOR COURT

---

*This order is effective when made. It is enforceable anywhere in California by any law enforcement agency that has received the order, is shown a copy of it, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS).*

*If proof of service on the restrained person has not been received, and the restrained person was not present at the court hearing, the law enforcement agency shall advise the restrained person of the terms of the order and then shall enforce it.*

---

[SEAL]

### CLERK'S CERTIFICATE

I certify that the foregoing Restraining Order After Hearing (CLETS) is a true and correct copy of the original on file in the court.

Date: _____    Clerk, _____, Deputy

San Pedro vs. Temeli #753699-0

Court orders all weapons possessed or
owned by the Defendant to be turned
over to the Police Dept. The weapons
which have already been confiscated
by the Police to be retained in police
possession until further Court order, Defendant
shall not return to 24409 Soto Rd. Apt 1
in Hayward until further order. Defendant
not to purchase, borrow or possess any
weapon until court allows. Defendant to
turn over the keep to the Apt and
to the Room where alleged weapons
have been locked, to the Hayward Police
or Alameda sheriff's Dept, so that police
can confiscate the weapons. Court orders matter
cont'd to 12/8/95 @ 8:30 am in Dept 3

NOV 0 9 1995
Date

DAWN B. GIRARD
Judge of the Superior Ct.

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:

Christine M. San Pedro
24409 Soto Rd.
Hayward, Ca 94544

TELEPHONE NO.:

ATTORNEY FOR *(Name)*:

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

NOV 09 1995

CLERK OF THE SUPERIOR COURT
By Holikal Begum

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS:
MAILING ADDRESS: **ALAMEDA COUNTY**
1225 FALLON STREET
CITY AND ZIP CODE: **OAKLAND, CA 94612**
BRANCH NAME:

PERSON TO BE PROTECTED: Christine M. San Pedro

PERSON TO BE RESTRAINED: Eugene Tarrell

☐ PETITIONER/PLAINTIFF
☐ RESPONDENT/DEFENDANT
☐ PETITIONER/PLAINTIFF
☐ RESPONDENT/DEFENDANT

| **RESTRAINING ORDER AFTER HEARING (CLETS)** (Domestic Violence Prevention) | CASE NUMBER: 758699-0   #42 |
|---|---|

*This form may be used in conjunction with the Findings and Order After Hearing form (rule 1296.31) if the court makes additional orders.*

1. This proceeding was heard
   on *(date)*: NOV 0 9 1995     at *(time)*: 8:30 am  in Dept.: 3 ____ Room: ____
   by judge *(name)*: _____  ☐ Temporary Judge

2. a. ☐ Petitioner/plaintiff and respondent/defendant were personally present at the court hearing. No additional proof of service
      of these restraining orders is required.
   b. ☒ Petitioner/plaintiff was personally present and proof of service of the Order to Show Cause was provided.

**THE COURT FINDS**

3. a. The restrained person is *(name)*: Eugene Tarrell

   | Sex: ☒ M ☐ F  Ht.:____ Wt.:____ Hair Color:____ Eye Color:____ Race:____ Age:____ Date of birth: _____ |
   |---|

   b. The protected person is *(name)*: Christine M. San Pedro

   c. The protected family and household members are *(names)*: Yahnay Terrell
   Kristine Mendoza
   Christopher Mendoza

**THE COURT ORDERS**

| THIS ORDER, EXCEPT FOR ANY AWARD OF CHILD CUSTODY OR VISITATION, SHALL EXPIRE AT MIDNIGHT ON *(date)*: 11-9-98 |
|---|

4. The restrained person
   a. shall not contact, molest, attack, strike, threaten, sexually assault, batter, telephone, or otherwise disturb the peace of the protected
      person ☒ and family or household members.
   b. ☒ shall stay at least 100 yards away from the protected persons and
      (1) ☒ protected person's residence
      (2) ☒ protected person's workplace
      (3) ☒ protected person's children's school or child care
      (4) ☒ other *(specify)*: Vehicle
      ☐ except as provided in item 5b (visitation).
   c. ☐ shall immediately move from *(address)*:
      and take only personal clothing and effects.

- *Taking or concealing a child in violation of this order may be a felony and punishable by confinement in state prison, a fine, or both.*
- *Any person subject to a restraining order is prohibited from obtaining or purchasing or attempting to purchase a firearm by Penal Code section 12021. Such conduct may be a felony and punishable by a $1,000 fine and imprisonment.*
- *Other violations of this order may also be felonies punishable by fines or imprisonment, or both.*

(Continued on reverse)

| Form Adopted by Rule 1296.29 Judicial Council of California 1296.29 (Rev. January 1, 1994) | **RESTRAINING ORDER AFTER HEARING (CLETS)** (Domestic Violence Prevention) | Family Code, § 62: |
|---|---|---|

San Pedro vs. Terrell  # 758699-0

Court orders all weapons possessed or
owned by the Defendant to be turned
over to the Police Dept. The weapons
which have already been confiscated
by the Police to be retained in police
possession until further Court order, Defendant
shall not return to 24409 Soto Rd. Apt 1
in Hayward until further order. Defendant
not to purchase, borrow or possess any
weapon until court alters. Defendant to
turn over the keep to the Apt. and
to the Room where alleged weapons
have been locked, to the Hayward Police
or Alameda Sheriff's Dept, so that police
can confiscate the weapons. Court orders matter
cont'd to 12/8/95  @ 8:30 am  in Dept 3

NOV 0 9 1995
Date

DAWN B. GIRARD
Judge of the Superior ct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# Section B

## Exhibits

Internet Draft                                          E. Terrell
Category: Proposed Standard                    ETT-R&D Publications
Expires October 28th, 2006                          April 2006

The Mathematics of Quantification, and the Rudiments Of
the Ternary Logical States of the Binary Systems

'draft-terrell-math-quant-ternary-logic-of-binary-sys-12'

## Status of this Memo

Internet-Drafts are working documents of the Internet Engineering Task Force (IETF), its areas, and its working groups. Note that other groups may also distribute working documents as Internet-Drafts.

Internet-Drafts are draft documents valid for a maximum of six months and may be updated, replaced, or obsoleted by other documents at any time. It is inappropriate to use Internet-Drafts as reference material or to cite them other than as "work in progress."

"This document may not be modified, and derivative works of it may not be created, except to publish it as an RFC and to translate it into languages other than English."

The list of current Internet-Drafts can be accessed at
http://www.ietf.org/ietf/1id-abstracts.txt.
The list of Internet-Draft Shadow Directories can be accessed at
http://www.ietf.org/shadow.html.

## Intellectual Property Rights (IPR) Statement

By submitting this Internet-Draft, each author represents that any applicable patent or other IPR claims of which he or she is aware have been or will be disclosed and any of which he or she becomes aware will be disclosed, in accordance with Section 6 of BCP 79.

## Requirements Terminology

The keywords Must, Must Not, Required, Shall, Shall Not, Should, Should Not, Recommended, May, and Optional, when they appear in this document, are to be interpreted as described in [RFC-2119].

## Conventions

Please note, the mathematical operators that cannot be represented in the 'txt' file format, which represent; the '^' Carrot sign for 'NESTED' Super-Script, and the 'v' sign is used for a 'NESTED' Sub-Script.

This Internet-Draft will expire on October 28th, 2006.

E Terrell                        Internet-Draft                        1

The Ternary Logical States of the Binary System              October 28, 2006

## Abstract

This paper, opening with the historical that documents the source of the Binary Enumeration Error, utilizes the proof of 'Fermat's Last Theorem' (Normative References - [1], [2] and [3]), the Mathematics of Quantification, and the Logic of Set Theory, to prove that the Binary System represents a 'Closed and Finite' Alternate Mathematical Field. That is, using the Elementary Laws of Algebra, with the Basic Principles from Analytic Geometry, provides the final clarification simplifying the proof for the correction of the Counting Errors and the Logical Foundation for the New Binary System. And more importantly, this also establishes the basic foundational principles for 3 State Ternary Logic. In other words, using an askew, or mathematically incorrect Binary System, defined as the misinterpretation of ZERO, sustains the Counting Error (an Accumulating Propagation) levying a substantial loss of IP Addresses in the IPv4 IP Specification, affecting as well the Address Pool Total for the IPv6 Specification. Hence, from the foregoing foundation an unquestionable proof concludes; the Elementary Mathematical 'Resolution of the Counting Error in the Binary System' & the 'Fall of Differential Calculus' - [4. IANA Considerations].

# Table of Contents

**Abstract**

**Introduction**

**1.    The Beginnings of Binary Enumeration**

   **1.1  Gottfried Wilhelm von Leibniz's Binary System**

   **1.2  George Boole's Mathematical Logic**

   **1.3  The Arithmetical Error and the flaw in Binary Enumeration**

**2.    The Unary and The Binary Mathematical Systems**

   **2.1  Two Distributive Laws & The Binary System Proves Fermat's Last Theorem**

   **2.2  The Mathematics of Quantification and Binary Arithmetic System**

   **2.3  The Binary and Ternary Systems and George Boole's Mathematical Logic**

**3.  Security**

**4.  IANA Considerations  - 'Resolution of the Counting Error in the Binary System'**

**5.  Reference**

E Terrell                              Internet-Draft                              3

The Ternary Logical States of the Binary System                    October 28, 2006

## Introduction

The investigation of the origin of the Binary System revealed that Leibniz, its principle author, is responsible for the askew error, because he never understood or actually developed a Binary System of counting. And this is clearly shown to be the handicap that not only resulted in the Loss of available IP Addresses in the IPv4 Specification, but it contributed to the difficulties preventing the development of the Binary and Ternary Relations defined by Boolean Algebra. That is, by clearly showing that this is a Closed Finite Mathematical System, which defines an incremental progression using ' 1's '. This greatly simplified the Boolean Mathematical Relationships for the 'Theory of Three State Logic', and corrected the error in Binary Enumeration, which generated the loss of IP Addresses in the IPv4 Specification. In other words, the proof of "Fermat's Last Theorem" defines a special case of the Distributive Law, which is defined in the mathematical logic of Set Theory as the Intersection of the two Universal Sets that represents the Binary and the Unary Systems. And this conclusively proves that there are only Two logical Systems of Counting, which are mathematically viable.

## 1.    The Beginnings of Binary Enumeration

**The History of the Binary System has its recorded beginnings starting about the 5th century BC. But, there is a problem with this recorded date, because the historians have not defined, or established an agreement regarding what they mean jointly, or independently, when they are referencing the development of the Binary System. In other words, for many people, specifically mathematicians, when they speak or make reference to the Binary System, they are talking about mathematics. The Binary System, as a Mathematical System actually did not come into fruition until the 1600. That is, from the 5th Century to the 1600, what is thought to be a Binary System for Mathematical Enumeration, was in fact, either a system of Drum Beats for communications, a system of Open and Closed Bars used for counting, or a system for distinguishing musical notes in musical compositions. In any case, each of these so-called Binary Systems shared the same flaw; they skew the counting by the misrepresentation of the Binary equivalent of '1'.**

## 1.1    Gottfried Wilhelm von Leibniz's Binary System

The general consensus regarding Leibniz would contend that he made significant contributions to the foundations of Mathematics, Philosophy, and the beginnings of Set Theory. However, because he was indeed, a man of the times; A broad range of subjects occupied Leibniz. Nonetheless, while he did make significant contributions to humanity, an investigation of some of his most noted contributions would show that he did not completely finish the work for closure of the proposed subject(s). That is, I am of the opinion that, for most of his life, Leibniz was looking for the pieces of his puzzle, the clues or solution to clarify the concerns involving his ongoing research in the areas of Philosophy, Logic, and Metaphysics (The Laws and Logic of Critical Thinking). Needless to say, my opinion is evinced more clearly by the study of the works from one of his contemporaries, Pierre de Fermat, and the man most profoundly influenced by his research in Metaphysics, George Boole.

Nevertheless, while Leibniz correctly translated the symbolisms for enumeration, as presented in the book of I Ching, into a Binary System of counting, which was similar to the Unary System. However, the reality of this accomplishment is that, his only achievement was the 'Ø' and the '1' solution to his problem concerning his Metaphysical Research, which pertained to the Logical Analysis for the presentation of 'The Laws and Logic of Critical Thinking'. In which case, had he either knew, or fully understood that Numerology, or Number Theory in general, involved the Logical Analysis of the Elementary Laws of Mathematics. He probably would have correctly completed his Numbering System, and 'Fermat's Last Theorem' would not have become one of the greatest, from a historical perspective, Mathematical Enigmas of all times. In any case, since 'Fermat's Last Theorem' was not solved until November 1979, there was no logical connection ever established between the works of Fermat and Leibniz. Hence, in the absence of a logical reason for a comparable analysis, there was no reason to question the validity of Leibniz's numerical translation. In other words, the Modern Binary System, as depicted in figure 1, is the direct consequence from the work of Leibniz and it remains logically incorrect. This is because, the discovery of the solution to the problem that qualified as the logical reason for the comparable analysis questioning his results, from the mathematical perspective, it violates the laws from elementary mathematics, the Field Postulates, the Axioms for Equality, and the logical foundation of Set Theory.

| Modern Binary System | Primitive Unary System |
|---|---|
| 00 | 0 |
| 01 | 1 |
| 10 | 11 |
| 11 | 111 |
| 100 | 1111 |
| 101 | 11111 |
| 110 | 111111 |
| 111 | 1111111 |
| 1000 | 11111111 |
| 1001 | 111111111 |
| 1010 | 1111111111 |
| 1011 | 11111111111 |
| 1100 | 111111111111 |
| 1101 | 1111111111111 |
| 1110 | 11111111111111 |
| 1111 | 111111111111111 |
| 10000 | 1111111111111111 |

Figure 1

E Terrell                    Internet-Draft                    7

The Ternary Logical States of the Binary System        October 28, 2006

## 1.2     George Boole's Mathematical Logic

The influence of Leibniz upon George Boole is unquestionable, however, Boole's greatest contribution to mathematics overshadows considerably, his retake on objectives of Leibniz's life's work. In other words, Boole's work; "An investigation of the Laws of Thought on Which are founded the Mathematical Theories of Logic and Probability", is a mathematical and logical marvel that clearly renders a rational demystification of the Metaphysical rhetoric encompassing the logic of the 'Ø' and the '1' foundation, which was the hallmark of Leibniz pursuit to resolve 'The Laws and the Logic Foundation of Critical Thinking'. Still, George Boole was unaware of the contributions he made to Mathematics and the Mathematical Sciences, because it was imbedded in his most famous work; "An investigation of the Laws of Thought on which are founded the Mathematical Theories of Logic and Probability". Furthermore, while using the principle foundation of the '0'and the '1'concepts created by Leibniz, Boole correctly established an Algebraic and Logical Foundation that was later to have applications throughout the fields Computer Science and Electronics. However, the result from Boole's work was wrongly interpreted as the 'Logic of the Binary System', when in fact, it is actually 'The Logic of the Unary System', because only One State Works, or because only One Stated Condition can be True, as shown in Figure below: The Truth Relation of Two State Logic.

### The Truth Relation of Two State Logic

Boolean Algebra; The Algebraic Laws and Logical Laws
of Two State Logic

| AND Operations (·) | Associative Law | Associate Law |
|---|---|---|
| $0·0 = 0$   $A·0 = 0$ | $(A·B)·C = A·(B·C) = A·B·C$ | (a) $(A + B) + C = A + (B + C)$ |
| $1·0 = 0$   $A·1 = A$ | $(A·B)+C = A+(B·C) = A+B+C$ | (b) $(A\,B)\,C = A\,(B\,C)$ |
| $0·1 = 0$   $A·A = A$ | | |
| $1·1 = 1$   $A·A' = 0$ | **Commutative Law** | **Commutative Law** |
| | $A·B = B·A$ | (a) $A + B = B + A$ |
| **OR Operations (+)** | $A+B = B+A$ | (b) $A\,B = B\,A$ |
| $0+0 = 0$   $A+0 = A$ | **Distributive Law** | **Distributive Law** |
| $1+0 = 1$   $A+1 = 1$ | $A·(B+C) = (A·B) + (A·C)$ | (a) $A\,(B + C) = A\,B + A\,C$ |
| $0+1 = 1$   $A+A = A$ | $A+(B·C) = (A+B)·(A+C)$ | (b) $A + (B\,C) = (A + B)\,(A + C)$ |
| $1+1 = 1$   $A+A' = 1$ | **Precedence** | **Identity Law** |
| | $AB = A·B$ | (a) $A + A = A$ |
| **NOT Operations (')** | $A·B+C = (A·B) + C$ | (b) $A\,A = A$ |
| $0' = 1$   $A'' = A$ | $A+B·C = A + (B·C)$ | **DeMorgan's Theorem** |
| $1' = 0$ | | $(A·B)' = A' + B'$   (NAND) |
| | | $(A+B)' = A' · B'$   (NOR) |

Figure 2

Nevertheless, given that an argument can be made claiming the existence of Two
States, '0' and '1'. However, not until it is realized that Boole's ascribes to a
literal usage, using their actual numeral values, it will then become understood
that a Unary System is a Two State System, because it is a System of Counting
uses '1s' to represent something and a '0' to represent nothing: 'Hence, A Two
State System'. So, the question of ponder that one might ask is: 'If the number of
States in the Logic of the Modern Binary System equals that of the Unary System.
How many States defined by Boolean Relationships does the True Binary System
have ...??... Figure 3.



**Figure 3**

### 1.3    The Arithmetical Error and the flaw in Binary Enumeration

While it should be quite clear that a fundamental knowledge of Archaeology, Anthropology, and perhaps a knowledge of the early Languages, should be the perquisite required for the study of any ancient Civilization. Still, there should never be any doubts, because if there was a Civilization whose first system of counting was a True Binary System this would probably be the most advanced Civilization in the Universe. In other words, because of the inherent complexities involved in the meaning and the interpretation of the concept of Zero, the development of a True Binary System by any Ancient or Primitive Civilization borders on the Highly Unlikely, or the Impossible. In which case, prior to Leibniz's discovery of the Two State Logical System for his Metaphysical Analysis of Critical Thinking, I cannot accept as being possible, that any Civilization before this time could have created or fully understood the Mathematical nuances of the Binary System. The case in point, the mathematical error discovered in 1999, which clearly defined a mathematical discrepancy between two different Binary Mathematical Systems. However, it is also quite obvious that know one since Leibniz, could either rationalize this difference, or understood why a difference occurred. And while the most notable self-righteous and unspoken claims, under the guise of Religion, Politics, Racial, or Economic deprivation / discrimination, for every Civilization since mankind's beginnings, has been the horrifyingly torturous control and exploits of its people. Yet, even with the persistence of these living conditions today, it is still difficult not wonder, how, or why it is possible for a blunder having such simple a solution, could have lasted for so long. ...???...

E Terrell                          Internet-Draft                          10

The Ternary Logical States of the Binary System                October 28, 2006

In other words, the pointed reality of this discrepancy asks the question: 'Is it possible for a 1 to 2 ratio in a one-to-correspondence between two Sets, the Set X and the Set of Integers, I, to yield a distribution in which each member of the Set X was equal to two different members contained in the Set I?' {Where, $A \neq B$, but, $X = A$, and $X = B$ ... No!} That is, it is not possible for any one-to-one pairing between the members of two Sets, the Set X, and the Set I, for any member contained in any one of the two Sets to have more than one pairing with the members of the other Set. And this is because; such a pairing establishes a count that can be translated into equality, when both Sets, given in Table I, are said to represent the same (Identical) method for enumeration.

| TABLE I | | |
|---|---|---|
| **1** | **2** | **3** |
| Modern Binary System | Modern Positive Integers | Primitive Unary System |
| 00 | 0 | 0 |
| 01 | 1 | 1 |
| 10 | 2 | 11 |
| 11 | 3 | 111 |
| 100 | 4 | 1111 |
| 101 | 5 | 11111 |
| 110 | 6 | 111111 |
| 111 | 7 | 1111111 |
| 1000 | 8 | 11111111 |
| 1001 | 9 | 111111111 |
| 1010 | 10 | 1111111111 |
| 1011 | 11 | 11111111111 |
| 1100 | 12 | 111111111111 |
| 1101 | 13 | 1111111111111 |
| 1110 | 14 | 11111111111111 |
| 1111 | 15 | 111111111111111 |
| 10000 | 16 | 1111111111111111 |

In any case, to say the very least, it should be quite clear from the examination of Table I, that if a given Binary Number, say, '11111111', has two Integral Values, '255' and '256', there is an undeniable problem with the Binary System when it is used as a System of Counting. Still, anyone, and with good reason, could quite easily present the excuse; "It is a Typo-Graphical Error!", as a viable opposing argument. However, such an argument would easily fail, because there is absolutely No proof, if {a, b} = {0, 1}, which would now account for the existence of the 4 conditions that must clearly represent a number; Substitution Law for Equality now yields,{a, a}, {a, b}, {b, a}, and {b, b} given in Table II. Especially since, it is evident in this scenario that Zero cannot be equal to either '0', or the Null Set, (Out of Sight, Out of the Conscience thought ... Does not exist!) because 'a' , in the real sense of reality, references something tangible. Furthermore, when comparing the three columns from Table I, it is also evident that there is a common coefficient between different numerical representations, which are equal to the same number. But, this assessments is only valid between the members of columns 2 and 3 in Table I, and conditionally valid between the members of columns 1, 2, and 3, in Table II.

**Note:** The unfortunate reality of Table II, is that, the New Binary System impacts Gregor Mendel's work in Genetics. In other words, from an 'A a' and 'B b' paring, {A, a, B, b}, Mendel's results referenced only 6 of the possible 16* combinations; {A, A}, {B, B}, {A, B}, {B, b} {A, a}, and {a, b}. However, while I have not wrote the New Foundation representing Finite Chemistry, the reality of the mathematical results from the Mathematics of Quantification now questions the validity of Mendel's claims. In any case, it has been proven, using the current foundation, that the order of the addition of Chemicals is a vital consideration for the determination of the Chemistry of the resulting Chemical Compound (10 combinations are missing*). Still, what's alarming? Well. ...considering the '█' and '█' Chromosomes that represent this relationship. This also suggest the possibility of an error in the Chromosome Count defining the Base Pairs; A = adenosine, C = cytosine, G = guanine, and T = thymine, given that they current identify 23 + 23 = 46 Chromosomes. That is, from the Mathematics of Quantification this defines, $2^5 + 2^5 = 2^6 = 64 = 8^2$ Chromosomes, four pairs of 8 Bit Bases Pairs, or 32 + 32 = 64, that yields about $2^{32} = 4,294,967,296$ Bases, which translates into two $8^{10}$ pairs of 8 Bit Bases Pairs per Cell of human DNA. (et 2004)

| TABLE II | | |
|---|---|---|
| **1** | **2** | **3** |
| Another Binary System Representation | Modern Positive Integers | Primitive Unary System |
| 0 | 0 | 0 |
| aa | 1 | 1 |
| ab | 2 | 11 |
| ba | 3 | 111 |
| bb | 4 | 1111 |
| baa | 5 | 11111 |
| bab | 6 | 111111 |
| bba | 7 | 1111111 |
| bbb | 8 | 11111111 |
| baaa | 9 | 111111111 |
| baab | 10 | 1111111111 |
| baba | 11 | 11111111111 |
| babb | 12 | 111111111111 |
| bbaa | 13 | 1111111111111 |
| bbab | 14 | 11111111111111 |
| bbba | 15 | 111111111111111 |
| bbbb | 16 | 1111111111111111 |

Nevertheless, while studying the analysis from Tables III and IV, recall the former proofs, because it was clearly shown that if '00 = aa = 1', and '01 = ab = 02', and the Exponent 'F = either a Rational or Irrational Number, then the Binary Translation could only equal the Binary Representation for the Number. This meant, the exponent 'F' was not a whole Number. However, when the result from the sequential variable of the exponent having a of base '2' equaled the value of a whole number, and the exponent was also a whole number, then given that 'Multiplication is the Quantified Sum of Addition', the value of the exponent equaled the sum of the Binary 1's and the Product of the Binary 1's equaled the Binary Number and the Unary Number. That is,

E Terrell                          Internet-Draft                          13

The Ternary Logical States of the Binary System                    October 28, 2006

because '$2 \times 2 \times 2 \times 2 \times 2 \times 2 \times 2 = 128 = 1111111 = 2^7$

and '$2 \times 2 \times 2 \times 2 \times 2 \times 2 \times 2 \times 2 = 256 = 11111111 = 2^8$,

there is clearly a relationship between the columns in Table IV, and since $(2 + 2) = (2 \times 2)$, it shall be proven in Part II not only that the established proof for the New Binary System remains correct. But, that its validity is derived from the proof of 'Fermat's Last Theorem' and the discovery of the 'Distributive Law for Exponential Functions'. Nevertheless, this proves that the differences between Tables III and IV clearly do not represent a Contradiction, the necessary requirement as stated by "Chief Executive Administrator for The Electronic Library of Mathematics", Aleksandar Perovic, when he said: "Mathematicians do not accept claims at truth of any possible, non-self-contradictory (= consistent) mathematical system". Needless to say, while this difference is not a Contradiction, it is indeed a troubling Inconsistency which at the very least, warrants an investigation.

**TABLE III**
"The Modern Interpretation of the Binary System of
Enumeration" Counting, using only "1's" and "0's"
Depicting the Results from its current Presentation

| Exponential Enumeration | Binary Representation | Positive Integer |
|---|---|---|
| 1. $0^0 = 0$ | $00000000 = 0$ | 0 |
| 2. $2^0 = 1$ | $00000001 = 01$ | 1 |
| 3. $2^1 = 2$ | $00000010 = 10$ | 2 |
| 4. $2^F = 3$ | $00000011 = 11$ | 3 |
| 5. $2^2 = 4$ | $00000100 = 100$ | 4 |
| 6. $2^F = 5$ | $00000101 = 101$ | 5 |
| 7. $2^F = 6$ | $00000110 = 110$ | 6 |
| 8. $2^F = 7$ | $00000111 = 111$ | 7 |
| 9. $2^3 = 8$ | $00001000 = 1000$ | 8 |
| . | | |
| . | | |
| . | | |
| 129. $2^7 = 128$ | $10000000 = 10000000$ | 128 |
| . | | |
| . | | |
| . | | |
| 257. $2^8 = 256$ | $100000000 = 100000000$ | 256 |

**TABLE IV**
**"The Reality of the New Binary System of Enumeration"**
**And the Series Generated when Counting, using the**
**"1's" and "0's", and from the Axioms for Equality, "a's" and "b's"**

| Exponential Enumeration | Binary Representation | Positive Integer |
|---|---|---|
| 1. $0^0 = 0$ | 0 | 0 |
| 2. $2^0 = 1$ | $00 = aa$ | 1 |
| 3. $2^1 = 2$ | $01 = ab$ | 2 |
| 4. $2^F = 3$ | $10 = ba$ | 3 |
| 5. $2^2 = 4$ | $11 = bb$ | 4 |
| 6. $2^F = 5$ | $100 = baa$ | 5 |
| 7. $2^F = 6$ | $101 = bab$ | 6 |
| 8. $2^F = 7$ | $110 = bba$ | 7 |
| 9. $2^3 = 8$ | $111 = bbb$ | 8 |
| . | | |
| . | | |
| . | | |
| 129. $2^7 = 128$ | $01111111 = bbbbbbb$ | 128 |
| . | | |
| . | | |
| . | | |
| 257. $2^8 = 256$ | $11111111 = bbbbbbbb$ | 256 |

E Terrell                    Internet-Draft                    16

The Ternary Logical States of the Binary System            October 28, 2006

## 2.   The Unary and The Binary Mathematical Systems

Throughout mankind's beginnings, there have been several different Systems of Counting, several different methods for performing elementary arithmetic, and an equal number symbols for those that were written, as well as the variety of sounds for those that were only spoken. However, only one numbering system, which is nearly complete, survived the trials of mankind's journey towards civilization; 'The Unary System'. And while the Laws from the Axioms for Equality, the Field Postulates, and Logic of Set Theory, which are an essential part of Unary System, was not developed until long after its discovery, sometime during the early and mid 1800's. Still, it is doubtful that anyone before 1979, tested the validity of the Unary System. Needless to say, it should be quite clear now, that every System of Enumeration must comply with the Laws from the Axioms for Equality, the Field Postulates, and Logic of Set Theory before it can ever be accepted as a valid System of Counting, which conforms to the elementary laws of arithmetic. In other words, the additional requirement, which any civilization must meet to claim the creation or the development of a True Binary System, is one that requires a prior the knowledge of the Unary System. If not, how could anyone justify the use of two objects to account for only one material possession... Hence, to use a Stick to represent the summation of an arithmetic progression incremented by the addition of 1, is far simpler than the use, or discovery of the 'Stick and a Rock', which would be used to represent the same incremented addition. Clearly, if this were not the case, then the Binary System would not have, after its initial claim of discovery, to wait 2500 years to become a True Binary System.

## 2.1  "Two Distributive Laws & The Binary System Proves Fermat's Last Theorem"

It is extremely amazing that it required more than 300 years after 'Pierre de Fermat' composed, before his death in 1665, a riddle involving an elementary algebraic equation, which eluded everyone, including the greatest mathematicians, until 1979, when a solution was found that solved the riddle. A joke? Perhaps. But, Fermat was the first to claim while writing this riddle, that he knew the simple solution. And clearly, if this were true, which I believe that it is, then perhaps, "Fermat's Last Theorem" should rightfully be called; the greatest joke of all times. However, while I accept Fermat's claim, I do not believe that he actually knew, or fully understood, the profound implications of his discovery.

Especially since, it may be concluded, as presented below, there are only 3 logically viable 'Interconnected Complimentary Solutions' that would solve the riddle regarding why;

"There are No solutions in Whole Numbers to the Equation,

$$X^N + Y^N = Z^N, \text{ when } N > 2".$$

1. There is no Common Coefficient between the Variables representing the Sum of Two Exponents, the Exponent equaling their Result, and their respective Roots, when 'N > 2', and 'N' defines the Exponent of the base variables. (Equal Number of Parts Contained in the Whole.)

2. Fermat's Solution defines how he interpreted the problem, which is based upon the current mathematical knowledge known during his time, Pythagoras Theorem, and the Analytical Geometric solution(s) explaining the Difference regarding (the Geometric Shapes of Objects) 'Why'; when 'N = 2'; 'The Sum of the Area of two Perfect Squares Equals the Area of another Perfect Square'.

- Or -

"The Sum of the Area(s) of TWO Squares having equal Integer Sides Equals the Area of another Square having equal Sides that are Integers."

And, when 'N = N', 'The Sum of the Areas of two Perfect Nth Powers is not Equal to the 'ROOT' defining the Area of a Perfect Nth Power'. Nevertheless, this assumption builds an explanation that explains this difference, which it is believed to be the foundation for the proof that Fermat claimed would not fit in the margin of his paper, but would explain why, when 'N > 2', his theorem is true.

3. In Exponential Operations, there is No equal Distribution of Multiplication over Addition when 'N > 2', and 'N' defines the value of the Exponent. (The Discovery of the Distributive Law for Exponential Functions, and the Foundation for the Finite Mathematical Field: "The Rudiments of Finite Algebra; The Results of Quantification".)

Nevertheless, deliberation of the proof that it is assumed Fermat knew, would be something like this, when 'N = 2':

**An Interpretation of the proof Fermat probably knew:**

""If the Length of the Side of a Perfect Square inscribing another Perfect Square is equal to 'X + Y', then the Sum of the Areas of Two Perfect Squares is equal to the Area of the Perfect Square inscribing another Perfect Square, and since the Area of a Square is given by;

    1.   'L × W = Area'

the Area of the Inscribing Perfect Square, from the Mathematics of Quantification is given as;

    2.  $(X + Y) \times (X + Y) = (X + Y)^2 = X^2 + 2XY + Y^2$



**Figure 4**



And if the Length of the Side of the inscribed Perfect Square is equal to 'Z', and the Area of this Perfect Square is given by equation 1, then from Pythagoras Theorem, 'Z' is the Root of the equation given by;

3.  $X^2 + Y^2 = Z^2 = L \times W = Z \times Z$

Hence, the 'X, Y, and Z' variables, by Pythagoras Theorem now equals the Sides of the 4 Right Triangles forming, or Creating the Boarders of the Inscribing Perfect Square and the Perfect Square it inscribes. That is, if the Length of the Two Sides joining the 90 degree angle of the Right Triangle equals 1/4 the Length of the Perimeter of the Inscribing Perfect Square, then the Sum of the X and Y variables defining the Two Sides of the Right Triangle equals the Length of the Side of the Inscribing Perfect Square. And given by equation 4, we have;

4.  $X + Y = Y + X$, which means:

If the Sum of the Length of the Two Sides, 'X + Y', of a Right Triangle forming the Right Angled boarder of any Perfect Square having Four Equal Sides, is equal to 1/2 the Length of its Perimeter, then the Sum of the Length of the Two Equal Sides, which are Integers, of any Right Triangle, is equal to 1/2 the Length of the Perimeter defining a Perfect Square having Four Equal Sides that are Integers.    (The Commutative Law for Addition; "X + Y = Y + X".)

'And clearly, I can now conclude, Fermat, being the co-discoverer of Analytic Geometry, only knew of some of the methods of Euclidian Geometry, and most, if not all of the Algebraic methods known during his time. Furthermore, the foregoing is evinced more clearly when it is realized that Fermat never associated the Two Digit System of Plotting a One Number Point with Binary Enumeration, yet, he clearly understood the association between algebraic system for enumeration and the definition of the point presented by Euclid. In other words, while he clearly understood the algebra and the geometry defining the shapes of the objects involved in his proof, he never grasps the connection between algebra and geometry established by Analytic Geometry.'

E Terrell                              Internet-Draft                              20

The Ternary Logical States of the Binary System                    October 28, 2006

Furthermore, if the Sum of the Length of the Two Sides, 'X + Y' of any Right Triangle forming the boarder of any Perfect Square equals the Length of 2 of Sides of a Perfect Square defining the Closed shape of a Rectangular figure having Perpendicular Sides, then the boarders of the Perfect Square is defined by Four Equal Right Triangles. Hence, from Pythagoras Theorem, if of the Two Sides of the Right Triangles forming the boarders of the Perfect Square join to form the 90 degree Right Angles connecting the 4 Sides of the Perfect Square, then the Two Sides of the Right Triangles must respectively Equal the Adjacent Side and the Side Opposite the Hypotenuse. Therefore, since the Right Triangles join the Sides of the Perfect Square, the connection of the Side forming the Hypotenuse of the Right Triangles must also meet, and be joined at 90-degree angles. And if the Four Right Triangles are equal, then the Length of Hypotenuse equals the Length of One Side of an Inscribed Perfect Square.

In other words, this means that: The Sum of the Areas of Two Perfect Squares equal the Area of the Perfect Square Inscribing another Perfect Square, if and only if, The Sum of the Areas of the Four equal Right Triangles forming the boarders of the Inscribing Perfect Square and the Area of the Perfect Square it Inscribes, equals the Area of the Perfect Square Inscribing another Perfect Square. And from equation 5, the Area of a Triangle is given by;

5.   $1/2(b \times h)$

And given that only the Adjacent Side and the Opposite Side of the Right Triangles can, respectively equal the Base, b, and the Height, h, then there are 4 Right Triangles having equal sides, X and Y, by equation 5, and the Area of the 4 Right Triangles is given by;

6.   $4((1/2(X \times Y) = 4/2(XY) = 2XY$

E Terrell                        Internet-Draft                        21

The Ternary Logical States of the Binary System                October 28, 2006

And from these results, he would have easily discern that the equation for Sum of Areas of the 4 Right Triangles, as given by the equation;

7.  $(X - Y) \times (X - Y) = X^2 - 2XY + Y^2$ ;

8.  $X^2 + Y^2 = 2XY$

Hence, the Area of the Perfect Square Inscribing a Perfect Square, which is equal to the Sum of the Areas of Two Perfect Squares, is given by;

9.  $(X + Y) \times (X + Y) = X^2 + 2XY + Y^2 = 2XY + Z^2$

Therefore;

10.  $X^2 + Y^2 = 2XY - 2XY + Z^2 = X^2 + Y^2 = Z^2$

Thus, the equation, $X^2 + Y^2 = Z^2$, which is defined by Pythagoras Theorem states, 'the Sum of the Areas of Two Perfect Squares is equal to the Area of a Perfect Square'.

And clearly, from his analysis, Fermat would have concluded the X and Y relations:

11.  If X = Y, then X and Y are Two equal Perfect Squares, and If X > Y, or Y > X, then X and Y are Two different equally Perfect Squares.



**Figure 5**

And from this analysis, Fermat would easily conclude that if the length of the Sides of a Perfect Cube are equal to that of a Perfect Square, when 'N = 3', then the Area of Cube is given by;

$$12. \quad L \times W \times T = Area$$

Hence, he would have also known, 'if the Area of a Cube, as given by equation 12, the Sides of the Perfect Cube are equal to that of a Perfect Square', then when 'N = 3', the Sides of the Perfect Cube must also be equal when the change in equation 12 is given by equation 13;

$$13. \quad L \times W \times T = Area = X \times Y \times R = Z^3$$

In other words, If the Root of $Z^3$ is equal to $(X + Y)$, then the Area of a Perfect Cube, which inscribes another Perfect Cube is equal to the equation given by;

E Terrell                              Internet-Draft                              23

The Ternary Logical States of the Binary System                    October 28, 2006

14. $(X + Y) \times (X + Y) \times (X + Y) =$

$(X + Y) \times (X^2 + 2XY + Y^2) =$

$X^3 + 3X^2Y + 3XY^2 + Y^3$

Furthermore, he would have quickly noticed that a Perfect Cube has 8 90 degree Angles forming its boarders, or 4 pairs of 3 dimensional Right triangles, Prisms having 5, 2 dimensional face. This he would have reasoned further, meant that, only a Pyramid could have 4 equal lengths measuring its sides. In other words, Fermat would have quickly concluded that, it is not possible for either any one of the 8, or 4 pairs of Right Triangles forming the boarders of a Perfect Cube, could have equal sides, and still be a Right Triangle. Needless to say, he would have also known that this did not mean that the Sum of the Areas of these 3 dimensional Right Triangles did not equal the Area of a Perfect Cube.

Nevertheless, he would continue to follow the logic from the conclusions involving 'N = 2' by first, confirming the formula for the Area of a 3 dimensional Triangle, to determine if the Sum of the Areas of Two Perfect Cubes is equal to the Area of another Perfect Cube. However, he would eventually notice, that there is an additional measurement to consider, the Volume and the Area of a 3 dimensional Triangle, or Prism, represented 2 different formulas. Where by, the Area of a 3 dimensional triangles is given by equation 14a, the Volume of the same Triangle is given by equation 14b;

14a.  Area of a Prism = $A = 2(b^2) + 3b(h)$,
      where $b^2$ = Area of base,
      $3b = b + b + b$ = Perimeter of base,
      and h = Height of the Prism

14b.  Volume of Triangle = $V =$
      Area of the Base ($B^2$) $\times$ the Height (h) =
      $b^2h = b^2(h) = B^2 \times h$,
      $V = b^2(h)$

Clearly, while an argument can be made regarding the difference between the formulas in equations 14a and 14b, which represents the two distinct results that respectively measure the 'Area of a Prism' and the Volume of 3 dimensional Triangle. Even still, Fermat would have probably continued to follow the logical patterns reasoning derived from the conclusions when 'N = 2', because he could quite easily test for the conclusions that would verify either one, or both of these formulas. Thus, following the logical reasoning concluding equations 6, 7, and 8, in an attempt to derive the results that would conclude the Perfect Cube, which logically concludes results similar to those involving equations 9 and 10.

Needless to say, I am hard pressed to imagine, but I seriously doubt that Fermat was surprised by his discovery, when trying to confirm equations 14a and 14b, that there are actually 5 different formulas, which must be used in the logical analysis that would determine the validity of; 'The Sum of the Areas / Volume of Two Perfect Cubes are equal to the Area, or Volume of another Perfect Cube'. In any case, it should be understood that the Cubes of the 'X, Y, and Z' variables must be Positive Integers, because their respective Cube Roots must be a Positive Integer. Where by, given below, we have;

15.  $[(X + Y) \times (X + Y)] \times (X - Y) = X^3 + X^2Y - XY^2 - Y^3$

16.  $[(X - Y) \times (X - Y)] \times (X + Y) = X^3 - X^2Y + XY^2 + Y^3$

17.  $[(X - Y) \times (X + Y)] \times (X - Y) = X^3 - X^2Y - XY^2 + Y^3$

18.  $[(X - Y) \times (X + Y)] \times (X + Y) = X^3 + X^2Y - XY^2 - Y^3$

And since by Definition;

> <u>Exponent:</u> Any symbolic representation, 'Q', which is used in conjunction
> with the Number, 'X', representing a Multiplicand, represents
> the count of the number of Identical Multiplicands used in the
> equation representing the Product of Q Multiplicands;
> $$X^Q = (X_1 \times X_2 \times X_3 \times ... \times X_Q).$$

Hence, given by equation 19, we have;

19.   $[(X - Y) \times (X - Y)] \times (X - Y) = X^3 - 3X^2Y + 3XY^2 - Y^3$

Clearly, once Fermat realized, upon inspection of equations 14a through 19, that;
neither the Sum of the Areas, or the Volumes of the Right Angled Prisms forming
the Perimeter of the Perfect Cube were equal to the factors from equation 12,
'$3X^2Y + 3XY^2$', whose difference would yield the same conclusions established by,
equation 18, were not equalities that would result in a cancellation. He would
have reasoned that, 'The Sum of either the Area, or the Volume of Two Perfect
Cubes did not equal another Perfect Cube', because the Cube Root is not equal to
the Square Root of the Perfect Square, which is equal to the Sum of two Perfect
Cubes. And further testing, he would have concluded an increasing divergence
between factors, because their Terms increases for every unit of increase of the
Exponent, 'N'. Hence, he would finally conclude, since $(2 + 2) = (2 \times 2)$, "There
are No solutions in Whole Numbers to the Equation, $X^N + Y^N = Z^N$, when N > 2",
because the Operation of Multiplication, M, is Equal to the Operation of
Addition, A, M = A, except when the number Variables involved in each of these
operations equals; TWO. And the translation, or interpretation of this conclusion
yields; 'The Whole Number sought cannot be equal to the Cube Root of the Area
of a Perfect Cube which is equal to the Sum of the Areas of Two Perfect Cubes,
because then it will equal the Square Root for the Area of a Perfect Square, when
it equals the Product of Two Equal Whole Numbers'. And since an equation of
Multiplication is equal to an equation of Addition only when each of these
operations involves two variables, then only an equation equaling the Sum of Two
Variables could equal the Product of the Two equal variables that is equal to a
Perfect Square'.

In which case, from Pythagoras Theorem, there is no Integer that can equal the Nth Root of the Nth Power that is equal to the equation of the Sum of Two Nth Powers. "In other words, since an equivalency between the Operations of Multiplication and Addition only exists between the numbers having a Power of 2 (denoting the number of Variables involved in both of these operations), then only the Sum of (in this case; Two) Perfect Squares can equal the product of the two equal multiplicands, which is equal to another Perfect Square, and still retain an integer solution for the values of the Variables representing Power of the Exponent and the respective Roots".

██████████████████████████:

$$\{ ( X^2 + 4XY + Y^2 ) = Z^3 \}$$



Figure 5a

$1 = D, 2 = B, 3 = E, 4 = J, 5 = F, 6 = G$

$A = B = C = D = E = F = G = H = J = K$

$$2(L \times W) + 2(T \times W) + 2(L \times T) = \boxed{2X^2 + 2Y^2 + 2Z^2 = 6A^2}$$

Note: The conclusion deduced supports the Concepts pertaining to 'Pythagorean Triplets', which maintains; 'The Quantified Sum of the Areas of 3 or more Squares having equal Integer sides, is equal to the Surface Area of a Cube having equal Integer Sides', 'If and only If', their Quantified Sum is equal to '$6a^2$'. Contradicting Dr. S. James Gates (String Theory Physicist, U. Maryland) Lecture, which erroneously used a Geometric depiction of Pythagoras Theorem to support his Claim for the existence of more than 3 Dimensions; given that "Pythagorean Triplets" are integer solutions to the Pythagorean Theorem, which represent 3 Dimensions. However, while the forgoing conclusion(s) is sustained by; The Field Postulates, The Axioms for Equality, and Set Theory, ONLY a sample not a detailed proof is presented below;

```
                            (1 Term)
      [(X U Y) ∩ (X U Y)] U [(X U Y) ∩ (X U Y))]      - = 2(L + T) 2D Side

   U                                                        +
                            (2 Term)
      [(X U Y) ∩ (X U Y)] U [(X U Y) ∩ (X U Y))]      - = 2(T + W) 2D Side

   U                                                        +
                            (3 Term)
      [(X U Y) ∩ (X U Y)] U [(X U Y) ∩ (X U Y))]      - = 2(L + W) 2D Side


   =  [((X U Y) U (X U Y) U (X U Y)) ∩ (X U Y)]      - = 6A² 3D Surface
```

Note: I investigated the same conditions, in the proof entitled; "The Proof of
Fermat's Last Theorem; The Revolution in Mathematical Thought".
However, I concluded, from the same data, that "If 'N > 2' in the
equation, $X^N + Y^N = Z^N$, then there are no Whole Number Solutions for
the Nth Power of the Sum of Two Nth Powers and their respective Nth
Roots. That is, because there is No incremental (Additive) progression
using ' 1's ' defined by Fermat's Equation, the Integer Coefficient, which
is the Common Coefficient between the Powers of N and their respective
Nth Roots, do not exist. Nevertheless, this concludes the rendering of
the proof, that I believe, Fermat understood to be True. Still, while
this says nothing about the Rhind Papyrus, and the 10,000 year old
quest involving "Squaring the Circle". It should be quite clear
nevertheless, absolutely know one knew the correct equation, or
method to determine the Area of the Circle. In other words, it should
be obvious that the Straighten ¼ ARCs of any Unit Circle, transforms
the Circle into a Square, and each of its equal side's measures $(\pi \div 2)$
in length.

### Figure 5.b

### Squaring the Circle? First... What is its Area?



Radius = 1

Area of a Rectangle / Square = Length x Width = $X^2$

Perimeter = 2(L + W) = 4Width = 4Length

And, when the relationship given by;

$\overset{\frown}{AB} \equiv \overline{AB} \approx 1.5707963...$ is True.

The Area of a Circle = $(\pi r \div 2)^2 = X^2$

Perimeter of a Circle (4 ARC Sides) = $4(\pi r/2) = 4\pi r/2 = 2\pi r$

Nevertheless, from the analysis of the forgoing conclusions and the realization that equation 8 and the equation from "Fermat's Last Theorem", represented a special case defining the 'Distributive Law', as given by equations 20 through 25: I concluded that there was a hidden and more profound interpretation of the proof for "Fermat's Last Theorem". In other words, I now realized that; 'Any complete proof of "Fermat's Last Theorem" must be founded upon the 'Distributive Law', and conclude with the discovery of a New 'Distributive Property'. And this meant that when 'N > 2' in the equation, $X^N + Y^N = Z^N$, the Operation of Multiplication was not equally Distributed over the operation of Addition. Hence, from the results of equations 20 through 25, it is was easy to conclude, since the Operation of Multiplication is not equally Distributed over Addition in the case where 'N > 2': There is no Common Coefficient between the Nth Power of the Sum of Two Nth Powers, and their respective Nth Roots, was indeed valid. In which case, because the solution of "Fermat's Last Theorem" required only the knowledge of Algebra and Geometry, I concluded with absolute certainty relative to Fermat's mathematical knowledge, that he actually knew the proof. However, because Fermat's conjecture is of a limited mathematical scope, I also concluded that he did not understand fully the profound implications his riddle maintained.

**Special Case of the Distributive Law is the conclusion of Equation 25:**

20. $(X - Y)^2 =$

    $(X - Y) \times (X - Y) =$

    $X^2 - 2XY + Y^2$

21. $X^2 + Y^2 =$

    $2XY =$

    $XY + XY$

22. $(X + Y)^2 =$

    $(X + Y) \times (X + Y) =$

    $X^2 + 2XY + Y^2$

23. $X^2 + 2XY + Y^2 =$

    $2XY + Z^2$

24. $X^2 + Y^2 =$

    $Z^2 + 2XY - 2XY =$

    $X^2 + Y^2 = Z^2$

25. $Z^2 = 2XY$: hence, $X^2 + Y^2 = Z^2$

    $X^2 + Y^2 = 2XY$

    $X^2 + Y^2 = XY + XY = X(Y + Y)$

Furthermore, because the conclusion from the proof and the equation involved in "Fermat's Last Theorem", represented an Algebraic Expression of the Exponential Function concluding the existence of the 'Distributive Law for Exponential / Non-Linear Functions. I knew, or reasoned, since the Distributive Law is also logically valid in 'Set Theory', that an Exponential Expansion of the Mathematical Logic of Set Theory must also sustain logical validity, and conclude the logical support for the conclusions derived from the foregoing proof: The Discovery of a New Distributive Property. Still, the clarification and definition of the Exponent, and the Exponential Operations employed in the Mathematical Logic of Set Theory, required more precise definitions of the familiar operations involving Addition, Subtraction, Multiplication, and Division. In other words, the ponential Expansion of Set Theory, which also logically sustains only the operations of Addition and Subtraction, nearly mirrors the proof of the 'Distributive for Exponential / Non-Linear Functions. And the Exponential Expansion of the Field Postulates, concluded the existence of the Mathematics of Quantification, which is defined as a Finite Mathematical Field, conditionally closed over the Set 'R' for the Operations involving Addition, Subtraction, Multiplication and Division.

Special Note: It should be clear now, A. Wiles* and R. Taylor:

1. Do not understand fully, the Basic Theory of Mathematics
2. Did not understand Fermat's question: Why is the Sum of Two Perfect Squares equal to another Perfect Square?
3. Hence, his* entire approach, and his solution, because he used the Systems of Mathematics that were not Closed, to resolve a conclusion from the improper use of a comparative analysis; He and his colleague were wrong! [Noting more specifically the use of the Prime Number Concept in the development of the logical foundation of his argument. Thus ignoring the logical fact that the Sum of Two Perfect Cubes is equal to a Perfect Square having an Integer Root; $X^3 + Y^3 = Z^2$, but $Z^2 \neq Z^3 = X^3 + Y^3$; His limited investigation also ignored the existence of the Counting Series Generated by an incremental growth that changes the Common Coefficient(s) of the Variables in Fermat's / Pythagoras Equation, which in fact, may represent any combination of Prime and Non-Prime Numbers. e. terrell 1979]

Given Equation: $\mathbb{Z} \div \mathbb{Y} = 2.44444...$, where $\mathbb{Z}$ is the Dividend and $\mathbb{Y}$ is the Divisor,

then;

$22.0 - 9.0 = 13$

$13.0 - 9.0 = 0$

In which case, the Total Number of Subtraction performed equals '2', but

because the Remainder 4.0 changes the value of the Dividend, $4.0 \div 9.0$, which is the

continuation of the original problem, it has the results from its subtractions added

to the results in the Quotient represented in the above.

Hence, from the Axioms of Equality, Substitution Law for Equality we have:

$.1 \times 9 = 1 \times 9 = 9$

Which yields the Ratio $1 : .1$, since

$4.0 - 0.9 = 3.1$

$3.1 - 0.9 = 2.2$

$2.2 - 0.9 = 1.3$

$1.3 - 0.9 = 0$

In which case, the Total Number of Subtraction to be added to the results from

above equals '4', and the process is repeated because the Remainder 0.4 changes the

value of the Dividend; given by the Substitution Law for Equality we have;

$0.4 \div 0.09$, which is the continuation of the original problem having its results added

to the results from the Quotient represented in the above.

$0.4 - 0.09 = 0.31$

$0.31 - 0.09 = 0.22$

$0.22 - 0.09 = 0.13$

$0.13 - 0.09 = 0$

This is the final result because the Remainder, '0.04', changes the Dividend:

Nevertheless, because the count representing the Total Number of Subtractions, 4,

is the Repeating Result derived from the consistency in the value of the Remainder

it can be concluded that the Sum of the subtractions comprising the original

equations equals: $(2 + .4 + .04 + .004 + .0004 - .00004) = 2.44444...$

## The Definitions

<u>Addition</u>: The mathematical operation representing a Summation, indicating a growth, or an increase in the number of the members contained in the Whole, by the inclusion of new members: The Union of Sets; 'U'.



<u>Subtraction</u>: The mathematical operation representing a Difference, indicating a depreciation, or a reduction in the number of the members contained in the Whole, by the exclusion of members: The Disunion of Sets; 'Ũ'.



## The Theorems

**Disjoint:**  If there are two sets, A and B, such that, A and B share no common members, then the two sets are said to be Disjoint; A ñ B, (read; A is not connected to B: 'A ñ B = Ø'.



**Figure 6**

**Dis-Union:**  If A U B = C and C ∩ A = A is true, then the Dis-Union of the Set A from the Set C, C Ǔ A = B, (read; C dis-union A) is the exclusion of the members from the Set C, which are common to the Sets C and A, iff, A ñ B = Ø.

2. If A ≠ C and C ∩ A = B, then C Ǔ A = E ñ D.

3. If every Set A is a Sub-Set of itself, and A ∩ A = A, then A Ǔ A = Ø.



**Figure 7**

## The Theorems



**Figure 8**

__Exponential Cardinal__: If for every X, where X ∈ U, there is a condition, such that;

$$X \cap X = X,$$
$$X \cap X \cap X = X,$$
$$(X_1 \cap X_2 \cap X_3 \cap ... \cap X_Q) = X, \text{ and}$$
$$X^Q = X \text{ is True.}$$

**Then there is a Exponential Number, Q, called the Exponential Cardinal of X, which is the number that represents the occurrences of X in the equation representing it's Intersection.**



**Figure 9**

__Set__:  **If a Unit Whole contains a collection of Objects, and each Object defines, one and only one, Part belonging to the Unit Whole, then the Unit Whole defines a Set as a Collection of Objects, iff, each Object defines one and only one Element, or Member, that defines the Part belonging to the Unit Whole.**

## The Theorems

**Sub-Set:** If every element, $\in$, of a Set B is a $\in$ of the Set A, then the Set A is said to contain every $\in$ of the Set B, and the Set B is said to be a Sub-Set of the Set A. Hence, every Set is a Sub-Set of itself, iff, $A \cap A = A$.

**Cardinal Number:** If it may be concluded that the Multiplicative Identity Law is True, and $X \times 1 = X$, where X does not change, then from Set Theory, X is the Multiplicative Identity of Itself. And if this defines X, when $X = X^Q$, then X defines the Identity Element as the Unit Base, or the Cardinal Number = 1 defines the Common Coefficient as the Multiplicative Identity Element for all $X| X \in U$.

Therefore, if $\{U_1 \cap U_2 \cap U_3 \cap ... \cap U_Q\} = U^Q = U^Q_N = U$, and given that Multiplication is the Quantified Sum of Addition, where $X^Q = U^Q_N$ is True. Then for all $X| X \in U = U^Q_N = U_N$, the Cardinality of any Set $U_N$, is the Sum or Union of Cardinal Numbers, or $U_N = \{X_1 U X_2 U ... U X_Q\} = (1_1 + 1_2 + ... + 1_Q)$, iff, for all $X| X \in U$, $X = 1$ defines the Cardinal Number for the $\in$ of every Set as a Sub-Set of I | I = Set of Integers.

In which case, the Unary Set, $\{1\}$, defines the Cardinal for the $\in$ X of the Set I for all $X| X \in I$, given that $I = \{X\}$, when $X = 1$, and the Cardinal for every $\in$ X of the Set I for all $X| X \in I$, when $I = \{X, X, X ... X\}$, and $X = 1$, $I = (1_1 + 1_2 + 1_3 + ... + 1_Q)$.

Hence, the definition of a Cardinal Number is given by:

**Cardinal Number:** The Cardinal Number is the Multiplicative Identity Element for all $X| X \in I$, which represents the Element of the Unary Set that is used to determine the Cardinality of every Set from the Sum or Union of the Multiplicative Identity Element for every $\in$ X of the Set I: iff $X^Q = X$.

Note: This defines the Unit Base X, for all $X| X \in I$ as the Element of the Unary Set, because X is the Multiplicative Identity of Itself that defines, $X = 1$.

[The next proof presented, is the interpretation of the Proof, or implications, that Fermat never understood, or could not explain. This is the accepted rationalization because Set Theory, the complete Logical Model of Mathematics, was not finished for nearly 200 years later. However, because he Co-Discovered the Cartesian Coordinate System representing the Mathematics of Analytic Geometry. The mathematical relationships from the foregoing, he should have maintained an above average understanding of the foundational theory of the proof presented. Still, for me, these results initially implied the existence of: the 'Distributive Law for Exponential / Non-Linear Functions'; an alternate Mathematical Field that was Finite and Closed / True as defined by the Axiom for Equality, the Field Postulates, and Set Theory. In which, it was later discovered, actually defined the Binary Set and the {Binary Enumeration & Mathematics} Mathematics of the Binary System. - e. Terrell 1983]

Nevertheless, since the foregoing conclusions proves that because the 'Multiplicative Identity Element' defines the Universal 'Common Coefficient', which is the same for all Objects, as the element, 1, defined in the Unary Set. And since it may also be concluded that counting is actually the assignment of a '1' to every object to be counted, and then, adding the "1's" that represent the objects, determines the Cardinality of the Set containing the objects being counted. Clearly, if the Set I, the Set of Integers defines the Set of all Symbols used to represent the result of the addition, inclusion, or incremental progression using the element, 1, defined in the Unary Set (given by Table II), then the (Arabic Numerals / Positive Integers) Modern System of Counting is defined by the Unary Set: As a Unary System.

**Rule**: Gregor Cantor's conclusion, in his 'Theory of Cardinality', validating the existence of a Difference between Infinities, where '$\infty \neq \infty$' is True, was clearly wrong. Hence, '$\infty = \infty$' is the Logical Truth, because the Number Set is a Unary System, which equating the Identity element to every object concludes the Law establishing this Truth; 'The Axiom for Equality', which also defines A $\bar{U}$ A = Ø, and concludes that the "Continuum Hypothesis", is an illogical postulate founded upon fallacious reasoning.

In other words, since the Cardinal Number, by definition, must define the Neutral Multiplicative Identity Element that represents the Unit Base X of $X^Q$, then any change in the Count of the Number of Members contained in the Set X, must define the Union (or Sum) of the members belonging to the Disjoint Set representing the Set $X_{2 \text{ thru } N}$, iff $X = X^Q$, the Cardinality of the Set equals the Sum of the Cardinal Numbers representing each of the its Members. In which case:

E Terrell                               Internet-Draft                               38

The Ternary Logical States of the Binary System                    October 28, 2006

If the Unit Base X of $X^Q$ is defined ONLY when $X = X_N = X^Q$ remains valid, and;

I.        2 Members in a Binary Set $= (A \cup B)^Q = X_{2 = (A \cup B)} = X^Q$, or

II.       3 Members in a Ternary Set $= (A \cup B \cup C)^Q = X_{3 = (A \cup B \cup C)} = X^Q$, or

III.    4 Members in a Quaternary Set $= (A \cup B \cup C \cup D)^Q = X_{4 = (A \cup B \cup C \cup D)}$
$= X^Q$, or

IV.    N Members in a N-nary Set $= (A \cup B \cup \ldots \cup N_N)^Q = X_{N = (A \cup B \cup \ldots \cup N)}$
$= X^Q$, is TRUE,

THEN:

I.a        2 Members in a Binary Set $= X_{2 = (A \cup B)} = X^2 = X^Q$, or

II.a       3 Members in a Ternary Set $= X_{3 = (A \cup B \cup C)} = X^3 = X^Q$, or

III.a     4 Members in a Quaternary Set $= X_{4 = (A \cup B \cup C \cup D)} = X^4 = X^Q$, or

IV.a      N Members in a N-nary Set $= X_{N = (A \cup B \cup \ldots \cup N)} = X^N = X^Q$,

Must also be TRUE.

In other words, the Proof for the existence of any Numbering System involving the Unit Base X of $X^Q$, would conclude the definition for the existence of another system of counting. And this defines a Unit Base X of $X^Q$ containing more Base elements than Unary System, as the UNION of More than One Element; Confirms Fermat's Last Theorem only for the Binary System for all $N > 2$. That is, given by the foregoing proof of Fermat's Last Theorem, which is translated into the rigor from the Mathematical Logic of Set Theory, and confirms the Conditions for

E Terrell                          Internet-Draft                          39

The Ternary Logical States of the Binary System                October 28, 2006

$( A^{\cap N} \; U \; B^{\cap N} ) = (A \; U \; B)^{\cap N}$; given below, we have:



**Figure 10**

If for all $X \mid X \in I$, $X = X$ for every $X_U = X^Q$, and when $X = X_U$ there is a $X_N \mid X_N = X^Q$, which also True for all $X \mid X \in I$ for every $X = X_N$ when $X = X$ and $X_N = (A \; U \; B \; U \; C \; U \cdots U \; N)$, then $X_N = X_U$, if and only if (iff):

$$X^Q_U = X_U = X^Q = \text{`X'} = X^Q = X_N = X^Q_N, \text{ or } X_N \neq X_U, \text{ because } X \neq X_N.$$

**Proof:** Since the Theorem concluding the definition for the Cardinal Number defines the $\in$ of Unary Set as the Unit Base X of $X^Q$ for all $X \mid X \in I$, then the Multiplicative Identity Element for all $X \mid X \in I$ defines $X_N = X_U$ when $X = X_U$.

Therefore, when $X_N = X_U$, and $N = 2 = Q$, $X \cap X = X^{Q=2} = (A \; U \; B) \cap (A \; U \; B)$

$$X^{Q=2} = (A \; U \; B) \cap (A \; U \; B) = (A \cap A) \; U \; [(A \cap B) \; U \; (A \cap B)] \; U \; (B \cap B)$$

And from the Distributive Law;

$$(A \cap A) \; U \; (B \cap B) = [(A \cap B) \; U \; (A \cap B)] = (A \; B) \; U \; (A \; B) = A \; (B \; U \; B)$$

Hence, from the Substitution Law for Equality; $X = X_U = (X \; U \; Y)$, equation 25;

$$[(A \cap B) \; U \; (A \cap B)] = (X \cap Y) \; U \; (X \cap Y) = (XY) \; U \; (XY) = X \; (Y \; U \; Y): \text{ which}$$

concludes; $X_N = X_U$, $X = (A \; U \; B)$, and the Unit base X of $X^{Q=2}$ defines $X = X$,

which means, by definition; $X \; (Y \; U \; Y) = X \; (Y + Y).$

The Ternary Logical States of the Binary System                    October 28, 2006

In other words, this proves Fermat's Last Theorem and confirms the definition of the Cardinal Number, '1', for the Binary Set; given by:

Cardinal Number:   The Cardinal Number is the Multiplicative Identity Element for all X| X $\in$ I, which represents the Elements of the Binary Set that is used to determine the Cardinality of every Set from the Sum or Union of the Multiplicative Identity Element for every $\in$ X of the Set I: iff $X^Q = X$.

And from the foregoing (excluding the rigor from the Mathematical Logic) it can be easily proven that since A, B, C, D, ... N must be Disjoint initially, when defining the elements, $\in$, contained in the Unit Base X of $X^Q$; by the equations given below, $X = X^Q$ is not valid. In other words, because there is no confirmation by the Distributive Law for $X_N = X_U$ for all X | $X = X^Q$ when Q = N, and N > 2.

II.a    3 Members in a Ternary Set $= X_{3\,=\,(A\,U\,B\,U\,C)} \neq X^2 \neq X^3 \neq X^Q \neq X$, or

III.a    4 Members in a Quaternary Set $= X_{4\,=\,(A\,U\,B\,U\,C\,U\,D)} \neq X^2 \neq X^4 \neq X^Q \neq X$, or

IV.a    N Members in a N-nary Set $= X_{N\,=\,(A\,U\,B\,U\,...\,U\,N)} \neq X^2 \neq X^N \neq X^Q \neq X$,



**Figure 11**

Nevertheless, these conclusions confirm the existence of the Two Systems of counting defining; 'The Unary Set' and 'The Binary Set', they also support the conclusion defining these Sets, by Figure 11, as; 'The Infinite Set = Unary System' and 'The Finite Set = Binary System'. Furthermore, it should be clearly understood:

When X = (A U B), X defines the Binary pair {a, b}

And reasoned further that if either 'a', or 'b' is equal to the Null Set {Ø}, then the foregoing conclusions would be invalid. Moreover, since the Cardinal Number, the Multiplicative Identity Element of the Unary Set, is same for Binary Set, the Binary pair, {a, b}, must represent, by Figure 12, a unique combination of the Binary Pair incrementing in units of '1', which defines the Cardinality of any Set, also defined by the Unary System.

| The Combinations Of Binary Pair; {a, b} | | |
|---|---|---|
| Binary Set | Unary Set | Positive Integer Set |
| {a, a} = | 1 | = 1 |
| {a, b} = | 11 | = 2 |
| {b, a} = | 111 | = 3 |
| {b, b} = | 1111 | = 4 |

**Figure 12**

E Terrell                    Internet-Draft                    42

The Ternary Logical States of the Binary System          October 28, 2006

In other words, from the definition of the Cardinal Number, the Cardinality of the Unary and the Binary Sets represents a 1 : 11 ratio, which denotes the number of Elements each Set contains. Nevertheless, the defining expression representing this relationship given by;

## 'Unary Set = 1', 'Binary Set = 11', or '1 = 2' - 'Prime Numbers'

> **Note:** A 'Prime Number' or 'Prime Integer', is a positive integer, '$p \geq 1$',
> that has no positive integer divisors other than itself, '$p$', and '$1$'.

And if, from the Substitution Law for Equality; $\{0, 1\} = \{a, b\}$, where '$1 = \{00\}$, and $\{00\} \neq \{\emptyset\}$', then the correct Binary System and its associated method for enumeration, given by Table IV, confirms '$11111111 = 256 = 2^8$, because $2^8 = 2 \times 2 \times 2 \times 2 \times 2 \times 2 \times 2 \times 2 = 11111111 = 256$'. Hence, the definition of the Cardinal Number, by figure 11, defines the special case of the Distributive Law as the intersection of the Distributive Properties defining the Binary and the Unary Sets, for all X | for every $\in$ of I, the Cardinal Number X, defines the Cardinality of both Sets.

### 2.2  The Mathematics of Quantification and Binary Arithmetic System

It should be clearly understood that the forgoing conclusions, and the new definitions and theorems from the Logic of the Mathematics of Quantification, defines the closure Laws for the operations of Subtraction and Division. And this completes the Set of Laws defining the operations of Addition, Multiplication, Subtraction, and Division, which governs the Mathematics and the Mathematical Logic defined by Set Theory, the Field Postulates, and the Axioms for Equality. That is, given by Table V, we have:

| Axiom for Equality: | **Table V** |
| --- | --- |

The Fundamental Law for Equality: $A + (-A) = \emptyset$
The Additive Identity Law for Equality: $A + \emptyset = A$
The Multiplicative Identity Law for Equality: $A \times 1 = A = A \div 1$
The Common Coefficient Law for Equality: $A \div 1 = A = A \times 1$
The Substitution Law for Equality: If $A - B$, and $B + C - D$, then $A + C - D$
The Reflection Law for Equality: $A = A$
The Transitive Law for Equality: $A + B = B + A$, and $(B + C) + A = C + (A + B)$

### The Closure Laws for the Field Postulates

| Unary | Binary | Set Theory |
| --- | --- | --- |
| **Associative Laws** | **Associative Law** | **Associative Law** |
| $A + (C + B) = (A + C) + B$ $A(C \times B) = (A \times C)B$ | $A^2 + (C^2 + B^2) = (A^2 + C^2) + B^2$ $A^2(C^2 \times B^2) = (A^2 \times C^2)B^2$ | $A \cap (C \cap B) = (A \cap C) \cap B$ $A \cup (C \cup B) = (A \cup C) \cup B$ |
| **Commutative Laws** | **Commutative Laws** | **Commutative Law** |
| $A + B = B + A$ $A \times B = B \times A$ | $A^2 + B^2 = B^2 + A^2$ $A^2 \times B^2 = B^2 \times A^2$ | $A \cup B = B \cup A$ $A \cap B = B \cap A$ |
| **Distributive Law** | **Distributive Law** | **Distributive Law** |
| $A(C + B) = AC + BA$ | $C^2(A^2 + B^2) = CA + CB$ | $A \cap (B \cap B) =$ $(A \cap B) \cup (A \cap B) =$ $(A \cup B) \cap (A \cup B)$ |
| **Identity Laws** $A + (-A) = 0$ $A + 0 = A$ $A \times 1 = A$ $A = A$ | **Identity Laws** $A^2 + (-A^2) = 0$ $A^2 + 0 = A^2$ $A^2 \times 1 = A^2$ | **Identity Laws** $A \cup (A) = 0$ $A \cap A = A$ $A = A$ |

## Table V.a

The Fundamental Law for Equality
introduces new closure laws

$$A + (-A) = \emptyset'$$

Addative Law for Equality :

$$A + \emptyset' = A$$

**Associative Law :**

$$(-B) + (C + A) = A + ((-B) + C)$$
$$(-B) \times (C \times A) = A \times ((-B) \times C)$$
$$(-B^2) \times (C^2 \times A^2) = A^2 \times ((-B^2) \times (C^2)$$
$$(-B^2) + (C^2 + A^2) = A^2 + ((-B^2) + (C^2)$$

**Commutative Law :**

$$(-B) + A = A + (-B)$$
$$(-B) \times A = A \times (-B)$$
$$(-B^2) + A^2 = A^2 + (-B^2)$$
$$(-B^2) \times A^2 = A^2 \times (-B^2)$$

### Table VI — Boolean Algebra

| Binary Set | Note: $0 = \emptyset$ | Unary Set |
|---|---|---|
| $00 + 00 = 01$ | $00 = 1$ | $0 + 0 = 1$ |
| $00 + 01 = 10$ | $\emptyset + \emptyset = \emptyset$ | $0 + 1 = 10$ |
| $01 + 01 = 11$ | | $1 + 1 = 11$ |
| $\emptyset + 01 = 01$ | | $\emptyset + 1 = 1$ |

**SUBTRACTION**

$111 = 8$
$110 - 7$
$00 = 1$

$1111 = 16$
$1010 - 11$
  5
$100$

$11111 = 32$
$11010 - 23$
  9
$1000$

$111111 = 64$
$101011 = 44$
  20
$10011$

$100 - 5$
$100 = 5$
  0
$0$

$1000 - 9$
$1000 = 9$
  0
$0$

$10010 - 19$
$10010 = 19$
  0
$0$

$11011 - 28$
$11011 = 28$
  0
$0$

**ADDITION**

$111 = 8$
$110 = 7$
  15
$1110$

$1111 = 16$
$1010 = 11$
  27
$11010$

$11111 = 32$
$11010 = 23$
  55
$110110$

$111111 = 64$
$101011 = 44$
  108
$1101011$

$100 - 5$
$100 = 5$
  10
$1001$

$1000 - 9$
$1000 = 9$
  18
$10001$

$10010 = 19$
$10010 = 19$
  38
$100101$

$11011 = 28$
$11011 = 28$
  56
$110111$

### 2.3  The Binary and Ternary Systems and George Boole's Mathematical Logic

It should readily be concluded, because it has been mentioned that the Boolean, or Leibniz, Operators are Unary; they are both logically valid for the Unary and the Binary Systems. Furthermore, since Zero, █, or the Null Set, is not defined by the Cardinal Number, which is equal to the Unit Base X of $X^Q$ for all X| X ∈ I, then █, is not an element of the Set of Integers, 'I'. Hence, Binary and Ternary Logic, or 3 State Logic is defined by the Unary Set, and contains the elements {Ø, +1} and {-1, Ø, +1}, which are governed by the Closure Laws. Given by Table VII, we have;

```
+==============================================================+
|                         TABLE VIII                           |
|                                                              |
|    Logical States of the Unary and the Binary Systems        |
| +-----------------------------+------------------------------+|
| |    BOOLEAN BINARY STATES    |     BOOLEAN TERNARY STATES   ||
| +-----------------------------+------------------------------+|
|      Two State Switch              Three State Switch         |
|                                Or, Flip-Flop 4 state Switch   |
|                                                              |
|    { 0 }        { + 1 }        { - 1 }     { 0 }     { + 1 }  |
|                                                              |
|    No           Yes            No          Nothing    Yes     |
|                                                              |
|    False        True           False       Undecided  True    |
|                                                              |
|    Open         Closed         Open        By-Pass    Closed  |
|                                                              |
|    Stop         Forward        Reverse     Stop       Forward |
| +----------------------------------------------------------+ |
| |  Negative Integers -  Null Set  - Positive Integers      | |
| |  -1 + ∞ ... - 2, -1      Ø       1, 2, ... ∞ + 1          | |
| +----------------------------------------------------------+ |
+==============================================================+
```

Note: It should be understood nevertheless, these conclusions confirms that the Binary System is Finite and Closed over R (not true for all values of the Base Variables over 'R' – The Logic of Set Theory), and the Unary System is Infinite, and it is also Closed over R.
[VIMP - e. terrell Nov. 1979 to Aug 1983]

## 3. Security Considerations

**This document, whose only objective was the deliberation of the final explanation of the new foundation for the Binary System, which resulted from the Mathematics of Quantification, does not directly raise any security issues. Hence, there are no issues that warrant Security Considerations.**

## 4. IANA Considerations – 'Resolution of the Counting Error in the Binary System'

| | Exponential Enumeration | Binary Representation | IPv4 Address Specification |
|---|---|---|---|
| | | I. IPv4 Address Loss Table | |
| 1. | $0^0 = 0$ | 0 | 0 |
| 2. | $2^0 = 1$ | 00 = aa | 0 |
| 3. | $2^1 = 2$ | 01 = ab | 1 |
| 4. | $2^F = 3$ | 10 = ba | 2 |
| 5. | $2^2 = 4$ | 11 = bb | 3 |
| 6. | $2^F = 5$ | 00 = baa | 4 |
| 7. | $2^F = 6$ | 101 = bab | 5 |
| 8. | $2^F = 7$ | 110 = bba | 6 |
| 9. | $2^3 = 8$ | 111 = bbb | 7 |
| ... | ... | ... | ... |
| ... | ... | ... | ... |
| 129. | $2^7 = 128$ | 01111111 = bbbbbbb | 127 |
| ... | ... | ... | ... |
| 257. | $2^8 = 256$ | 11111111 = bbbbbbbb | 255 |
| Totals: | 256 | 256 = 256 | 255 |

IPv4 Address Loss using an askew Binary System;
$256^4 - 255^4 = 66,716,671$ IP Addresses

## II. Using Extended ASCII CODE & Binary '00' = 1

In the Extended ASCII CODE character Set, True Zero is defined as the Null Set Character, ' Ø '. However, because Binary equivalent of ' 1 ' is ' 00 ', I believe that it would be easier if the Character Set were changed to represent the Binary equivalent of ' 1 ' as ' 0 ', as opposed to '00', because '00' is 2 Bits and '0' is '1' Bit.

| Binary System | Zero | Exponential System of Counting | | |
|---|---|---|---|---|
| No Definition | 0 | $0^X$ = 0 = | | OEX |
| 1.   00 = aa | No Definition | $2^0$ = 1 = | | 2E0 |
| 2.   01 = ab | No Definition | $2^1$ = 2 = | | 2E1 |
| 3.   10 = ba | No Definition | $2^F$ = 3 = | | 2EF |
| 4.   11 = bb | No Definition | $2^2$ = 4 = | | 2E2 |
| : | | : | | |
| : | | : | | |
| : | | : | | |
| 8.   111 = bbb | No Definition | $2^3$ = 8 = | | 2E3 |
| 9.   1000 = baaa | No Definition | $2^F$ = 9 = | | 2EF |
| 10.  1001 = baab | No Definition | $2^F$ = 10 = | | 2EF |

[Given that: E = Exponential Operator; F = Variable Irrational Number; and X = Any Variable defined as a Member of the Real Number Set]

E Terrell                    Internet-Draft                    49

The Ternary Logical States of the Binary System          October 28, 2006

### III. Equating the Exponent from a Base 2 Exponential Operation to the Binary Translation that Equals the Result *

More importantly, when rationalizing these conclusions, their validity becomes even more evident when any mathematical comparison between the 'Bit-Mapped' lengths, or Displacement of an IP Address, is made with the Equation representing the Total Number of Available IP Addresses - the Address Pool representing the Addressing Specification; e.g. IPv4, or IPv6.

That is; If the Bit Length is Equal to 32, in the IPv4 Specification, or 128 Bits in the IPv6 Specification, and their respective Address Pool Totals is given by:

IPv4 = 32 Bit Length   (Bit-Mapped Displacement)
32 Bit = $2^{32}$    Address Pool Total
$2^{32}$ = 4,294,967,296  IP Addresses

IPv6 = 128 Bit Length   (Bit-Mapped Displacement)
128 Bit = $2^{128}$    Address Pool Total
$2^{128}$ = 3.4028236692093846346337460743177e+38   IP Addresses

Then it becomes quite obvious that the Total Number of IP Addresses available in the Address Pool for either the IPv4, or the IPv6 Specification, is a function of the Address's Bit-Mapped Displacement, or Bit Length. In other words, a Bit Length Regression to Progressively smaller Address Bit-Mapped Displacement Units, just as the foregoing conclusions revealed, accounts for the total number of available IP Addresses in the Address Pool - and this also determines, equals, and represents, the exact number of Bits equal to the Number representing the IP Address Pool Total. In other words, this Number or Integer, which equals the Result from an Exponential Base 2 Operation, has a 'Binary Translation' that is equal to the Exponent in the Equation.

**Hence, Enumerating, or Counting using only the Exponent reveals:**

1) An 8 Bit-Mapped Length = $2^8$ = 256 IP Addresses = 256 = 11111111

2) A 7 Bit-Mapped Length = $2^7$ = 128 IP Addresses = 128 = 1111111

3) A 6 Bit-Mapped Length = $2^6$ = 64  IP Addresses = 64  = 111111

4) A 5 Bit-Mapped Length = $2^5$ = 32  IP Addresses = 32  = 11111

5) A 4 Bit-Mapped Length = $2^4$ = 16  IP Addresses = 16  = 1111

6) A 3 Bit-Mapped Length = $2^3$ = 8   IP Addresses = 8   = 111

7) A 2 Bit-Mapped Length = $2^2$ = 4   IP Addresses = 4   = 11

8) A 1 Bit-Mapped Length = $2^1$ = 2   IP Addresses = 2   = 01

9) A '0' Bit-Mapped Length = $2^0$ = 1 IP Address   = 1   = 00

So, how then is it possible for anyone to use an Askew Binary System of Counting, when the Exponent representing the Bit-Mapped Displacement in the Base 2 Exponential Equation, equals the Binary Translation representing the " Equation's " Result?

- The Binary Translation Comparison Table -
Computer Operating Systems, Electronic..., and Software is Wrong!

| | | |
|---|---|---|
| $4 = 100$ - Binary Translation: How...? | When $2^2$ | $= 4 = 11$ |
| $3 = 11$ - Binary Translation: How...? | When $2^F$ | $= 3 = 10$ |
| $2 = 10$ - Binary Translation: How...? | When $2^1$ | $= 2 = 01$ |
| $1 = 01$ - Binary Translation: How...? | When $2^0$ | $= 1 = 00$ |

**IV. Binary Zero { 00 } Representing an Irrational Number...??**

If every Base 2 Exponential Equation Representing the Product of 2 or more Identical Multiplicands, defines the Result as a Function of the Square Root of 2 when '00' = 1. Then, from the "Proof of Fermat's Last Theorem", and the Mathematics of Quantification; when "00" = 1, "00" defines an Irrational Number, which is a Member of the "Real Number Set" – Where by;

$$\text{' IF ' \quad " 00 " } = 1 \text{ is True, then;}$$

$$X(\,0 + 0\,) = (\,0^2 + 0^{.2}\,) = 1$$

$$= (2^{1/2}\,) \div 2 \,[((2^{1/2}\,) \div 2) + (2^{1/2}\,) \div 2)]$$

$$= (2^{0.5}\,) \div 2 \,[(2^{0.5}\,) \div 2) + (2^{0.5}\,) \div 2)]$$

$$= (2^{0.5}\,) \div 2)^2 + (2^{0.5}\,) \div 2)^2$$

$$" 1 " = (\,0.707106\,)^2 + (\,0.707106\,)^2$$

$$" 1 " = 0.5 + 0.5 = X(\,0 + 0\,)$$

Where; if $" 1^{0.5} \quad " = " 1 "$, and $" F = 0 "$ ;

then $" F = \text{Variable Irrational Number} "$.

Hence;

$$(2^{0.5}\,) \div 2 = 0.70710678118654752440084436210485$$

$$0.5 = (0.70710678118654752440084436210485)^2$$

[ * - See page 41; Figure 12; [12]; Exponential Cardinal page 32
 - Note; $2^{0.5} = ' \sqrt{2} ' \sim 1.4142135623731$ ]

### V. 'Obsolescence' of the 'HEX' System with the 'Base 2 Binary Exponential' System of Counting; 2EX

Aides from (also) being an 'askew' system of counting, the inefficiency of the HEX System of counting becomes quite obvious when using the 'CIDR Network Descriptor', as outlined by the "Work(s) in Progress" [12]; 'The CIDR Network Descriptor expands the size of the IPtX Address Space beyond the IPv6 IP Addressing Specification". In other words, the ancillary discrepancy is that, it cannot be used in performing Mathematical Calculations, because it 'Can-Not' accurately represent the 'Exponent' (the Bit-Mapped Displacement), nor define the Numeral equaling the Bit-Mapped Length; 'Exponential System of Counting' [page 48]. That is, the HEX System of counting can only be used to depict (or represent) the Numeral prior to converting it to the equivalent Binary Representation.

And more importantly, because the Binary Base 2 Exponential System can represent any Irrational Number(s), which includes Decimal Fractions, it can used in All Mathematical Calculations. In other words, Binary Zero has a numerical value (as noted - See [IV.]), which is not defined by the conversion from the HEX System of Counting, rendering Bit-Mapped Displacement for a Binary Numeral. Hence, the Binary Base 2 Exponential System of Counting, is not only the suitable replacement for the HEX System, but it is the appropriate system, which should be used to represent [every 2 State System defined in Nature as representing the Binary Pair, {0,1}] the Binary operations defining the Computer. And this, more notably means it can Bit-Map exactly the Frequency of any Transmission Signal, and every Frequency defined by the Electromagnetic Spectrum.

Note:  Microsoft's Windows Calculator, and others, is wrong.

- The Operating Systems and Software of Microsoft, Cisco, IBM, Wolfram, and others, who use the HEX System of Counting, are also wrong; there is No Conversion with the Base 2 Exponential Equations defining the Binary System.

- And this includes every Electronic Device / Component

- In other words, using the HEX System of Counting does not change anything: because it maps to the current Binary System- it is also an Askew System of Counting. In which case, any measurements derived from its use in any Calculation(s) will be Wrong... And if, the Trial and Error Tests cannot be performed, or fail, lives could be Lost as a direct result...

- The Irony? Today's Authority in Mathematics maintains; Isaac Newton was a great Mathematician who invented Calculus. The truth however, is that; 'There was never a Conflict of Plagiarism, between Newton and Leibniz, which involved the discovery of Calculus: A Ruse. Newton hated Leibniz, because Leibniz proved that the Mathematics involving Newton's Laws of Motion was wrong!' A fact, nearly a 100 years later, that was proven to be true by several noted mathematicians, which includes "Émilie de Breteuil du Châtelet".

Even still, this marks only the beginning of Newton's failures, because not all of his Mathematical and Scientific Research could be interpreted by the Mathematicians and Physicists during this period. In other words, there are additional flaws, not only with his interpretation of Galileo's Research, but, in the Logical Foundation of Calculus, the Mathematical System he is accredited for inventing.

Consider, for example, Newton's Third Law of Motion, which states;

"For Every Action there is an Equal and Opposite Reaction."

E Terrell                          Internet-Draft                          55

The Ternary Logical States of the Binary System                October 28, 2006

The problem however, is that, this is a Law defining an 'Action Reaction Event' that is not (as such) defined in Nature. That is, "Unless Acted on by an Additional Force" (i.e. "Acted Upon" by another Force), this represents an 'Action Reaction Event' that does not occur normally in Nature (or anywhere in the Universe).

Now consider the Opposing Argument:

'When a Ball, a Rock, or Rain for that matter, falls in a Pool of Water – What happens? A Wave Front is formed, which travels in all directions, forming a Circle of Propagating Waves that diminishes in size, over time, until the Wave Front vanishes [fig c.]. So – For Newton to be correct, as given by fig a., a Ball rolling Down, then Up an Inclined Plane, must have Equal displacement(s) for both Planes, and Frames of Reference. In fact, it does not matter whether or not the Ball's Motion is on an Inclined Plane, dropped into a Pool of Water, or it is being Bounced, as a Child's play toy, because the Principles of Physics are still the same'.

In other words, from the Logic of the 'Mathematics of Quantification', "Equal and Opposite" means Balance, or Equilibrium; i.e. 'No ability to Change', or 'Continuous without Change'. And for this to exist in Nature - Well... to put it in another way; 'No Life can exist'. And clearly, if there were no difference, the comparison of 'fig a.' and 'fig b.', then the Ball's Motion on the Incline Plane would continue indefinitely, and never stop; 'The Perpetual Motion Machine'.

In any case, while 'Vector Mathematics' concludes that the Measurements for the 'A' and 'B' [fig a.] Planes are Equal; it does not mean Newton was correct. In other words, however small of a difference, the interacting Forces involved in the Mathematical Relationship define an 'Action Reaction Event', which measures the Interaction between the Forces that defines the Dimensional Measurements of the resulting Frame of Reference (Today, it would be called; 'The Magnitude and Directional Difference between Vector Quantities'). In which case, if Newton were correct, then the Height of a bouncing Ball would never change; it would be a Constant, and the Ball would never stop bouncing [Normative References] [Physics 1.].



fig a.



fig b.



Harmonic Wave Pattern of a Ball Dropped into a Pool of Water - yielding Equal Wave Fronts in a Circular Pattern surrounding the Point of Impact, that diminishes as the Wave Propagates outward from this central Point.

fig c.

'Thus, the Ball's slower Upward Motion [fig b.] must define the Loss of Acceleration as the Energy (Heat) Dissipation (related Force) resulting from the opposing Resistance Force (the effects from the downward Force of Gravity 'Relative to the Ball's Mass, or Mass Displacement Unit' [the "Binary Base 2 Exponential" conversion for the Growth in the changing values of the Ball's Opposing Inertia Rest Mass]') that slows the Ball's Motion.'

### –   ACTION REACTION EVENT   –



fig d.

In other words, the resulting Forces defining the 'Action Reaction Event', or the Interaction between 2 or more Vector Quantities, clearly defines at least 3 Forces; i.e. the Objects are 3-D, and not a 2-D Paper Drawing – Consider for example, the 3 Dimensional Perpendicular Relationship between Electricity and Magnetism; where the Magnetic Force defines a Common Phenomenon resulting from the 'Action Reaction Event' involving the creation or occurrence of Electricity. That is, Magnetism defines a unique Electromagnetic Frequency having a Perpendicular flow direction that Propagates simultaneously only with an Electric Current. However, this accompanying Perpendicular Frequency, it should also be noted, is a Common (Non-Magnetic) Attribute having a Frequency of Vibration that defines the Phenomenon resulting from an 'Action Reaction Event', which is Uniquely associated with every Frequency defined by the Electromagnetic Spectrum.

Note: There are 2 distinct measurements for the Velocity of an Object, and both are related to it's Mass;

   1) 'Mass Displacement Unit'

     - defines the Velocity of an Object as a Function of the Force associated with the Mass of a Moving Object

     - Defines the Force resulting from the Motion of a Mass

   2) 'Mass Dimensional Displacement Unit'

     - defines the Distance Traveled by the Velocity of an Object, as a Function of the Dimensional Measurements Displaced by the Mass of the Moving Object

     - i.e. the Dimensions or Shape of the Object's Mass, could be a Square, Circle, Triangle, or any Geometric Shape

      a) The movement of an Object-Mass defines; a Slide, a Tumble, a Rotation, or some combined Motion, measures;

       1) Object Slides  - Mass length
       2) Object Tumbles - Radius of the Pivot Point
       3) Object Rotates - Diameter of Rotation

      b) The Measurement Difference involving the Distance, when the Velocity measures a Point Object, or a Circular Object with a Unit Diameter;

1) When equality exist, the Distance Measurement for both Types of Displacement must be Equal.
2) The accuracy of a Dimensional Displacement measurement questions the relationship between 'Distance and the Square of Time'; i.e. the validity of 'The Law of Falling Bodies'.
3) The 'Unit of Distance' applies only to a Point Object; when the Object has No Dimensions, or its Dimensional measurements are irrelevant-.
4) The 'Mass Dimensional Displacement Unit' measures the Distance, when determining Velocity, made by the Displacement of the Geometry of the Object's Mass, in a given 'Unit of Time'.

Proof: Defining the Problem -

Let the Ball's Mass, and the Force of Gravity, define the Ball's Accelerated Motion: first Down, then Up an Inclined Plane. And then let, the 'Action Reaction Event' define the 'Rest Mass' of the Ball as the measurement defining the Ball's 'Rest Mass Displacement Unit'. The measure of the Dimensional Displacement that the Ball's Mass measures relative to the Value of the Distance value used in the determination of its Velocity; or the measure of the Motion of the Ball's Mass in terms of the Distance Traveled in a given Unit of Time - Velocity as a function of its Mass or, the Velocity of the Mass equals the Force resulting from the Velocity of the Mass - where;

MassDistance = (M x D) = X 'GramInches' = 'X MassDistance').

Then the Equation of the Ball's 'Final Position', (y), is given by (the Variables - [fig e.]);

$$1.1) \quad (z) - (x) = (y)$$

E Terrell                          Internet-Draft                          60

The Ternary Logical States of the Binary System                          October 28, 2006



[Normative References - [Physics 1.] The Rudiments of Finite Physics]

Given that;

1) the optimum 'Angle of Separation' of 60 degrees, defines the balance of the Forces acting upon the Ball's 'Downward Motion' on the Incline Plane also maintains a Result, when all Variables and parameter are Equal, which is Equal to the Result of the Equation defining a Linear 'Action Reaction Event'; i.e. when the given 'Angle of Separation' is Equal to 180 degrees. ('As in a Game of Billiards, when the 'Cue Ball' is used to HIT another Ball into a Pocket) [fig f.].'

```
                              |  'Rest Mass Displacement'
                              |  Position of the Billiard Ball
                         (c) = (X) <--- 'Resistance Force' (3rd Force)
   'Action Force'  --->        |       - Direction -
 - Direction -    (z)  O - - - - > (c) -> O - - - - - - > O
 Starting Position            /|                    (Y)
 of the Cue Ball             / | 'Reaction Force'  --->
 (1st Force)                /  |     - Direction -
                          /    Final Position of
                         /     the Billiard Ball
                        /      (2nd Force)
                        |
                        v
                 - Straight Line -
          'Angle of Separation' = 180 Degree

                      fig f.
```

2) the value of the 'Unit Time', which used to determine the Ball's 'Rest Mass' Velocity [the Ball's 'Rest Mass Velocity' measures the Distance the Ball's Mass Traveled, 'Rest Mass Displacement', in a Unit of Time] is equal to '1'.

3) the Amount of Resistance, which defines the Opposing Force measuring the Ball's Resistance to Motion, is equal to the Force defining the Ball's 'Rest Mass Velocity'; where the 'Rest Mass Displacement' Position is denoted by (z). And it should also be noted, the conclusions derived from this argument applies to the 2 Dimensional Perspective measuring the displacement made by the Ball's Mass in the UP and Down Motion on the Incline Plane. Noting more specifically, that the Ball is Not a 'Point-Mass', its Shape, the measurement of the 'Rest Mass Displacement Unit' has the Dimensions, which resolve its Geometry; given that a 3 Dimensional 'Rest Mass Displacement' equals the Force of Ball (Ball's the Force) defined by the Motion of its Mass.

```
where, the Ball's 'Rest Mass Displacement' = MD

MD = Mass Distance = the Ball's Mass = M

and M/1 = MD/1 = M/t = MD/t = Mass

where t = Unit of Time = 1
```

Thus, from the foregoing;

4) if the Ball's Rest Mass Position represents its Potential Energy, then the
Ball's Rest Mass Position defines its Kinetic Energy as the Resistance Force
measuring the distance that the Ball's Mass Displacement Unit Travels in a
Unit of Time. And this defines the Minimum amount of Force required to
move the Mass of the Ball the equivalent distance, which is equal to the
Dimensional Displacement defining the Distance Traveled by its Mass, or
'One Mass Displacement Unit'.

5) if the Ball's Rest Mass Position defines 'Potential Energy' as 'Static
Equilibrium', then 'Dynamic Equilibrium' defines 'Kinetic Energy'  as the
Ball's 'Rest Mass Velocity'.

6) if the optimum 'Angle of Separation' of 60 degrees, defines the balance of the
Forces acting upon the Ball's 'Down and Upward Motion' on the Incline
Plane, maintains a Result that is also Equal to the Result of the Equation
defining the Vector Quantities involved in a Linear 'Action Reaction
Event': when the given 'Angle of Separation' is Equal to 180 degrees. then
the 'Resistance Force' defined by the Ball's 'Rest Mass Displacement Unit' is
a Constant; because the 'Angle of Separation' does not change the
relationship between the Masses of the interacting Objects.

And given the conclusions from the 'Mathematics of Quantification' and the proof
of 'Fermat's Last Theorem', which provides for the condition of Equality to exist
between the Results from the 2 equations defining the effects from the Force of
Gravity on a Ball traveling on a Straight Horizontal Line Path, and a Sloped Path of
a Non-Horizontal Line, as equal. [- true as well for the Linear and the Non-Linear
Lines, and the Binary and Unary Sets.] Then, if the Slope of the Line through any
Point along the Downward Incline of the Ball's Path, before the Return, or Upward
Path of the Ball Motion equals Zero, then the Ball's Upward Velocity is Less than its
Downward Velocity on the Incline Plane. And the 'Zero Position', (c) in 'fig e.',
defines a 'Force of Resistance', which is equal to the position' (c) of 'fig f.', that
defines the Ball's 'Rest Mass', or 'Rest Mass Displacement Unit' along a Horizontal
Path. – as given by 'fig g.', where the relationship between the Line(s) is given by;

$$ab \; = \; ac \; = \; bc \; = \; cb \; = \; de \; = \; ce$$

E Terrell                           Internet-Draft                           63

The Ternary Logical States of the Binary System                 October 28, 2006

Now, as given by fig g., let:

the 'Cue Ball' at (a), have a 'Rest Mass' equal to the 'Rest Mass' of the
'Billiard Ball' at (c) - which is equal to the 'Rest Mass' of the Ball, (e'), at the
Starting Position (b) rolling Down, then Up to the Final Position (d), on
Incline Plane(s) -



Point of Resistance - the Force of the 'Billiard Ball' is Equal to the
Force of the 'Change in Direction' -

## fig g.

Clearly, if the 'Geometry of the Equilateral Triangle' reveals that the Forces
and Displacement of the Balls is Equal before an identical Mass Equivalent
Force of Resistance [the 'Billiard Ball' in one case, and the 'Change in
Direction' in the other] causes an Equal Velocity Reduction or Decrease in
the Acceleration of both Balls, at the Position (c), then:

```
(a) - (c) = (x1)    and    G(MD(a))/t - MD(c)/t

(b) - (c) = (k)     and    G(MD(b))/t - MD(c)/t

(k) = (k'); where k' - [Read; the Compliment of k: k']

Hence; if (a) = (b),

and; (k) = (e'); where (e') equals the Final Position
                 of the Ball Rolling Up an Incline Plane]

when; ' (c) = MD/t = MD/1 = MD = M = Mass '

then; (k)² + (c)² = (a)² ; or X² + Y² = Z²

and; (k) = (e') = (x1)
```

Hence, figure b [fig b.] is the correct depiction, and Newton's Third Law should have been written as;

If "For every Action there is a Reaction, then the interaction between these Forces defines an 'Action Reaction Event', which is a Natural occurrence in Nature".

- Or - more appropriately as;

```
"For every Force of Action there is an Equal Force of
Reaction, 'If and only If', the 'Quantified Sum of the
Reaction Forces' is equal to the 'Force of Action',
which initiates the 'Action Reaction Event'".
[Normative References -
[Physics 1.] The Rudiments of Finite Physics]
```

E Terrell                          Internet-Draft                          65

The Ternary Logical States of the Binary System              October 28, 2006

In other words, Newton's Third Law of Motion defines the 'Action Reaction Event' only involving 'Equal and Opposite' Forces - representing the equation(s) given by;

$$X = Y, \text{ or } X - Y = 0$$

And this is clearly wrong, because there are at least 3 Forces defined by every 'Action Reaction Event';

1) Force of Action - (b); Ball Rolling Down Incline Plane

2) Force of Resistance - (c); 'Change in Direction' Force

3) Force of Reaction - (k); Ball Rolling Up Incline Plane

Hence, from the Mathematics of Quantification, the equations for the 'Action Reaction Event' [fig g.] is defined by;

$$X + Y = Z, \text{ or } X^2 + Y^2 = Z^2 ;$$

$$\text{where } (b)^2 = Z^2 , \text{ and}$$

$$(b)^2 - (c)^2 = (k)^2$$

[Normative References - [Physics 1.] The Rudiments of Finite Physics]

NOTE: While the Equations and the Conclusions encompassing the Logical Argument of 'Figure g.' are correct - It does not depict the actual or factual Geometry of the Ball's Motion from the effects of Gravity - as given by;



Furthermore, the Foundations of the Calculus, which Newton is accredited for inventing, becomes questionable with the introduction of an Alternate Mathematical Field. Especially since, the New Field represents the development of a New System of Counting, or more specifically, a different (definition) way of representing a Number.

In other words, the point to be made in this case, is that; the 'Derivative of a Constant' 'Is Not Equal to Zero'. Especially since, if the 'Constant' is unknown, then it's Derivative, using the New representation for a Numeral [page 48], is given by (the 'Power Rule');

$2EX = C$ ;

where C = Constant, and 2EX defines any Integer

So.. - What's the Derivative of '2EX'?

Using the 'Power Rule', Let 2 = N, and $2EX = 2^X$, then;

$$\frac{d}{dx}(NEX) = XNE(X-1) = XN^{X-1}$$

- Or -

$$\frac{d}{dx}(2EX) = 2XE(X-1)$$

Given that;

$$XN^{X-1} = 2XE(X-1) = 2XEX - 1 = 2X^{X-1}$$

{This represents; 'The Fall of Differential Caluclus'- 'The Rudiments of Finite Algebra' - [2.]}

- As for 'Time-Travel' and 'Parallel (Nested) Universes': the thoughts of Science Fiction writers, the Beliefs of World renowned Physicists, or the utterances of the disassociated - those believed to be Insane, because they do not have a University Affiliation.

It does not matter who believes 'what', because;

1) 'Time-Travel' is an impossibility, which would violate the Conservation Laws. In other words, Matter and Energy Cannot be Re-Animated; Created or Destroyed.

2) 'Parallel Universe(s)', just like the existence of more than 3 Dimensions, or any claim that Empty Space defines a 'Void of Nothingness' having Material Properties: a Physical Impossibility, Because it violates the Conservation Laws of Physics.

3) In fact, it should be quite clear from an analysis of the foregoing Conclusions – 'If Newton's Third Law of Motion is wrong, then the 'Holy Grail' of Physics, 'F = Ma' (▒▒▒▒ ▒ ▒▒▒▒ ▒ ▒▒▒▒▒▒▒▒▒), is WRONG TOO! In other words, Stationary or in Motion, the Mass of every Object is the Force resisting any change in its Equilibrium. Hence;

$$\texttt{Force = (Mass x Distance)}^2 \div \texttt{time}^2 = \texttt{(MD)}^2/\texttt{t}^2$$

- Clearly, in a Supercilious world controlled by Posturing Charlatan(s), mired by the allegories of Buffoons, only the Insane is believed to be Intelligent...

In other words, it should by quite clear that the extension of the Binary Set, {0,1}, which is being used today to represent an Integer, defines a Synthetic Process that does Not represent a True Number having a Real Numerical Value.

That is, since every Binary Number represents the Exponent in a Base 2 Exponential Operation, Binary Zero, which has a REAL Numerical value, actually defines an Irrational Number that is a Variable. Hence, the definition of a Binary Number is given by;

---

<u>Definition</u>

A Binary Number is the Exponent in a Base 2 Exponential Operation.

---

## 5. Work(s) in Progress;

These drafts represent the twelve chapters of the Networking Bible, designing a Network IP Addressing Specification that maintains a 100 Percent backward compatibility with the IPv4 Specification. In other words, this is a design specification developed from the Theory of the Expansion of the IPv4 IP Addressing Specification, which allowed the representation of the Network for the entire World on paper, and the possibility of an Infinite IP Address Pool. Nevertheless, the Internet-Drafts listed below, "Cited as Work(s) in Progress', explain the design Specification for the development of the IPtX (IP Telecommunications Specification) Protocol Addressing System and the correction of the Mathematical Error in the Binary System.

### Computer Science / Internet Technology:

1. http://www.ietf.org/internet-drafts/draft-terrell-logic-analy-bin-ip-spec-ipv7-ipv8-10.txt
(Foundational Theory for the New IPtX family IP Addressing Specification, and the Binary Enumeration error discovery after the correction.) - "Work(s) in Progress'

2. http://www.ietf.org/internet-drafts/draft-terrell-simple-proof-support-logic-analy-bin-02.txt
(The 2nd proof for the existence of another Binary System, resulting from the Error Correction.)
-    "Work(s) in Progress'

3. http://www.ietf.org/internet-drafts/draft-terrell-visual-change-redefining-role-ipv6-01.pdf
(Argument against the Machine dependant IPv6 deployment.)
- "Work(s) in Progress'

4. http://www.ietf.org/internet-drafts/draft-terrell-schem-desgn-ipt1-ipt2-cmput-tel-numb-02.pdf
(The foundation of the New IPtX Addressing Spec compared to the Telephone Numbering System.)
- "Work(s) in Progress'

5. http://www.ietf.org/internet-drafts/draft-terrell-internet-protocol-t1-t2-ad-sp-06.pdf
(The IPtX Addressing Specification Address Space / IP Address Allocation Table; establishes the visual perspective that actually represents Networking Schematic Networking the entire World on Paper.) - "Work(s) in Progress'

6. http://www.ietf.org/internet-drafts/draft-terrell-iptx-spec-def-cidr-ach-net-descrip-01.pdf
(Re-Defines CIDR) {Classes Inter-Domain Routing Architecture} and introduces the Network Descriptor for the IPtX Addressing Standard.) - "Work(s) in Progress'

7. http://www.ietf.org/internet-drafts/draft-terrell-math-quant-new-para-redefj-bin-math-04.pdf
(The 3rd Proof for the New Binary System, correcting the error in Binary Enumeration.)
- "Work(s) in Progress'

8. http://www.ietf.org/internet-drafts/draft-terrell-gwebs-vs-ieps-00.pdf
(Defining the GWEBS – The Global Wide Emergency Broadcast System)
- "Work(s) in Progress'

9. http://www.ietf.org/internet-drafts/draft-terrell-iptx-dhcp-req-iptx-ip-add-spec-00.pdf
(The development of the DHCP {Dynamic Host Configuration Protocol} for the IPTX IPSpec)
- "Work(s) in Progress'

The Ternary Logical States of the Binary System                          October 28, 2006

10. http://www.ietf.org/internet-drafts/draft-terrell-iptx-dns-req-iptx-ip-add-spec-03.pdf
(The development of the DNS {Domain Naming Specification} the for IPTX IPSpec)
 - "Work(s) in Progress'

11. http://www.ietf.org/internet-drafts/draft-terrell-math-quant-ternary-logic-of-binary-sys-12.pdf
(Derived the Binary System from the proof of "Fermat's Last Theorem", and Developed the Ternary
Logic for the Binary System) - "Work(s) in Progress"

12. http://www.ietf.org/internet-drafts/draft-terrell-cidr-net-descrpt-expands-iptx-add-spc-21.pdf
- "Work(s) in Progress"
(An application of Quantum Scale Theory, the $2^x : 1$ Compression Ratio, the Expansion derived from
the 'CIDR Network Descriptor, and the Mathematics of Quantification provided the foundation for
the development of the "Intelligent Quantum Tunneling Worm Protocol"; A Routable Mathematical
Exponential Expression, Backend IP Addressing Protocol that provides an (nearly) Unlimited IP
Address Space using the Compression Ratio $2^x : 1$.)

13. http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dns-specification-04.pdf
    (The development of the IPtX / IPtX-MX DNS {Domain Name Service} for IPTX IP
     Addressing Spec) 'Work(s) in Progress'

14. http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dhcp-specification-02.pdf
    (The development of the IPtX / IPtX-MX DHCP {Dynamic Host Configuration Protocol } for
     IPTX IP Addressing Spec) 'Work(s) in Progress'

Note: These Drafts has Expired at www.ietf.org Web Site. However, you can still find copies posted
     at Web Sites all over the World. {Suggestion; Perform Internet search using "Yahoo"
     or "Google", Key word: "ETT-R&D Publications"}.

E Terrell                          Internet-Draft                              71

The Ternary Logical States of the Binary System                    October 28, 2006

## Normative References:

**Pure Mathematics:**

1. The Proof of Fermat's Last Theorem; The Revolution in Mathematical Thought {Nov 1979}
   Outlines the significance of the need for a thorough understanding of the Concept of
   Quantification and the Concept of the Common Coefficient. These principles, as well many others,
   were found to maintain an unyielding importance in the Logical Analysis of Exponential
   Equations in Number Theory.

2. The Rudiments of Finite Algebra; The Results of Quantification {July 1983}
   Demonstrates the use of the Exponent in Logical Analysis, not only of the Pure Arithmetic
   Functions of Number Theory, but Pure Logic as well. Where the Exponent was utilized in the
   Logical Expansion of the underlining concepts of Set Theory and the Field Postulates. The results
   yield another Distributive Property that is Conditional, which supports the existence of a Finite
   Field (i.e. Distributive Law for Exponential Functions) and emphasized the possibility of an
   Alternate View of the Entire Mathematical field.

3. The Rudiments of Finite Geometry; The Results of Quantification {June 2003}
   Building upon the preceding works from which the Mathematics of Quantification was derived.
   Where by it was logically concluded that there existed only 2 mathematical operations; Addition
   and Subtraction. In other words, the objectives this treatise maintained, which was derived from
   the foundation of the Mathematics of Quantification; involves not only the clarification of the
   misconceptions concerning Euclid's Fifth Postulate, and the logical foundation of his work, or the
   existence of 'Infinity in a Closed Bound Finite Space'. But, the logical derivation of the
   Foundational Principles that are consistence with the foundation presented by Euclid, which would
   establish the logical format for the Unification of all the Geometries presently existing.

4. The Rudiments of Finite Trigonometry; The Results of Quantification {July 2004}
   The development of the concepts for Finite Trigonometry from the combined foundations derived
   from numbers 3 and 5, and the Mathematics of Quantification.

5. The Mathematics of Quantification and the Metamorphosis of $\pi : \tau$ { October 2004}
   The logical derivation of the exact relationship between the Circumference and the Diameter of
   the Circle, which defines the measurement of the exact length of the Circle's Circumference,$\tau$
   when the Radius is equal to '1'.

6. Squaring the Circle? First! What is the Circle's Area? {January 2005}
   The Rhind Papyrus Tale and the 10,000 year old quest involving "Squaring the Circle";
   derivation of the equation resolving the Area of the Circle. An illusion perplexing the Sight and
   Mind of the greatest mathematicians for about 10,000 years, which maintains an elementary
   algebraic solution: $(\pi r \div 2)^2 = $ Area of Circle.

**Physics:**

1. The Mathematics of Quantification & The Rudiments of Finite Physics
   The Analysis of Newton's Laws of Motion…the Graviton' { December 2004}
   Through the use of Finite Algebra, Geometry, Trigonometry, and # 5, investigation of the
   Laws of Classical Physics were found to be erroneous. This allowed the presentation of the
   initial work, which correct the flaws in Classical Physics, and establishes the foundation upon
   which there exist the possibility of a Grand Unified Field Theory for the Natural Sciences.

E Terrell                         Internet-Draft                         72

The Ternary Logical States of the Binary System                 October 28, 2006

**Informative References**

1.  G Boole ( Dover publication, 1958 ) "An Investigation of The Laws of Thought" On which is founded The Mathematical Theories of Logic and Probabilities; and the Logic of Computer Mathematics.

2.  R Carnap ( University of Chicago Press, 1947 / 1958 ) "Meaning and Necessity" A study in Semantics and Modal Logic.

3.  R Carnap ( Dover Publications, 1958 ) " Introduction to Symbolic Logic and its Applications"

Author:

Eugene Terrell

Principle Director
Research & Development

Engineering Theoretical Technologies
Research & Development Publications
(ETT-R&D Publications)

3312 64th Avenue Place
Oakland, CA. 94605
Voice: 510-636-9885
E-Mail: eterrell00@netzero.net

"This work is Dedicated to my first and only child, 'Princess Yahnay', because she is the gift of Dreams, the true treasure of my reality, and the 'Princess of the Universe'. (E.T. 2006)"

Note: Illinois Institute of Technology, University of Chicago, Northeastern Illinois University, University of Illinois Chicago Circle Campus, Stanford University, UCLA, Kennedy-King College, Canada, United States, Russia, Germany, France, Scientific American, and several other popular magazines received a copy of one, or both, of the proofs are listed above; 1 and 2, the notarized proofs that were sent for review between, 1980 and 1983 (to name, just only a few recipients).

Copyright (C) The IETF Trust (2007).

This document is subject to the rights, licenses and restrictions contained in BCP 78, and except as set forth therein, the authors retain all their rights.

This document and the information contained herein are provided on an "AS IS" basis and THE CONTRIBUTOR, THE ORGANIZATION HE/SHE REPRESENTS OR IS SPONSORED BY (IF ANY), THE INTERNET SOCIETY, THE IETF TRUST, AND THE INTERNET ENGINEERING TASK FORCE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Intellectual Property

The IETF takes no position regarding the validity or scope of any Intellectual Property Rights or other rights that might be claimed to pertain to the implementation or use of the technology described in this document or the extent to which any license under such rights might or might not be available; nor does it represent that it has made any independent effort to identify any such rights. Information on the procedures with respect to rights in RFC documents can be found in BCP 78 and BCP 79.

Copies of IPR disclosures made to the IETF Secretariat and any assurances of licenses to be made available, or the result of an attempt made to obtain a general license or permission for the use of such proprietary rights by implementers or users of this specification can be obtained from the IETF on-line IPR repository at http://www.ietf.org/ipr.

The IETF invites any interested party to bring to its attention any copyrights, patents or patent applications, or other proprietary rights that may cover technology that may be required to implement this standard. Please address the information to the IETF at ietf-ipr@ietf.org.

Acknowledgement

Funding for the RFC Editor function is provided by the IETF Administrative Support Activity (IASA).

E Terrell                           Internet-Draft                            75

The Ternary Logical States of the Binary System                October 28, 2006

Internet Draft                                          E. Terrell
Category: Proposed Standard                   ETT-R&D Publications
Expires: March 3rd, 2008                           September 2007

## The IPtX Dynamic Host Configuration Protocol; DHCPvIPtX-MX

### 'draft-terrell-iptx-mx-dhcp-specification-02'

### Status of this Memo

Internet-Drafts are working documents of the Internet Engineering Task Force (IETF), its areas, and its working groups. Note that other groups may also distribute working documents as Internet-Drafts.

Internet-Drafts are draft documents valid for a maximum of six months and m ay be updated, replaced, or obsoleted by other documents at any time. It is inappropria te to use Internet-Drafts as reference material or to cite them other than as "work in progress."

"This document may not be modified, and derivative works of it may not be created, except to publish it as an RFC and to translate it into languages other than English."

The list of current Internet-Drafts can be accessed at
http://www.ietf.org/ietf/1id-abstracts.txt.
The list of Internet-Draft Shadow Directories can be accessed at
http://www.ietf.org/shadow.html.

### Intellectual Property Rights (IPR) Statement

By submitting this Internet-Draft, each author represents that any applicable patent or other IPR claims of which he or she is aware have been or will be disclosed and any of which he or she becomes aware will be disclosed, in accordance with Section 6 of BCP 79.

### Requirements Terminology

The keywords Must, Must Not, Required, Shall, Shall Not, Should, Should Not, Recommended, May, and Optional, when they appear in this document, are to be interpreted as described in [RFC-2119].

### Conventions

Please note, the mathematical operators that cannot be represented in the 'txt' file format, which represent; the '^' Carrot sign for 'NESTED' Super-Script, and the 'v' sign is used for a 'NESTED' Sub-Script.

This Internet-Draft will expire on March 3rd, 2008.

E Terrell                              Internet Draft                                     1

The IPtX-MX Dynamic Host Configuration Protocol              March 3rd, 2008

**Abstract**

This document defines the IPtX Specification for the 'Dynamic Host Configuration
Protocol'; IPtX / IPtX-MX DHCP (DHCPvIPtX-MX), which provides Backwards
Compatibility with the IPv4 Specification without compromise or change to current
DHCP Server and Client Configuration and / or Operational requirements. And
more importantly, because the IPtX / IPtX-MX Specification represents a 3 State
Binary IP Addressing Specification, there are 2 IP Address Band Specifications;
Mobile IP Address Pool and a Stationary IP Address Pool, with a 3 Dimensional
Locator, which represents a 3 IP Address Coordinate System that uses an
EMERGENCY Broadcast [e911] to establish a Synchronized LINK with 3 different
[KNOWN] Router Locations and the MAC Address, to Triangulate the Location of
any Node Connected to the Network -

[Given that - The 3 IP Address Coordinate System uses the CIDR Network
Descriptors, '/0000:00', '+/0000:00', '-/0000:00' to differentiate the IP Address
Broadcasting Node's Location to the 3 different [KNOWN] Router Locations,
the differentiated IP Addresses however, must use the same IPtX-MX MAC
Address to identify the Node's Hardware.]

# Table of Contents

Abstract

Introduction

IANA Considerations

    I. The DHCPv4 and DHCPv6 Header Design Specification

    II. The IPv4 Compatibility DHCPvIPtX-MX 32 Bit Design Specification

    III. The 'Preferred' DHCPvIPtX-MX 32 / 64 Bit Design Specification

    IV. IPtX / IPtX-MX Mobile IP Addressing Specification

    V.     IPtX / IPtX-MX Subnet ID

Special IANA Considerations

Security Considerations

References

    Work(s) in Progress

    Normative References

    Informative References

E Terrell               **Internet Draft**             **3**

The IPtX-MX Dynamic Host Configuration Protocol        March 3rd, 2008

## Introduction

The DHCPv4 Header, which was derived from the Bootp Protocol (RFC 951 Bootstrap Protocol), other than Commands, has not changed since 1985. And clearly, the purpose or functional use of DHCPv4 not is obsolete, because there are several viable reasons not to assign a Static IP Address to a Client. Especially when the Client is only a Guest of the Network. In other words, if any improvement in Performance or Use necessitates Change, then the DHCPvIPtX-MX Specification prescribes the logically viable reason(s) for making the changes.

**IANA Consideration**

**I. The DHCPv4 and DHCPv6 Header Design Specification**

```
                  IPv4 32 Bit Header

     0                   1                   2                   3
     1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
1.  |Ver|  IHL  |    TOS      |          Total length             |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
2.  |      Identification     | Flags |     Fragment offset       |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
3.  |      TTL      |  Protocol   |         Header checksum       |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
4.  |                    SOURCE ADDRESS                           |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
5.  |                  DESTINATION ADDRESS                        |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
6.  |                        Options                              |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
7.  |                        Options                              |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
8.  |                        Options                              |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
9.  |                  Options and Padding                        |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
    |-------------------------------------------------------------|
```

## DHCPv4 32 Bit Header

```
     0                   1                   2                   3
     1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
1.  |Opcode 8 Bits| H-ware type|Hardware address length| Hop count|
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
2.  |                        Transaction ID                       |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
3.  |          Number of seconds      |            Flags          |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
4.  |                      Client IP address                      |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
5.  |                       Your IP address                       |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
6.  |                      Server IP address                      |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
7.  |                     Gateway IP address                      |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
9.  |                  Client hardware address :::                |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
11. |                      Server host name :::                   |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
12. |                      Boot filename :::                      |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
13. |                        Options :::                          |
    |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
    |-------------------------------------------------------------|
```

## IPv6 32 Bit Header

```
       0                   1                   2                   3
       1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
   1.  |Ver |Traffic Class |              Flow Label                   |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   2.  |       Payload Length        | Next Header |     HOP LIMIT      |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   3.  |                         SOURCE ADDRESS                        |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   4.  |                         SOURCE ADDRESS                        |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   5.  |                         SOURCE ADDRESS                        |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   6.  |                         SOURCE ADDRESS                        |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   7.  |                      DESTINATION ADDRESS                      |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   8.  |                      DESTINATION ADDRESS                      |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
   9.  |                      DESTINATION ADDRESS                      |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  10.  |                      DESTINATION ADDRESS                      |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  11.  |                             DATA                              |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  12.  |                             DATA                              |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  13.  |                             DATA                              |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  14.  |                             DATA                              |
       |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
       |---------------------------------------------------------------|
```

Note: IPv6 Header Bit-Map Length = 14 x 4 Octets = 56 Octets
14 x 32 Bits = 56 Octets = IPv6 Header 448 Bits

# DHCPv6 32 Bit Header

```
0                   1                   2                   3
1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
|   Message   |          Data / Options* (variable length)   |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

### Data / Options Information Fields*

```
|  msg-type   |              transaction-id                  |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                                                           |
|                       Options                             |
|                 (variable (16 octets) :::: )              |
|                                                           |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|     msg-type   |   hop-count   |link-address (16 octets) ::::|
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                  peer-address (16 octets) ::::             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|options (variable number and length) (16 octets) ::::       |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

```
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|         1         |    hardware type (16 bits)   |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                  time (32 bits)                  |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|      link-layer address (variable length) (16 octets) ::::|
|+ + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|         2         |        enterprise-number     |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|  enterprise-number (contd)  | Identifier (16 octets) :::: |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|         3         |    hardware type (16 bits)   |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|      link-layer address (variable length) (16 octets) ::::|
|+ + + + + + + + + + + + + + + + + + + + + + + + +|


|      OPTION_IA_PD          |        option-length        |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                    IAID (4 octets)               |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                        T1                        |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                        T2                        |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                                                  |
|                    IA_PD-options                 |
|                                                  |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|


|      OPTION_IAPREFIX        |        option-length        |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                  preferred-lifetime              |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                   valid-lifetime                 |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
| prefix-length |   IPv6 prefix (16 octets) ::::           |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
|                   IAprefix-options               |
|+ + + + + + + + + + + + + + + + + + + + + + + + +|
```

```
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|    OPTION_NIS_SERVERS       |         option-len             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                 NIS server (IPv6 address) (16 octets) :::: |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                 NIS server (IPv6 address) (16 octets) :::: |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                      Additional Options ::::                |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|    OPTION_NIS_DOMAIN_NAME    |         option-len             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                      nis-domain-name ::::                   |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|   OPTION_NISP_DOMAIN_NAME    |         option-len             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                      nisp-domain-name ::::                  |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|

|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|    OPTION_SNTP_SERVERS       |         option-len             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                 SNTP server (IPv6 address) (16 octets) :::: |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                 SNTP server (IPv6 address) (16 octets) :::: |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                      Additional Options ::::                |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|           option-code       |         option-len             |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                    information-refresh-time                 |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

```
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|    OPTION_BCMCS_SERVER_A    |        option-len          |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|      BCMCS Control server-1 (IPv6 address) (16 octets) ::::  |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|      BCMCS Control server-2 (IPv6 address) (16 octets) ::::  |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                  Additional Options ::::                   |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|    OPTION_SUBSCRIBER_ID    |        option-len          |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                        subscriber-id                     |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|         OPTION_FQDN        |        option-len          |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|  flags     |        domain-name   (16 octets) ::::      |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|

|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
| OPTION_NEW_POSIX_TIMEZONE  |        option-len          |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                   TZ POSIX String (16 octets) ::::       |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|


|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|  OPTION_NEW_TZDB_TIMEZONE   |        option-len          |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
|                          TZ Name                         |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

## II. The IPtX / IPtX-MX 32/64 Bit Header Design Specification

```
        IPtX / IPTX-MX 32 / 64 Bit Header

0               1               2               3
1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
/                   32 Bit Header Scale                        /

0               2               4               6
2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4
/                   64 Bit Header Scale                        /
/                                                              /

  /    ┌─────────────────────────────────────────────┐        /
  /    │ IPtX 32 / 64 Bit Header Information Fields   │        /
  /    └─────────────────────────────────────────────┘        /
1 |  IPtX Version = 2E21/53 = 21/53 Bits |  Parity Notify Bit* |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
2 |    Prefix    |DESTINATION ADDRESS Exponent = 2E 14 / 46 Bits|
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
3 |DESTINATION ADDRESS Exponential Decimal String = 2E22/54 Bits|
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
4 |  TTL / HOP LIMIT |   Option Section FLAGS =   16 / 32 Bits  |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
5 |  IPtX Version = 2E21/53 = 21/53 Bits |  Parity Notify Bit* |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
6 |    Prefix    | SOURCE ADDRESS Exponent =  2E 14 / 46 Bits  |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
7 | SOURCE ADDRESS Exponential Decimal String = 2E 22 / 54 Bits |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
8 |         2E10.12 Bits = Option Section = 2E24.30 Bits        |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
9 |          2E10.12 Bits = DATA = 2E24.30 Bits                 |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  |------------------------------------------------------------|
    Note*: The 'Parity Notificication Bit' defines the 'PREFIX' as either a
           Character (1 Bit), or an Integer (O Bit).
```

# DHCPvIPtX-MX  32 Bit Header

```
        0               1               2               3
        1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  1.    | Parity Bit     |      Message CALL Flags 32 Bits             |
        | Flip to 64 Bits |                                            |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  2.    | Parity Bit     |      Option CALL Flags 32 Bits              |
        | Flip to 64 Bits |                                            |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  3.    | Authorization Transaction ID = 2E24 = 24 Bits|TTL/HOP LIMIT |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  4.    |    IPtX Version = 2E24 = 24 Bits    |  Parity Notify Bit*  |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  5.    |   Prefix       |   Server ADDRESS Exponent =  2E14 Bits      |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  6.    |   Server ADDRESS Exponential Decimal String = 2E22 Bits      |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  7.    |    IPtX Version = 2E24 = 24 Bits    |  Parity Notify Bit*  |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  8.    |   Prefix       |   Gateway ADDRESS Exponent =  2E14 Bits     |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  9.    |  Gateway ADDRESS Exponential Decimal String = 2E22 Bit       |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 10.    |            Message Section Exponent =  2E54 Bits             |
 11.    |                                                             |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 12.    |    Message Section Exponential Decimal String = 2E22 Bits    |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 13.    |            Option Section Exponent =  2E54 Bits              |
 14.    |                                                             |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 15.    |   Option Section Exponential Decimal String = 2E22 Bits      |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 16.    |               Requesting  Client's                          |
        |   IPtX / IPtX-MX MAC Address and Hardware Info = 64 Bits     |
 17.    |  2EX.0000... = 2E4,194,304  -  2EQ.0000... = 2E4,194,304     |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 18.    |   Client's Network Account Info / DATA = 2E10.12 Bits        |
        |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
        |-------------------------------------------------------------|
```

```
Note: Client's MAC Address is used as SOURCE Address when Requesting
      Client is on the Backbone of the DHCP Server's Network.
```

In the structure of the Header noted above, for example, where each numbered Line defines a 32 Bit Field in a Transmission Sequence having the format of a Sentence, defines the 'Message and Option CALL Flag Fields' as a Set of Pointers interfacing with the 'Message and Options Section Fields', which defines a Set of Instructions ENCODED by the 'DCE Unit' that Performs a DHCP Task - as given below;

```
0 |01  |02 |03 |04 |05 |06 |07 |08 |09 |10 |11 |12 |...|32 |...|64 |
|                     Message Call Flags 64 Bits                   |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

01 - SOLICIT.              09 - DECLINE.

02 - ADVERTISE.            10 - RECONFIGURE.

03 - REQUEST.              11 - INFORMATION-REQUEST.

04 - CONFIRM.              12 - RELAY-FORW.

05 - RENEW.                13 - RELAY-REPL.

06 - REBIND.               14 - Undefined.
                            :      :
07 - REPLY.                 :      :
                            :      :
08 - RELEASE.              64 -  Undefined.

```
0 |01 |02 |03 |04 |05 |06 |07 |08 |09 |10 |11 |12 |...|32 |...|64 |
|                          Option CALL Flags 64 Bits                |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

01 - OPTION_CLIENTID.       ******   17 - OPTION_VENDOR_OPTS.

02 - OPTION_SERVERID.       ******   18 - OPTION_INTERFACE_ID.

03 - OPTION_IA_NA.          ******   19 - OPTION_RECONF_MSG.

04 - OPTION_IA_TA.          ******   20 - OPTION_RECONF_ACCEPT.

05 - OPTION_IAADDR.         ******   21 - SIP Servers Domain Name List.

06 - OPTION_ORO.            ******   22 - SIP Servers IPtX Address List.

07 - OPTION_PREFERENCE.     ******   23 - DNS Recursive Name Server.

08 - OPTION_ELAPSED_TIME.   ******   24 - Domain Search List.

09 - OPTION_RELAY_MSG.      ******   25 - OPTION_IA_PD

10 - undefined.             ******   26 - OPTION_IAPREFIX

11 - OPTION_AUTH.           ******   27 - OPTION_NIS_SERVERS

12 - OPTION_UNICAST.        ******   28 - OPTION_NISP_SERVERS

13 - OPTION_STATUS_CODE.    ******   29 - OPTION_NIS_DOMAIN_NAME

14 - OPTION_RAPID_COMMIT.   ******   30 - OPTION_NISP_DOMAIN_NAME

15 - OPTION_USER_CLASS.     ******   31 - SNTP server list.

16 - OPTION_VENDOR_CLASS.   ******   32 - Information Refresh Time.

```
0 |01 |02 |03 |04 |05 |06 |07 |08 |09 |10 |11 |12 |...|32 |...|64 |
|                      Option CALL Flags 64 Bits                  |
|+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
```

33 - BCMCS Controller Domain Name list.     *** 49 - Undefined.

34 - BCMCS Controller IPtX address list.    *** 50 - Undefined.

35 - undefined.                             *** 51 - Undefined.

36 - OPTION_GEOCONF_CIVIC.                   *** 52 - Undefined.

37 - OPTION_REMOTE_ID.                       *** 53 - Undefined.

38 - Relay Agent Subscriber-ID.             *** 54 - Undefined.

39 - FQDN, Fully Qualified Domain Name.      *** 55 - Undefined.

40 - OPTION_PANA_AGENT.                      *** 56 - Undefined.

41 - OPTION_NEW_POSIX_TIMEZONE.              *** 57 - Undefined.

42 - OPTION_NEW_TZDB_TIMEZONE.               *** 58 - Undefined.

43 - OPTION_ERO.                             *** 59 - Undefined.

44 - OPTION_LQ_QUERY.                        *** 60 - Undefined.

45 - OPTION_CLIENT_DATA.                     *** 61 - Undefined.

46 - OPTION_CLT_TIME.                        *** 62 - Undefined.

47 - OPTION_LQ_RELAY_DATA.                   *** 63 - Undefined.

48 - OPTION_LQ_CLIENT_LINK.                  *** 64 - Undefined.

RECALL;    -- Using the 'Data Compression' Ratio; '2EX : 1', or $2^X$ --

Example of Encoding the Bit-Map of the Equation for the 'Message and Option Section Fields'

Example of Text to encode...

> 'I went to the store today.'

| I | = 01001001 = 73 = 2EX ~ 2E8

| went | = 0111011101100101011011001110100 = 2,003,136,116 = 2EX ~ 2E32

| to | = 0111010001101111 = 29,807 = 2EX ~ 2E16

| the | = 01110100011010000110010 = 7,628,901 = 2EX ~ 2E24

| store | = 0111001101110100011011110111001001100101 = 495,874,699,877 = 2EX ~ 2E40

| today | = 0111010001101111011001000110000101111001 = 500,085,055,865 = 2EX ~ 2E40

| ' . ' | = 00101110 = 46 = 2EX ~ 2E8

The Equivalent Binary Numerical Conversion to be Transmitted;

'I went to the store today.'                'Iwenttothestoretoday.'

01001001001000000111011011001      01001001011011101100101011011
01011011100111010000100000111      10011101000111010001101111010111
01000110111100100000001110001      01000110100001001010111001101
10100001100101001000000111000011   11010001101111011100100110010101
01110100011011110110010011001      01110100011011110110010001100011000
01001000000111010001101111010110   010111100100101110
01000110000010111100100101110

         208 Bits                                    168 Bits

In other words, everything is counted, which includes the Blank
SPACES Separating every word the sentence contains –

      168 Bit Sentence '6 Words' = 'I went to the store today.'

                  Blank Space ' ' separating Words

                        00100000 = 8 BITS

---

Now... 'Taking it Away' yields;

                         'I went to the store today.'

  [I] = 01001001 ~ 2E8 = 73

                    Blank Space ' ' = 00100000 ~ 2E8 = 32

  [went] = 01110111011001010110111001101000
       ~ 2E32 = 2,003,136,116

                    Blank Space ' ' = 00100000 ~ 2E8 = 32

  [to] = 0111010001101110 ~ 2E16 = 29,807

                    Blank Space ' ' = 00100000 ~ 2E8 = 32

  [the] = 011101000110100001100101 ~ 2E24 = 7,628,901

                    Blank Space ' ' = 00100000 ~ 2E8 = 32

  [store] = 0111001101110100011011110111001011001010
       ~ 2E40 = 495,874,699,877

                    Blank Space ' ' = 00100000 ~ 2E8 = 32

  [today] = 0111010001101111011001000110000101111110010
       ~ 2E40 = 500,085,055,865

      –  No Blank Space Separating the 'WORD' and the 'Period'  –

  ['.'] = 00101110 ~ 2E8 = 46 (No Blank Space or 'Carriage Return' after the Period.)

And... 'Putting it Together' yields;

        'I + went + to + the + store + today + .'

   I - 01001001 - 73 +

   Blank Space - 00100000 - 32 +

   went - 0111011011001010110111001110100 - 2,003,136,116 +

   Blank Space - 00100000 - 32 +

   to - 01110100011011110 - 29,807 +

   Blank Space - 00100000 - 32 +

   the - 01110100011011000011001010 - 7,628,901 +

   Blank Space - 00100000 - 32 +

   store - 011100110111010001101111011100010011001010 - 495,874,699,877 +

   Blank Space - 00100000 - 32 +

   today - 011101000110111101100100011000010111110010 - 500,085,055,865 +

   No Blank Space - Zero

   ' . ' - 00101110 - 46

---

Assembling (Joining) the Data Stream yields;

   I(73) + Blank(32) + went(2,003,136,116) + Blank(32) + to(29,807) +
   Blank(32) + the(7,628,901) + Blank(32) + store(495,874,699,877) +
   Blank(32) + today(500,085,055,865) + Period(46)

 =  73 + 32 + 2003136116 + 32 + 29807 + 32 + 7628901 + 32 +
    495874699877 + 32 + 500085055865 + 46 = 60 Digit Number

        =  733,220,031,361,163,229,807,327,628,901,324,958,746,
           998,773,250,008,505,586,546 = 2E198.868003799...

        =   2        E       198    .  868003799 ...
        =  11 01000101   11000110  .  110011101111001010111111010111
        =  2E198.868003799... = 48 Bit-Mapped Displacement
                  [ ' . ' = 8 Bits = 00101110 = 46 ]
   48 - 56 Bits  vs  208 Bits    -    6 - 7 Octets  vs  26 Octets

- Or -

  = 60 Digit Number = 'I went to the store today.' = 2E198.868003799...

And this is equivalent to 26 Bytes, or approximately 208 Bits.

- Or -

2E198.868003799... ~ 2E208 = an approximate Bit-Mapped Displacement of 20 Bits
(4 + 8 + 8). Or 20 Bits vs. 208 Bits; represents the difference between Bit-Mapping
the 'Data Stream', as compared to Bit-Mapping the Equation of the 'Data Stream'.

Note: The Bit Mapped example used above follows from the Current Binary
        Translation, which includes the Askew Error!

And more importantly, the Compression Ratio becomes even greater, by some
Exponential factor, as the amount of Data, which is to be Compressed increases. -
e.g. 100Mbyte (800 MBit ~ 100,000,000 Octets) Document is compressed to
'2E800,000,000', or (4 + 8 + 30) 42 Bits (~ 6 Octets) [Approximating a '20,000,000 to
1' Bit-Mapped Compression Ratio].

Furthermore, it should be readily concluded, since each of the numbered Line in the
DHCPvIPtX-MX Header defines a 32 Bit Field in a Transmission Sequence having
the format of a Sentence, also defines the 'Message and Option CALL Flag Fields'
as a Set of Pointers interfacing with the 'Message and Option Section Fields'. Where
the 'Message and Options Section Fields' contains the Set of Instructions
ENCODED by the 'DCE Unit', can Perform any assigned DHCP Task.

### III. The IPtX / IPtX-MX 64 Bit Header Design Specification

# DHCPvIPtX-MX 64 Bit Header

```
     0                 2                 4                 6
     2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4
1.   |              Message CALL Flags 64 Bits                      |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
2.   |              Option CALL Flags 64 Bits                       |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
3.   |Authorization Transaction ID = 2E24 = 24 Bits |TTL/HOP LIMIT |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
4.   |     IPtX Version = 2E24 = 24 Bits      | Parity Notify Bit*  |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
5.   |    Prefix      |    Server ADDRESS Exponent =  2E46 Bits      |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
6.   |     Server ADDRESS Exponential Decimal String = 2E54 Bits    |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
7.   |     IPtX Version = 2E24 = 24 Bits      | Parity Notify Bit*  |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
8.   |    Prefix      |    Server ADDRESS Exponent =  2E46 Bits      |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
9.   |     Server ADDRESS Exponential Decimal String = 2E54 Bit     |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
10.  |             Message Section Exponent =  2E118 Bits           |
11.  |                                                              |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
12.  |  Message Section Exponential Decimal String = 2E54 Bits      |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
13.  |             Option Section Exponent =  2E118 Bits            |
14.  |                                                              |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
15.  |   Option Section Exponential Decimal String = 2E54 Bits      |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
                    Requesting  Client's
16.  |   IPtX / IPtX-MX MAC Address and Hardware Info = 64 Bits     |
     |   2EX.0000... = 2E4,194,304  -  2EQ.0000... = 2E4,194,304    |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
17.  |   Client's Network Account Info / DATA = 2E10.12 Bits        |
     |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
     |--------------------------------------------------------------|
```

Note: Client's MAC Address is used as SOURCE Address when Requesting
      Client is on the Backbone of the DHCP Server's Network.

IV. IPtX / IPtX-MX Mobile IP Addressing Specification

There is a far greater growth potential, which expands the IPtX IP Addressing Protocol Family Specification, well beyond the results from the use of a Single IP Address Band Specification. That is, when adding the use of the 'Bar E' ( Ė ) notation to the 'DCE Unit' {2ĖQ} (given that the Members of the 'Real Number Set' represents every possible Numeral, denoting an Infinite Set), the IP Address Pool Total defined by the IPtX Specification increases to an amount equal to 'Bit-Mapping' every Element, or Member defined by the 'Set of Real' Numbers. In other words, the IPtX /IPtX-MX Specification defines a Logical 3 State Binary (2 Band) IP Addressing Specification, defining a Stationary and a Mobile IP Addressing Bands in a 3 Dimensional Space. – As given by;

```
       - IPtX / IPtX-MX Specification -

    Stationary Band =    0000:2EX.0000...

         Mobile Band =    0000:2ĒX .0000...
```

And more importantly, with each of these Address Band Specification there is a corresponding 'MAC Address' Specification – as given by;

```
        - IPtX / IPtX-MX Specification -

 Stationary Band 'MAC Address' Specification = 2EX.0000...

    Mobile Band 'MAC Address' Specification = 2ĒX .0000...
```

IPtX / IPTX-MX 32 / 64 Bit Mobile Header

```
0                   1                   2                   3
1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
/                   32 Bit Header Scale                       /

0                   2                   4                   6
2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4
/                   64 Bit Header Scale                       /
/                                                             /
/         ┌─────────────────────────────────────┐           /
/         │ IPtX 32 / 64 Bit Header Information Fields │     /
/         └─────────────────────────────────────┘           /
1 |  IPtX Version = 2E21/53 = 21/53 Bits |  Parity Notify Bit* |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
2 |    Prefix   |DESTINATION ADDRESS Exponent = 2E 14 / 46 Bits|
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
3 |DESTINATION ADDRESS Exponential Decimal String = 2E22/54 Bits|
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
4 |  TTL / HOP LIMIT  |   Option Section FLAGS =   16 / 32 Bits  |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
5 |  IPtX Version = 2E21/53 = 21/53 Bits |  Parity Notify Bit* |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
6 |    Prefix   | SOURCE ADDRESS Exponent =  2E 14 / 46 Bits  |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
7 | SOURCE ADDRESS Exponential Decimal String = 2E 22 / 54 Bits |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
8 |         2E10.12 Bits = Option Section = 2E24.30 Bits        |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
9 |           2E10.12 Bits = DATA = 2E24.30 Bits               |
  |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  |----------------------------------------------------------|
```
   Note*: The 'Parity Notificication Bit' defines the 'PREFIX' as either a
          Character (1 Bit), or an Integer (0 Bit).

### V. IPtX / IPtX-MX Subnet ID

It is extremely important to note, the general procedures for Subnetting, or allocating IP Address to a Sub-Division of the Network remain unchanged. That is, while the Subnet Mask has changed, Subnetting or allocating IP Address to a smaller Sub-Division of the Network remains unchanged, because it provides an easy method to account for every Node in the Structure of Network Hierarchal Scheme. However, because of the number of available IP Address in the IPtX / IPtX-MX IP Address Pool, Supernetting, as it were, is no longer a viable procedure or useful concept, especially since the IPtX / IPtX-MX Specification Sequentially counts every available IP Address.

Note: The Subnet Mask, now defined as the Subnet ID for the Stationary and Mobile IP Address Bands is given by;

```
Stationary Band Subnet ID = 0000:DCE Unit.0000...

 Mobile Band Subnet ID =  0000:DCE Unit.0000...
```

**Special IANA Considerations**

Clearly, further exploitation of the 'DCE Unit'; since it has been shown that the Binary Exponential Base 2 Algorithm, '2EX', sequentially count using successive additions of "1's". The 'Preferred' Design of the 'Message CALL Flags Field' and the 'Option CALL Flags Field' in the DHCPvIPtX-MX 32 / 64 Bit Header Specification, is given by;

Note: The using the 'DCE Unit' to redefine the 32 and 64 Bit Scales to represent a 'One to One' Correspondence with the Set of Integers, Bit-Maps each Flag as the Incremental Progression from 1 thru 32, or 64. And while this defines the Flags Progression in each Field, the Sequence Order of the Integer(s) representing the Bit Mapped Flag(s) is Function Governed. Hence, from pages 17 thru 20, the procedure for converting the first '3' 'Bit-Mapped Flag(s)', which represents the Sequence 1, 2, and 3, is given by;

Given that - the example of the Text to encode...

         '1, 2, 3'                          '123'

00110001001011000010000001100        001100010011001000110011
10001011000010000000110011

        56 Bits                          24 Bits

Recalling that everything is counted, which includes the 'COMMA(s)' and the 'BLANK SPACE(s)' Separating every Numeral the Sequence contains -

    Hence, the Numerical Sequence represents a '56 Bit Sentence';

              BLANK SPACE = 00100000 = 8 Bits

                  COMMA = 00101100 = 8 Bits

Note: The Bit Mapped example used above follows from the Current Binary Translation, which includes the Askew Error!

```
        'Taking it Away' yields:              'Putting it Together' yields;
              " 1, 2, 3 "                    | " 1 + , + ' ' + 2 , + ' ' + 3 "
 |-----------------------------------+-----------------------------------|
 '1'  =  00110001 = 49 = 2EX ~ 2E8   |     '1'  =    00110001  =   49
                                     |                                 ⊞
 'Comma' = 00101100 = 44 = 2EX ~ 2E8 |   'Comma'  =   00101100  =   44
                                     |                                 ⊞
 'Space' = 00100000 = 32 = 2EX ~ 2E8 |   'Space'  =   00100000  =   32
                                     |                                 ⊞
   '2' = 00110010 = 50 = 2EX ~ 2E8   |     '2'  =    00110010  =   50
                                     |                                 ⊞
 'Comma' = 00101100 = 44 = 2EX ~ 2E8 |   'Comma'  =   00101100  =   44
                                     |                                 ⊞
 'Space' = 00100000 = 32 = 2EX ~ 2E8 |   'Space'  =   00100000  =   32
                                     |                                 ⊞
   '3' = 00110011 = 51 = 2EX ~ 2E8   |     '3'  =    00110011  =   51
 |-----------------------------------+-----------------------------------|
```

---

**Note:**

Encoding and Decoding the 'Binary Assembler', '2EX', representing the 'Assembled
Data Stream' defining the 'DCE Unit', uses the "Punctuation" (Semi Colon, Commas,
Spaces, Carriage Return... etc - in particular, the 'Blank Space') as 8 Bit HOOKS,
to Decode or Encoded the 'Set of Instructions' - Given that; an individual
Character or Numeral equals 8 Bits (2E8, or $2^8$ ), where the HOOKS are used to
define the Boundary Length of a Word or Numerical Sequence that is equal to 1 or
more 8 Bit Octets, and contained in the Sentence defining any combination of
Characters, Words, Numerals, and / or Punctuations. And clearly, once the 'Blank
Spaces' has been identified, Decoding in a Right to Left or Left to Right 8 Bit
Pattern would easily identify the remaining 8 Bit (Individual) Characters, Digits,
and Punctuation(s) the Sentence contains.

```
And Assembling or Joining the Number Stream, '1, 2, 3', yields;

 1(49) + Comma(44) + Space(32) + 2(50) + Comma(44) + Space(32) + 3(51)

   =  49 + 44 + 32 + 50 + 44 + 32 + 51

   =  49,443,250,443,251

   =  14 Digit Number

   ~  2E45.4598888888...

   =  2         E          45  .  4598888888 ...
   =  11 01000101   00101101   .  10001001000011010111100110111000

   =  2E45.4598888888... =  51 Bit-Mapped Displacement
```

Furthermore, after realizing that Binary Exponential Base 2 Operations can be 'Nested', employing the same Backbone method used to exhaust all of the available IPtX-MX IP Addresses. Using the Assemblage of the 'Backbone ISP ID', the 'Backbone Network Account ID', the 'Backbone Users Account ID', and the 'Users IP Address' into the 'DCE Unit' of the IP Address (See 'Work in Progress' [12]). The 'Binary Assembler', '2EX', it should also be Mathematically concluded, can also be used to represent a Group or several 'Nested Binary Exponential Base 2 Operations' – as given by;

```
2EX ≥ 2EA + 2EB + 2EC + 2ED + 2EE + 2EF + ... + 2EZ

2EX ≥ 2EA x 2EB x 2EC x 2ED x 2EE x 2EF x ... x 2EZ
```

In other words, for example, the IPtX-MX MAC Address's 'Data Field Section', which represents the 'Product ID or Production Code Number' - The Nesting of several 'Binary Exponential Base 2 Operations' makes it possible to Write a Detailed Description of the Entire Product; or create a 'Product Form', which includes any relevant Date(s), Detailed Description, Use, and a Product ID. And this, together with the 'ZONE and IP AREA CODE Addresses', and the 'Manufacturer's Designation ID' completes the Address Code identifying the 'Hardware' and / or 'Product' - because the IPtX-MX MAC Addressing Specification could also replace the BAR CODE method, which is currently being used for 'Product Identification'.

### IPtX MAC Address Design Specification

```
              64 Bit / 8 Octet IPtX MAC Address

                 2EX.0000... -  2EQ.0000...

              Product ID or Production Code Number
                         | 48 to 896 Bits |
                         |       Or       |
    8 Bit Location       |   4-8 Bit Octets |
 ZONE IP ADDRESS         |                  |
         \               |/   \     /    \|
 '2E1024' = [ XXX : XXX : XXX . XXX . XXX . XXX - 0000:00 ] ~ 1024 Bits
                     \                         /    \
 8 Bit Location - IP AREA CODE ADDRESS        /      \
                                             /        \
          32 thru 112 Bits  -  'Manufacturer's Designation ID'
```

```
                    22 Bit = 2^{22}
                      Exponent
                        /
    2^2 = 2 Bit Base  /
            |        /
           00   E  0000  .  0000...
            |
   2^8 = 8 Bit Exponential Operator  \
                                      \
         2^{32} = 32 Bit Decimal String Accuracy
```

- Using several (Nested) "Binary Assembler's", '2EX', the 'Blank Space', and the 'Carriage Return' defines the beginnings of a Language Syntax utilizing Fundamental Principles, which are key characteristics of 'Binary Assembler' Programming -

E Terrell                        Internet Draft                        28

The IPtX-MX Dynamic Host Configuration Protocol            March 3rd, 2008

```
    - Given the 'Encoded Lines' to be 'Assembled' yields;

        '2E198.868003799...'  =  'I went to the store today.'

Binary Assembler    =   2          E         198  .   868003799... = 2EQ
Binary Conversion   =  11 01000101 11000110  .   10011101111001010111111010111
Encoded Line(s)     =   4          69         198 46  868003799...
```

```
            46,919,846,868,003,799.. = 469198 '46' 868003799...


    Line 1 - 2E198.868003799... = 46,919,846,868,003,799...

        Blank Space = 32


    Line 2 - 2E198.868003799... = 46,919,846,868,003,799...

        Blank Space = 32


    Line 3 - 2E198.868003799... = 46,919,846,868,003,799...

        Blank Space = 32


    Line 4 - 2E198.868003799... = 46,919,846,868,003,799...
```

[Where the 46 = Period, or the Decimal Point in the Equation, defines the Bit-Mapped Pattern; '2 - 8 - 8 - 8(46) - And All Remaining Bits', as the 'Binary Bit-Map Sequence Key'. However, while a Second Level of Compression is impressive, any further Compression could cause a reduction in the Accuracy of the Exponential Decimal String of the Binary Assembler, 2EX, defining each of the Coded Lines.]

E Terrell                    Internet Draft                    29

The IPtX-MX Dynamic Host Configuration Protocol          March 3rd, 2008

```
- The Lines to Encode...

   Line 1 + 'Space' + Line 2 + 'Space' + Line 3 + 'Space' + Line 4

     46,919,846,868,003,799 + '32' + 46,919,846,868,003,799
   + '32' + 46,919,846,868,003,799... + '32' + 46,919,846,868,003,799

 =  46,919,846,868,003,799,324,691,984,686,800,379,932,469,198,468,
    680,037,993,246,919,846,868,003,799 = 74 Digit Number = 2EQ

 ≈  2E244.73...   =   2EQ

 =  2     E     244  .  73    ...
 = 11 01000101  11110100  .  1001001  ... = 25 Bits
    [4(208) + 32(46) + 24(32) = 888 Bit Length - Reduced to 25 Bits]

- Given That -

  2EX ≥ 2EA + 2EB + 2EC + 2ED + 2EE + 2EF + ... + 2EQ

  2EX ≥ 2EA x 2EB x 2EC x 2ED x 2EE x 2EF x ... x 2EQ
```

```
Note: The Bit Mapped example used above follows from the Current
      Binary Translation, which includes the Askew Error!
```

DHCPvIPtX-MX  32 Bit Header

```
       0                   1                   2                   3
       1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  1.  |                 Message CALL Flags = 2E10.12 Bits             |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  2.  |                 Option CALL Flags = 2E10.12 Bits              |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|


  3.  | Authorization Transaction ID = 2E24 = 24 Bits|TTL/HOP LIMIT |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  4.  |    IPtX Version = 2E24 = 24 Bits    | Parity Notify Bit*   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  5.  |    Prefix    |    Server ADDRESS Exponent =  2E14 Bits      |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  6.  |   Server ADDRESS Exponential Decimal String = 2E22 Bits      |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  7.  |    IPtX Version = 2E24 = 24 Bits    | Parity Notify Bit*   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  8.  |    Prefix    |    Gateway ADDRESS Exponent =  2E14 Bits     |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  9.  |   Gateway ADDRESS Exponential Decimal String = 2E22 Bit      |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 10.  |             Message Section Exponent =  2E54 Bits            |
 11.  |                                                             |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 12.  |     Message Section Exponential Decimal String = 2E22 Bits   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 13.  |             Option Section Exponent =  2E54 Bits            |
 14.  |                                                             |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 15.  |      Option Section Exponential Decimal String = 2E22 Bits   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 16.  |                    Requesting  Client's                     |
      |    IPtX / IPtX-MX MAC Address and Hardware Info = 64 Bits    |
 17.  |    2EX.0000... = 2E4,194,304  -  2EQ.0000... = 2E4,194,304   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 18.  |    Client's Network Account Info / DATA = 2E10.12 Bits       |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
      |-----------------------------------------------------------|
```

Note: Client's MAC Address is used as SOURCE Address when Requesting
Client is on the Backbone of the DHCP Server's Network.

```
                    DHCPvIPtX-MX 64 Bit Header

        0                 2                 4                 6
        2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4 6 8 0 2 4
  1.  |                 Message CALL Flags = 2E24.30 Bits              |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  2.  |                 Option CALL Flags = 2E24.30 Bits              |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|



  3.  |Authorization Transaction ID = 2E24 = 24 Bits |TTL/HOP LIMIT |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  4.  |      IPtX Version = 2E24 = 24 Bits    | Parity Notify Bit*  |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  5.  |   Prefix   |   Server ADDRESS Exponent =   2E46 Bits        |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  6.  |      Server ADDRESS Exponential Decimal String = 2E54 Bits   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  7.  |      IPtX Version = 2E24 = 24 Bits    | Parity Notify Bit*  |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  8.  |   Prefix   |    Server ADDRESS Exponent =   2E46 Bits       |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
  9.  |      Server ADDRESS Exponential Decimal String = 2E54 Bit    |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 10.  |           Message Section Exponent =   2E118 Bits            |
 11.  |                                                             |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 12.  |  Message Section Exponential Decimal String = 2E54 Bits      |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 13.  |           Option Section Exponent =   2E118 Bits             |
 14.  |                                                             |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 15.  |  Option Section Exponential Decimal String = 2E54 Bits       |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
      |                      Requesting  Client's                   |
 16.  |   IPtX / IPtX-MX MAC Address and Hardware Info = 64 Bits     |
      |   2EX.0000... = 2E4,194,304   -  2EQ.0000... = 2E4,194,304   |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
 17.  |   Client's Network Account Info / DATA = 2E10.12 Bits        |
      |+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +|
      |-------------------------------------------------------------|
           Note: Client's MAC Address is used as SOURCE Address when Requesting
                 Client is on the Backbone of the DHCP Server's Network.
```

Example of a 3D Grid Locator Scheme using a 3 IP Address Coordinate System in conjunction with a 'Longitude and Latitude' Rectangular Grid Overlay –



Lines of Latitude

Noting more specifically that;

IANA EMERGENCY BROADCAST IP ADDRESS PROTOCOL

001-256| 001-256:|    All:    |- - - - e .911 |    All   |IANA/Emer| 7/07

Representing on the Backbone, the IPtX-MX IP Address Mask given by;

0000:2E911.0000...

| Prefix: | Zone IP: | IP Area Code: | Emergency Response Address | /XA |
|---|---|---|---|---|
| 0000: | 2 | E | 911 . | 0000... |
| 11111111 | 11 | 11001010 | 1110001111 . | 1111... |

Note: The Exponential Decimal String, '1111...', is used to Derive / Assign the additional IP Addresses on / for the 'e911 Emergency Response Network'.

E Terrell                    **Internet Draft**                    **33**

**The IPtX-MX Dynamic Host Configuration Protocol**        **March 3rd, 2008**

Note – IANA \ IEEE Special Consideration –

- The Method used for Electronic Signal Propagation to Distinguish between Zero = '0', and Binary 1 = '00' –

  1) A Single Position Binary 2 State Switch – Single Position 2 State Switch |X,Y| – Yielding; |*| = 0 or |1| = 1

     a) Single Position / 2 State Switch – True Or False

     b) 2 States defines the Choice of either a '0' or a '1'

     c) '0' defines a No Electronic Signal Pattern '*' = 0

     d) '1' defines a True electronic Signal Pattern '$1_1$ ' = 1

  2) A Double Position Binary 3 State Switch – Double Position 3 State Switch |*,X,Y|  –  Yielding; |*,0| = 0, |0,0| = 1, |0,1| = 2, |1,0| = 3, and |1,1| = 4 –

     a) Double Position / 3 State Switch – True, False, or No Response

     b) 3 States defines the Choice or Combination of either '*0', '00', '01'

     c) '0' defines No Electronic Signal Pattern '*' = 0

     d) '00' defines a True electronic Signal Pattern '$00_1$ ' = 1

     e) '01' defines a True electronic Signal Pattern '$01_1$ ' = 2

**Security Considerations**

**There are No Security Considerations presented in this document.**

## Work(s) in Progress;

These drafts represent the twelve chapters of the Networking Bible, designing a Network IP Addressing Specification that maintains a 100 Percent backward compatibility with the IPv4 Specification. In other words, this is a design specification developed from the Theory of the Expansion of the IPv4 IP Addressing Specification, which allowed the representation of the Network for the entire World on paper, and the possibility of an Infinite IP Address Pool. Nevertheless, the Internet-Drafts listed below, "Cited as Work(s) in Progress', explain the design Specification for the development of the IPtX (IP Telecommunications Specification) Protocol Addressing System and the correction of the Mathematical Error in the Binary System.

### Computer Science / Internet Technology:

1. http://www.ietf.org/internet-drafts/draft-terrell-logic-analy-bin-ip-spec-ipv7-ipv8-10.txt
(Foundational Theory for the New IPtX family IP Addressing Specification, and the Binary Enumeration error discovery after the correction.) - "Work(s) in Progress'

2. http://www.ietf.org/internet-drafts/draft-terrell-simple-proof-support-logic-analy-bin-02.txt
 (The 2nd proof for the existence of another Binary System, resulting from the Error Correction.)
-    "Work(s) in Progress'

3. http://www.ietf.org/internet-drafts/draft-terrell-visual-change-redefining-role-ipv6-01.pdf
(Argument against the Machine dependant IPv6 deployment.)
 - "Work(s) in Progress'

4. http://www.ietf.org/internet-drafts/draft-terrell-schem-desgn-ipt1-ipt2-cmput-tel-numb-02.pdf
(The foundation of the New IPtX Addressing Spec compared to the Telephone Numbering System.)
 - "Work(s) in Progress'

5. http://www.ietf.org/internet-drafts/draft-terrell-internet-protocol-t1-t2-ad-sp-06.pdf
(The IPtX Addressing Specification Address Space / IP Address Allocation Table; establishes the visual perspective that actually represents Networking Schematic Networking the entire World on Paper. ) - "Work(s) in Progress'

6. http://www.ietf.org/internet-drafts/draft-terrell-iptx-spec-def-cidr-ach-net-descrip-01.pdf
(Re-Defines CIDR) {Classes Inter-Domain Routing Architecture} and introduces the Network Descriptor for the IPtX Addressing Standard.) - "Work(s) in Progress'

7. http://www.ietf.org/internet-drafts/draft-terrell-math-quant-new-para-redefi-bin-math-04.pdf
(The 3rd Proof for the New Binary System, correcting the error in Binary Enumeration.)
 - "Work(s) in Progress'

8. http://www.ietf.org/internet-drafts/draft-terrell-gwebs-vs-ieps-00.pdf
(Defining the GWEBS – The Global Wide Emergency Broadcast System)
 - "Work(s) in Progress'

9. http://www.ietf.org/internet-drafts/draft-terrell-iptx-dhcp-req-iptx-ip-add-spec-00.pdf
(The development of the DHCP {Dynamic Host Configuration Protocol} for the IPTX IPSpec)
 - "Work(s) in Progress'

11. http://www.ietf.org/internet-drafts/draft-terrell-math-quant-ternary-logic-of-binary-sys-10.pdf
(Derived the Binary System from the proof of "Fermat's Last Theorem", and Developed the Ternary
Logic for the Binary System) - "Work(s) in Progress"

12. http://www.ietf.org/internet-drafts/draft-terrell-cidr-net-descrpt-expands-iptx-add-spc-20.pdf
- "Work(s) in Progress"
(An application of Quantum Scale Theory, the $2^x : 1$ Compression Ratio, the Expansion derived from
the 'CIDR Network Descriptor, and the Mathematics of Quantification provided the foundation for
the development of the "Intelligent Quantum Tunneling Worm Protocol"; A Routable Mathematical
Exponential Expression, Backend IP Addressing Protocol that provides an (nearly) Unlimited IP
Address Space using the Compression Ratio $2^x : 1$.)

13. http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dns-specification-04.pdf
   (The development of the IPtX / IPtX-MX DNS {Domain Name Service} for IPTX IP
    Addressing Spec) 'Work(s) in Progress'

14. http://www.ietf.org/internet-drafts/draft-terrell-iptx-mx-dhcp-specification-02.pdf
   (The development of the IPtX / IPtX-MX DHCP {Dynamic Host Configuration Protocol } for
    IPTX IP Addressing Spec) 'Work(s) in Progress'


Note: These Drafts has Expired at www.ietf.org Web Site. However, you can still find copies posted
      at Web Sites all over the World. {Suggestion; Perform Internet search using "Yahoo"
      or "Google", Key word: "ETT-R&D Publications"}.

## Normative References:

### Pure Mathematics:

1. The Proof of Fermat's Last Theorem; The Revolution in Mathematical Thought {Nov 1979}
   Outlines the significance of the need for a thorough understanding of the Concept of
   Quantification and the Concept of the Common Coefficient. These principles, as well many others,
   were found to maintain an unyielding importance in the Logical Analysis of Exponential
   Equations in Number Theory.

2. The Rudiments of Finite Algebra; The Results of Quantification {July 1983}
   Demonstrates the use of the Exponent in Logical Analysis, not only of the Pure Arithmetic
   Functions of Number Theory, but Pure Logic as well. Where the Exponent was utilized in the
   Logical Expansion of the underlining concepts of Set Theory and the Field Postulates. The results
   yield another Distributive Property that is Conditional, which supports the existence of a Finite
   Field (i.e. Distributive Law for Exponential Functions) and emphasized the possibility of an
   Alternate View of the Entire Mathematical field.

3. The Rudiments of Finite Geometry; The Results of Quantification {June 2003}
   Building upon the preceding works from which the Mathematics of Quantification was derived.
   Where by it was logically concluded that there existed only 2 mathematical operations; Addition
   and Subtraction. In other words, the objectives this treatise maintained, which was derived from
   the foundation of the Mathematics of Quantification; involves not only the clarification of the
   misconceptions concerning Euclid's Fifth Postulate, and the logical foundation of his work, or the
   existence of 'Infinity in a Closed Bound Finite Space'. But, the logical derivation of the
   Foundational Principles that are consistence with the foundation presented by Euclid, which would
   establish the logical format for the Unification of all the Geometries presently existing.

4. The Rudiments of Finite Trigonometry; The Results of Quantification {July 2004}
   The development of the concepts for Finite Trigonometry from the combined foundations derived
   from numbers 3 and 5, and the Mathematics of Quantification.

5. The Mathematics of Quantification and the Metamorphosis of $\pi : \tau$ { October 2004}
   The logical derivation of the exact relationship between the Circumference and the Diameter of
   the Circle, which defines the measurement of the exact length of the Circle's Circumference, $\tau$
   when the Radius is equal to '1'.

6. Squaring the Circle? First! What is the Circle's Area? {January 2005}
   The Rhind Papyrus Tale, and the 10,000 year old quest involving "███████ ████████";
   Derivation of the equation resolving the Area of the Circle. An illusion perplexing the Sight
   and Mind of the greatest mathematicians for about 10,000 years, which maintains an elementary
   algebraic solution: $(\pi r \div 2)^2 =$ Area of Circle.

### Physics:

7. The Mathematics of Quantification & The Rudiments of Finite Physics
   The Analysis of Newton's Laws of Motion...the Graviton' {December 2004}
   Through the use of Finite Algebra, Geometry, Trigonometry, and # 5, investigation of the
   Laws of Classical Physics were found to be erroneous. This allowed the presentation of the
   initial work, which correct the flaws in Classical Physics, and establishes the foundation upon
   which there exist the possibility of a Grand Unified Field Theory for the Natural Sciences.

## Informative References

1. G Boole ( Dover publication, 1958 ) "An Investigation of The Laws of Thought" On which is founded The Mathematical Theories of Logic and Probabilities; and the Logic of Computer Mathematics.

2. R Carnap ( University of Chicago Press, 1947 / 1958 ) "Meaning and Necessity" A study in Semantics and Modal Logic.

3. R Carnap ( Dover Publications, 1958 ) " Introduction to Symbolic Logic and its Applications"

4. Regis Desmeules ( Cisco Press, April 24, 2003 ) " Cisco Self-Study: Implementing Cisco IPv6 Networks "

5. Gary C. Kessler ( Auerbach Press, August 1997 ) " Handbook on Local Area Networks "

6. R. Hinden (Nokia) and S. Deering (Cisco Systems) RFC 2373 - " IP Version 6 Addressing Architecture "

7. Hartley, R.V.L; "Transmission of Information," Bell System Technical Journal, July 1928

8. Reza, Fazlollah M.; An Introduction to Information Theory. New York: Dover, 1994.

9. David J. C. MacKay; Information Theory, Inference, and Learning Algorithms Cambridge: Cambridge University Press, 2003.

10. DHCP Implementation and Security RFCs: 2939, 3004, 3011, 3046, 3118, 3203, 3256, 3361, 3396, 3397, 3442, 3456, 3495, 3527, 3594, 3634, 3679, 3825, 3925, 3942, 3993, 4014, 4030, 4039, 4174, 4280, 4361, 4388, 4390, 4578, 1541, 2489, 3315, 3319, 3646, 3633, 3898, 4075, 4242, 4280, 4776, 2855, 1542, 1534, 2131, 4361, 2132, 3942, 2485, 2563, 2610, 2855, 2937, 4649, 4580, 4704, 4833, 3315, 4361, 3319, 3633, 3646, 3736, 3898, 4075, 4076, 4280, and 4339.

Author:

Eugene Terrell

Principle Director
Research & Development

Engineering Theoretical Technologies
Research & Development Publications
(ETT-R&D Publications)

3312 64th Avenue Place
Oakland, CA. 94605
Voice: 510-636-9885
E-Mail: eterrell00@netzero.net

"This work is Dedicated to my first and only child, 'Princess Yahnay', because
she is the gift of Dreams, the true treasure of my reality, and the 'Princess of the
Universe'. (E.T. 2006)"

Copyright (C) The IETF Trust (2007).


This document is subject to the rights, licenses and restrictions contained in BCP 78, and except as set forth therein, the authors retain all their rights.

This document and the information contained herein are provided on an "AS IS" basis and THE CONTRIBUTOR, THE ORGANIZATION HE/SHE REPRESENTS OR IS SPONSORED BY (IF ANY), THE INTERNET SOCIETY, THE IETF TRUST, AND THE INTERNET ENGINEERING TASK FORCE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.


Intellectual Property

The IETF takes no position regarding the validity or scope of any Intellectual Property Rights or other rights that might be claimed to pertain to the implementation or use of the technology described in this document or the extent to which any license under such rights might or might not be available; nor does it represent that it has made any independent effort to identify any such rights. Information on the procedures with respect to rights in RFC documents can be found in BCP 78 and BCP 79.

Copies of IPR disclosures made to the IETF Secretariat and any assurances of licenses to be made available, or the result of an attempt made to obtain a general license or permission for the use of such proprietary rights by implementers or users of this specification can be obtained from the IETF on-line IPR repository at http://www.ietf.org/ipr.

The IETF invites any interested party to bring to its attention any copyrights, patents or patent applications, or other proprietary rights that may cover technology that may be required to implement this standard. Please address the information to the IETF at ietf-ipr@ietf.org.


Acknowledgement

Funding for the RFC Editor function is provided by the IETF Administrative Support Activity (IASA).


E Terrell                        Internet Draft                              41

The IPtX-MX Dynamic Host Configuration Protocol                March 3rd, 2008

1
2
3
4
5
6
7
8

# Section C

9
10

**Motion(s) & Writ(s)**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Eugene Terrell
   439 Douglas Avenue
2  Oakland, Ca. 94603

3

4                    UNITED STATES DISTRICT COURT

5                             FOR THE

6               NORTHERN DISTRICT OF CALIFORNIA

7
   Eugene Terrell,                        )    Case No.:
8                                         )
                                          )
   Engineering Theoretical Technologies   )
9  Research & Development Publications     )
   (ETT-R&D Publications)                  )       MOTION AND NOTICE FOR
10 439 Douglas Avenue, Oakland, Ca. 94603, )     MANDATORY INJUNCTIVE RELIEF
                                          )
11              Plaintiff,                 )    Demand: $950 and Medication
                                          )              Costs
12                                        )
                                          )
                 vs.                      )    FCRP 56, Calif.Code.Civ.Proc.
13                                        )    Section 525 - 534
                                          )
14                                        )    42 U.S.C. 1983, US
   State of California Office of the Attorney )  Constitutional 14th Amendment
15 General Edmund G. Brown Jr.             )    Rights
                                          )
16 Office of the District Attorney;        )    California CIVIL CODE SECTION -
   1225 Fallon Street, Room 900,           )    52.1. (a) and (b)
17 Oakland, CA 94612                       )
                                          )    JURISDICTION; TITLE 28 PART IV
18                                        )    CHAPTER 89 Section 1443 (1) (2)
   Office of the United States Attorney,   )
19 Attorney General Michael Mukasey;       )    VENUE; TITLE 28 PART IV CHAPTER
                                          )    87 Section 1391 (b)(1), (e)(1)
20 Office of the United States Attorney,    )
   1301 Clay Street, Suite 340S,           )
21 Oakland, CA 94612                       )    Dated this 28th day of February, 2008
                                          )
22                                        )
                                          )
23              Defendants                 )    Attorney – In Pro Per; Eugene Terrell
                                          )
24                                        )    439 Douglas Avenue
                                          )    Oakland, Ca. 94603
25                                        )    Ph: 510-636-9885
                                          )

Eugene Terrell
439 Douglas Avenue
Oakland, Ca. 94603

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugene Terrell, | Case No.: |
| Engineering Theoretical Technologies Research & Development Publications (ETT-R&D Publications) 439 Douglas Avenue, Oakland, Ca. 94603, | **MOTION AND NOTICE FOR MANDATORY INJUNCTIVE RELIEF** |
| Plaintiff, | Demand - $66,000 |
| vs. | FCRP 56, Calif.Code.Civ.Proc. Section 525 - 534 |
| | 42 U.S.C. 1983, 29 U.S.C. 2801, US Constitutional 14th Amendment Rights |
| State of California Office of the Attorney General Edmund G. Brown Jr. | |
| | California CIVIL CODE SECTION - 52.1. (a) and (b) |
| Office of the District Attorney; 1225 Fallon Street, Room 900, Oakland, CA 94612 | JURISDICTION; TITLE 28 PART IV CHAPTER 89 Section 1443 (1) (2) |
| Office of the United States Attorney, Attorney General Michael Mukasey; | VENUE; TITLE 28 PART IV CHAPTER 87 Section 1391 (b)(1), (e)(1) |
| Office of the United States Attorney, 1301 Clay Street, Suite 340S, Oakland, CA 94612 | Dated this 28th day of February, 2008 |
| Defendants | Attorney – In Pro Per; Eugene Terrell 439 Douglas Avenue Oakland, Ca. 94603 Ph: 510-636-9885 |

1  Eugene Terrell
   439 Douglas Avenue
2  Oakland, Ca. 94603

3

4              UNITED STATES DISTRICT COURT

5                      FOR THE

6            NORTHERN DISTRICT OF CALIFORNIA

7
   Eugene Terrell,                          )   Case No.:
8                                           )
   Engineering Theoretical Technologies     )
9  Research & Development Publications       )      MOTION AND NOTICE FOR
   (ETT-R&D Publications)                   )       WRIT OF POSSESSION
10 439 Douglas Avenue, Oakland, Ca. 94603,   )   MANDATORY INJUNCTIVE RELIEF
                                            )
11              Plaintiff,                   )      Demand: $4,185
                                            )
12                                          )   FCRP 56, Calif.Code.Civ.Proc.
               vs.                          )   Section 525 – 534, Ca Civ Pro §
13                                          )   512.020(a), CCP 699.080, CCP
                                            )   715.040
14                                          )
   State of California Office of the Attorney )   42 U.S.C. 1983, US Constitutional
15 General Edmund G. Brown Jr.               )   14th Amendment Rights
                                            )
16 Office of the District Attorney;          )   California CIVIL CODE SECTION –
   1225 Fallon Street, Room 900,             )   52.1. (a) and (b)
17 Oakland, CA 94612                         )
                                            )   JURISDICTION; TITLE 28 PART IV
18                                          )   CHAPTER 89 Section 1443 (1) (2)
   Office of the United States Attorney,      )
19 Attorney General Michael Mukasey;          )   VENUE; TITLE 28 PART IV CHAPTER
                                            )   87 Section 1391 (b)(1), (e)(1)
20 Office of the United States Attorney,       )
   1301 Clay Street, Suite 340S,             )
21 Oakland, CA 94612                         )   Dated this 28th day of February, 2008
                                            )
22                                          )
                                            )
23              Defendants                   )   Attorney – In Pro Per; Eugene Terrell
                                            )
24                                          )   439 Douglas Avenue
                                            )   Oakland, Ca. 94603
25                                          )   Ph: 510-636-9885
                                            )

1 | Eugene Terrell
439 Douglas Avenue
2 | Oakland, Ca. 94603

3

4 | ## UNITED STATES DISTRICT COURT

5 | ## FOR THE

6 | ## NORTHERN DISTRICT OF CALIFORNIA

7

Eugene Terrell,                                    )         **Case No.:**
8                                                  )
Engineering Theoretical Technologies              )
9 | Research & Development Publications             )
(ETT-R&D Publications)                            )         **MOTION AND NOTICE FOR**
10 | 439 Douglas Avenue, Oakland, Ca. 94603,         )         **MANDATORY INJUNCTIVE RELIEF**
                                                   )
11 |               Plaintiff,                       )         **Demand: $3,500,000**
                                                   )
12 |                                                )         **FCRP 56, Calif.Code.Civ.Proc.**
                                                   )         **Section 525 - 534**
13 |                   vs.                          )
                                                   )         **42 U.S.C. 1983, Sherman Act -**
14 |                                                )         **15 U.S.C. § 1 (1970), US**
State of California Office of the Attorney         )         **Constitutional 5th and 14th**
15 | General Edmund G. Brown Jr.                    )         **Amendment Rights**
                                                   )
16 | Office of the District Attorney;               )         **California CIVIL CODE SECTION -**
1225 Fallon Street, Room 900,                      )         **52.1. (a) and (b)**
17 | Oakland, CA 94612                              )
                                                   )         **JURISDICTION; TITLE 28 PART IV**
18 |                                                )         **CHAPTER 89 Section 1443 (1) (2)**
Office of the United States Attorney,              )
19 | Attorney General Michael Mukasey;              )         **VENUE; TITLE 28 PART IV CHAPTER**
                                                   )         **87 Section 1391 (b)(1), (e)(1)**
20 | Office of the United States Attorney,          )
1301 Clay Street, Suite 340S,                      )
21 | Oakland, CA 94612                              )         **Dated this 28th day of February, 2008**
                                                   )
22                                                 )
                                                   )
23 |               **Defendants**                  )
                                                   )         **Attorney – In Pro Per; Eugene Terrell**
24                                                 )
                                                   )         **439 Douglas Avenue**
25                                                 )         **Oakland, Ca. 94603**
                                                   )         **Ph: 510-636-9885**

1
2
3
4
5
6
7
8

# Section D

9
10
11

## Excerpts Summary

12

## History of Prior Events

13
14
15
16
17
18
19
20
21
22
23
24
25

## Excerpts Summary – History of Prior Events

### United States Court of Appeals Ninth Circuit No. 98-17040

### United States District Court No. C-98-00219VRW

The Police, District Attorneys, Public Defenders, employees of the State of California, and Federal Employees, list the parties involved in the Racially Motivated Criminal Conspiracy against the Plaintiff, which maintained allegations accusing the Plaintiff of being an <u>Armed</u> and <u>Extremely</u> <u>Dangerous</u> <u>Criminal</u>, <u>Crazy</u> <u>Murderer</u>, and <u>Terrorist</u>. These Accusations caused harm to the Plaintiff, resulting in the Plaintiff being illegally Arrested, Accosted, Threatened, Assaulted, Attacked, and nearly Killed by Members of the Court, the Police, the Sheriff, and other Employee's from the State of California and United States Government(s).

In fact, a District Attorney from the United States Office of the District Attorney's also threatened me, saying; "You had better keep your Mouth Shut, because you have a Bulls Eye on your Chest".

And this includes, a <u>CRIMINAL CONVICTIOB FOR A 'LETTER OF INTENT TO SUE'</u>. (14th Amendment Constitutional Right Violation)

1    Nevertheless, while my Personality does not define this
2    demeanor, because I was being attacked so often, most of the
3    time I was hiding like a Criminal on the Run. In other words,
4    nearly every time my Rights were violated, I tried to file a
5    Citizen Complaint with Oakland Police Department. And there were
6    2 important incidents that occurred when I tried, by filing a
7    Citizen Police Complaint, to get assistance from Hayward Police
8    Department:
9
10
11
12    1) A Police Office from Hayward Police Department attempted to
13       have Sex with my Child using his finger – I was so upset
14       and loud, the Officer said while leaving the Premises this
15       was an act performed be he and his wife with their
16       children.

17    2) I entered Hayward Police Station to file a Complaint, and
18       I was arrested, claiming that I had a Gun. Again I became
19       Loud, and when the Police Officer found No Weapon, another
20       Officer was running towards us with a Small Weapon in his
21       Hand. This act, I assumed, was an attempt hole me wile they
22       placed the Gun on my person. But the search and release was
23       finished, and I got the Officer's Badge Number and quickly
24       left Hayward Police Station.
25

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 64

3) After these incidents, and other altercations with Police
   Officers from Hayward Police Department, I concluded,
   because of my Race, I was not allowed to file Complaints
   with Hayward Police Department…

4) It is important to note; If I were not involved with the
   Courts, I would not have been allowed to retrieve Documents
   from Hayward Police Department. In other words, I had
   several altercations with the Police Officers from Hayward
   Police Department prior to the incident involving Mrs.
   Christine San Pedro, and I was denied the Right to retrieve
   the Records documenting these incidents.

Furthermore, it is also important to mention, I was only allowed
to file ONE Citizen Complaint with Hayward Police Department…
And in this case, it was a police Captain who said he knew me,
and instructed the Office to accept my complaint.

There were no brakes for me, absolutely no time I could, or was
ever allowed rest. In fact, I was set up by Dennis Hamlet, from
Family Court Services, and arrested by Hayward Police, after
asking and getting his permission to retrieve some clothing from
my apartment when Mrs. San Pedro was not present. And then, on
the bus heading to Santa Rita County Jail to served Time once
again, he and another lady was in Parking Lot near Hayward
Police Station, looking at me and laughing.

1 | Furthermore, when I was released from Santa Rita County Jail,
2 | not more than 2 or 3 minutes, barely passed the parking Lot, I
3 | was detained once again, accused of starting a Fire in the
4 | adjacent lot. I asked to be taken back to the Jail, but the
5 | Sheriffs debated on how they were going to blame me for causing
6 | a Fire, which must have been burning at least an Hour prior to
7 | the Plaintiff's release from Santa Rita County Jail.
8 |
9 |
10 | And now, I guess I'm about 60 or more Thousand Dollars in debt,
11 | because of a Criminal Record, the necessity of a Good Credit
12 | report, and the affection of be LIKED, every potential employer
13 | must FEEL before you can obtain Employment. However, I thought
14 | only a Criminal Record, and the Skill Set expounding your
15 | education and experience, was the important information required
16 | by a prospective employer, not a show of affection amounting to
17 | Homosexual tendencies. And IRS, both State and Federal agencies,
18 | charged me approximately 4500 Dollars (4 thousand 500 Hundred
19 | dollars), Claiming that I defrauded the Government with a false
20 | Business Claim. And you know what, of that amount, Mrs. San
21 | Pedro only received about $700 (Seven Dollars) in Child Support.
22 | However, I believe, the Law requires the outstanding Debt in
23 | Child Support was supposed to be Paid First! (You'll need to get
24 | a Copy of my Tax Record; my SSN: 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)
25 |

1   And I tried every Legal Means to have Civil and Constitutional

2   Rights, and the Right to Parent my first and only Child. Instead

3   however, I was accused of being an Armed and Extremely Dangerous

4   Crazy Criminal Murder, and a Terrorist; I became a Target for

5   Assassination.

6

7   The irony, after my weapons were confiscated, everyone, and I do

8   mean nearly everyone, including the people from my child's

9   Daycare Center, and an IRS Agent, were saying, I threatened them

10  with a Gun. I contacted FBI, explaining the incident(s), and

11  inquired about the Arrest Powers of an IRS Agent. In other

12  words, I was certified by law, Penal Code Section 832, and

13  worked in the areas considered by local law enforcement agencies

14

15  as the most dangerous in the cities of; Oakland, Richmond, and

16  San Francisco, as an Armed Security Officer.

17

18  Perhaps, the most surprising were the claims of District

19  Attorney Jill Nerone and Mrs. Christine San Pedro that they

20  feared For Their Life. Even still, because I proved to be the

21  better Attorney in the criminal case she maintained. I could at

22  least justify the deception used by Ms. Nerone's false claim.

23  But, Mrs. Christine San Pedro had no bases that would Support

24  any Claim she feared me, or she was in Fear for Her LIFE.

25

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 67

1  In fact, I could not submit evidence, sighting the incident

2  reports from Hayward Police Department, a 415pc incident, which

3  would have proved her claims were in fact a LIE. In other words,

4  Mrs. San Pedro was seen in her Underwear, outside of the

5  apartment we shared, beating me, tearing off my t-shirt, and

6  breaking my ($300) eyeglasses.

7

8
   And more importantly, even Judge Girard, who I filed a Citizen
9
   Complaint with Oakland Police department, could not, in her
10
   Rebuttal, say anything that would lead any Rational Person to
11
12 believe that I was an <u>Armed</u> and <u>Extremely</u> <u>Dangerous</u> <u>Crazy</u>

13 <u>Criminal</u> <u>Murderer</u>, and <u>Terrorist</u>. <u>In fact</u>, what she said about

14 the Plaintiff, could easily define the desperate attempts of any

15 person trying to have Legal Rights, and prevent the loss of

16 their Child. There was clearly, as defined by law, a conflict of

17 interest, because after I filed a Police report involving a

18 Criminal Conspiracy against Judge Girard, she should have not

19 been allowed to preside over the case (758699-C).

20

21

22

23

24

25

In other words, I was looking and asking for HELP from: FBI, Alameda County Sheriffs Department, several Law Firms, and the Office of the United States Attorney. While yet, in most cases the allegations were reinforced, and in some situations, I was either Arrested or Threatened.

However, the day I separated from Mrs. San Pedro, I called Hayward Police and asked that she be removed from the apartment, because she stated in an argument, that she had another man and was leaving me in 2 months. So, instead of arguing, I said why wait, and I called the Hayward Police Department. In fact, when the Hayward Police Officers arrived at my apartment, they waited outside, near the door, so they must have heard Mrs. San Pedro ramping and raging, trying to destroy the apartment and my clothes.

I was nearly struck in the Back of the Head, with the IRON WAND that is used in a Metal Objects Scan. And in foregoing incident, I was only picking up the keys I dropped. And Brian Bloom, a Public Defender, attempted an assault against the Plaintiff, because when I talk, sometime I move my hands. This incident, I believe arose, because Public Defender B. Bloom was not, or Refused to Prepare for Trial, and I had to become my Attorney.

Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 69

And while in court, awaiting trial, I was surrounded by at least 8 Deputy Sheriffs with Guns. And yet, I was not in Custody, a Prisoner, or CRIMINILLY CONVICTED FOR COMMITTING A VOILENT CRIME.

NEVERTHELESS, I WAS ARRESTED, AND MY WEAPONS CONFISCATED BY HAYWARD POLICE OFFICERS. THE 'DATES' REVEAL NONETHELESS, THAT I WAS ARRESTED AFTER MY REQUEST FOR 'A CIVIL STAND-BY', IN WHICH, I INFORMED THE POLICE ABOUT THE EQUIPMENT I NEEDED. THAT IS, THE ARREST OCCURRED DURING THE 'CIVIL STAND-BY', WHEN HAYWARD POLICE OFFICERS AND MYSELF WAS IN MY APARTMENT, AFTER I REQUESTED AND RECEIVED PERMISSION FROM HAYWARD POLICE DEPARTMENT FOR 'A CIVIL STAND-BY'. HOWEVER, WHAT'S REMARKABLE ABOUT THIS ARREST, OTHER THAN BEING ILLEGAL, IS THE CONFORMATION THAT THE ARREST WAS ILLEGAL, WHICH WAS ACKNOWLEDGED BY THE ARRESTING POLICE OFFICE'S INCIDENT REPORT.

FURTHERMORE, I WAS ALSO ARRESTED BY DEPUTY SHERIFFS, WILE IN COURT. BECAUSE I WENT TO THE OFFICE OF THE ALAMEDA SHERIFF, IN OAKLAND CALIFORNIA, TO FILED A COMPLAINT. NEVERTHELESS,IT WAS ALSO ALLEGED BY POLICE OFFICERS AND THE MEMBERS OF THE COURT, THAT I WAS AN "ARMED AND EXTREMELY DANGEROUS CRAZY CRMINAL MURDERER TERRORIST".

1 | IN OTHER WORDS, MRS. SAN PEDRO HAS CLEARLY ALWAYS HAD,

2 | UNQUESTIONABLY AFTER 10 PLUS YEARS, THE RIGHT TO CHOOSE ANY MATE

3 | THAT WILL HAVE HER!

4 |

5 | MOREOVER, IT SHOULD BE QUITE CLEAR, THERE HAS NEVER BEEN ANY

6 | REAL OR IMAGINARY PROOF, WHICH COULD SUBSTANTIATE MRS. SAN

7 | PEDRO'S CLAIM THAT SHE (WAS AFRAID OF ME) FEARS FOR HER LIFE, IN

8 | ANY SENSE OF THE MEANING OF TRUTH.

9 |

10 |

11 | Nor was there any proof to the claim that the Plaintiff was

12 | CRAZY, Psychologically Unstable, presented to the Court, as

13 | sworn beliefs of Mrs. San Pedro's supervisor, Mr. Jenkins.

14 |

15 | ESPECIALLY SINCE, WITHIN THE PAST TWO YEARS OR SO, MRS. SAN

16 | PEDRO SAT IN HER PARKED VEHICLE, IN FRONT OF MY APARTMENT HOUSE,

17 | ASKING FOR MONEY.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1  Needless to say, since the previous Civil Action, brought before
2  this Court, was dismissed upon less than truthful grounds. And
3  since, several Police Officers, including District Attorneys,
4  lied to justify several (False) Arrests and Criminal
   Convictions. I believe it's extremely important to reiterate; I
5  was certified under California's Penal Code Section 832; which
6  means, by Law, not employment, I was a Police Officer.

7
   In other words, if any of you are going to LIE (this time), have
8  the decency of self-respect, if not personal integrity, to at
9  least try, to do a creditable job.

10

11

12

13

14

15

16

17

18

19  Respectfully Submitted,

20

21

22  439 Douglas Avenue
    Oakland, Ca. 94603
23  Attorney – In Pro Per; Eugene Terrell
    Ph/510-636-9885
24

25


    Violation of 14th Amendments & Title 42 CHAPTER 21 SUBCHAPTER I § 1981 - 72