

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE TERRELL, etc.,

        Plaintiff,

v.

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL,
et al.

        Defendants.
_____/

Case No. C08-1273 EMC

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 17, 2008

                                  Signature
                                  Counsel for _____
                                  (Name of party or indicate "pro se")