UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE TERRELL,

    Plaintiff,

    v.

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, et al.,

    Defendants.
_____/

No. C 08-1273 PJH

**ORDER OF DISMISSAL**

    Plaintiff Eugene Terrell filed this action on March 4, 2008. He also requested leave to proceed in forma pauperis. On April 28, 2008, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e). The dismissal was with leave to amend. The deadline for filing the amended complaint was May 26, 2008. Because May 26, 2008 was a federal holiday, the court has extended the deadline to May 27, 2008.

    As of May 29, 2008, plaintiff had not filed an amended complaint, or requested additional time to do so. Accordingly, the court finds that the action must be DISMISSED.

**IT IS SO ORDERED.**

Dated: May 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE TERRELL,

        Plaintiff,

  v.

STATE OF CALIFORNIA OFFICE OF THE
ATTORNEY GENERAL et al,

        Defendant.
                             /

Case Number: CV08-01273 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Terrell
439 Douglas Avenue
Oakland, CA 94603

Dated: June 2, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk