United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE TERRELL,

    Plaintiff,

    v.

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL, et al.,

    Defendants.
_____/

No. C 08-1273 PJH

**JUDGMENT**

    The court having dismissed the complaint in the above-entitled action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim, and plaintiff having failed to amend the complaint by the May 27, 2008 deadline,

    It is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

Dated: May 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE TERRELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA OFFICE OF THE ATTORNEY GENERAL et al,<br><br>　　　　Defendant._____/ | Case Number: CV08-01273 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Terrell
439 Douglas Avenue
Oakland, CA 94603

Dated: June 2, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk